"NOTICE OF FAULT: AFFIANT'S AFFIDAVIT OF AVERMENT IN SUPPORT OF AFFIANT'S INTERNATIONAL TORT ACTION/CLAIM"
"NOTICE TO AGENT IS NOTICE TO PRINCIPAL & NOTICE TO PRINCIPAL IS NOTICE TO AGENT"

RE: U.S. v KIS, 658 F.2d 526-536 (7th Cir. 1981); Cert. Denied; 50 US L.W. 2169; (S. Ct. March 22, 1982);
For Indeed, No More Than Affiant's Affidavit Is Necessary To Prove Affiant's Prima Facie Case"; For It
Is To Say, That Indeed, Equality and Equity Under The Law Is Paramount, and Mandatory By The United
States Constitution Of 1786, and To Include, But NOT Limited To Its Enactment Of 1789, and After,

**FILED**

IN THE UNITED STATES DISTRICT COURT;
FOR THE ELEVENTH DISTRICT; OCALA DIVISION;

| | |
|---|---|
| "ROBERT LEE HERNANDEZ"; <br> Plaintiff / Movant | ) MEMORANDUM IN SUPPORT OF MOVANT'S FILING <br> ) A CONSTITUTIONAL RIGHT(S) VIOLATION(S): <br> ) 28 U.S.C.A. § 1346(b)(1)&(e); 2671-2680 <br> ) <br> ) Admin. Tort Claim: #TRT-SER-2010-05587 <br> ) <br> ) Defendant's: Dr. Davila; Dr. Georgy; All <br> ) Unnamed Co-Defendant's of the Medical <br> ) Staff Coleman Low; <br> ) |
| V | |
| The UNITED STATES OF AMERICA; et al. <br> The U.S. DEPARTMENT OF JUSTICE / F.B.O.P. <br> Defendant's / Respondent's | |

5:11-CV-370-OC-17TBM

CONSTITUTIONAL CIVIL RIGHT(S) VIOLATION COMPLAINT: PURSUANT TO
INTERNATIONAL, NATIONAL, & FEDERAL U.C.C./TORT CLAIMS ACT PURSUANT
TO TITLE 28 U.S.C.A. § 1346(b)(1) & (e); 2671 through 2680

RE: PURSUANT TO nisi prius JURY TRIAL DEMANDED; COMPLAINT FOR MAONEY DAMAGES: RELIEF BY
EX-PARTE DECLARATORY FINAL JUDGMENT; AN INTERNATIONAL, NATIONAL,& FEDERAL U.C.C./
TORT ACTION/CLAIM, PER FAILURE BY PUBLIC OFFICIAL(S), i.e. FEDERAL EMPLOYEES, AND
PLAINTIFF'S TRUSTEE(S)/FIDUCIARY(S); FAILURE TO PROTECT and/or TAKE APPROPRIATE AC-
TION(S), BY FAILING TO ACT REASONABLY and RESPONSIBLY IN THE PERFORMANCE OF THEIR
DUTY(S); PURSUANT TO OUR MUTUALLY IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING'S
THE JUDGMENT TO BE BASED ON THE MERIT(S) AND PLEADING(S); i.e. THE VERDICT SHALL BE
BASED ON A FINDING OF A CAREFULLY CONSIDERED, UNHURRUED, AND THOUGHT-OUT DILIBERATE
CALLOUS INDIFFERENCE: This is NOT A Title 42 U.S.C.A. § 1983 or 1331 Civil Action.!

COMES NOW I, "Robert Lee, family of Hernandez", (c) 1956. (hereinafter jointly and
severally known by and/or referred to as, "Affiant and/or Movant"), do hereby, herein,
herewith, hereunder, and hereinwithstanding, state for, attest to, set notice thereof/
to, and declare's to all, "WE THE PEOPLE OF THE UNITED STATES OF AMERICA, AND ITS CON-
STITUTION OF 1787, and BILL OF RIGHT'S OF 1792", that by this Affiant's Affidavit as is
stated above herein, and that is by Affiant's Signature, Oath, and Word's of truthful
pronouncement, declares that the following statement(s), attestment(s), document(s),
material(s), and information(s) are ture, accurate, correct, certain, and complete, and
that they are NOT meant to mislead, under the information's per the paints and penalty
of perjury...SO HELP ME GOD...pursuant to Title 28 U.S.C. § 1746; and,

That whereas, this is a U.C.C. and Tort's Commercial Security Agreement and Civil
and Constitutional Right's Violation Complaint, and hereby mutually agreed upon and en-

tered into on this the 14th day of June, 2011 C.E.! That as the "Undersigned Plaintiff"
do hereby state for and attest to Affiant's Affidavit of Averment and Negative Averment
In Suppert Of Affiant's International, National, and Federal O.C.C./Tort's Action/
Claim: By Declaratory Final Judgment; By Special Appearence; By Ancillary Jurisdiction;
and By Common—Law—Venue, and that which these Document(s), Material(s), and Informa-
tion(s) are in direct support of OUR Mutual Assumpsittive Assent, which is the United
States Constitution Documented Standards of 1787 & 1792 to decide the jurisdiction of
this herein cause, and asto the Declaratory Final Judgment of this herein cause; and,

JURISDICTION AND COMMON LAW VENUE PER THE FEDERAL RULES OF CIVIL
PROCEDURE'S; AN I.R.L. 28 U.S.C. § 1031, Sec. 1291 to 1295;

That whereas, this Internatinal, National, and Federal U.C.C./Tort's Action/Claim
is Authorized pursuant to Title 28 U.S.C. § 1346(b)(1) & (e) Sec. 2671-2680; and 1391
(b)(2)! The filing of these Claim's are pursuant to the denial of Tort's Action/Claim
(s) Number's: TRT-SER-2010-05587 of November 9th, 2010, and Tort's Claim Number: TRT- -
SER-2009-04139! Which are for the actual harm, injur%'s, and damage's substained to
Plaintifff's Person, while in the Official Custody for Safekeeping, health, psychiatriC
and general welfare, care, substance, and vested protection by the U.S. Dept. Of Jus-
tice, by and through The Bureau of Prisons,A.K.A.—The B.O.P. – Dept. Of Prisons, as is
mandated by an Act of Congress, pursuant to Title 18 U.S.C. § 4042(a)(1); and,

That whereas, Affiant is Officially Issuing a "Facial Challenge" of/asto Actual In-
nocence and/or Actual Immunity; i.e Sovereign Immunity of/by Federal Employee's and/or
Public Official's in the perfoomance of actual duty(s)! For Affiant/Movant has issued a
Formal "Actual and Constructive Notice Of Fault and Lien" Affidavit! A Facial Challenge
to the Honorable Court, to prove and/or disprove that beyond any doubt that there [IS]
or [IS NOT] a/an/any Set of Circumstance's that does in fact exist at this times end
moment, of which Movant has been or has NOT been surverally burdened by the United
States, its Public Official's and/or Employee's, and has or has not suffered an enhan-
ced sentence at the hands of a very zealous above and herein said Entity(s), by their
actual perfromance of "JUST CAUSE", ACTUAL CAUSE", OR PREJUDICIAL CAUSE", by their own
enhanced performance's asto the Malfeasance, Misfeasance and Nonfeasnace of the Law(s)
and Regulation(s) of the U.S. Constitution of 1787 and the Bill of Right's of 1792! To
Wit, based upon these entitlement's, Movant is now entitled to relief, automatically in
this very important cause; and,

1.) That whereas, while Plaintiff has been under the overall care of said above and
herein named Agent's and Agency(s) of The United States Of America! And Aver, Movant
has suffered permanent Injury(s), Harm, and extensive permanent damage to his person,
by and through the pure adulterated Malice, Malicious, and Willful Negligence; and the
actual Wrongful Wrongdoing and Wanton Misconduct asto The Facial Challenge of Malfea-

2

sance, Nonfeasance, and the most important The Tort's Of Misfeance asto Criminal Law! This, by and through The B.O.P!s. Staff and Public Official's, "Which Are One In The Same — Even The Like Asto Their Suspritious Supercilious Shadows Shadow; i.e. By and Through Their "U.S. Government Employee's of Any Capacity, Public Official's, Contractor's" Official Capacity and Duty(s) to perform the duties Reasonably and Responsibly, which in this instant offence is, due to their personal and intentional depravity, by their Callous, Carefully Considered, Unhurried, and Thought-out Deliberately Displayed Indifference In The Actual Performance of Their Official Duty(s), by their Act(s), Action(s), Inaction(s), and Ommission(s) of and by the U.S. B.O.P. Employee's and Public Official's, and all the while their Act(s), Action(s), Inaction(s), and Ommission(s) were during what is referred to as being "Under The Colour Of The Law", and/or by The Actual, Expressed, and Explicit Authority of the Federal Governments Statutorial Law(s) and Regulation(s), or under the Colour of the U.C.C. / Tort's Immunity; and,

2.) That whereas, this was accomplished by and through Their Administrative Ageny(s) which i.e. is by and through the B.O.P., The Justice Department, and The Attorney General pursuant to Title 28 C.F.R. § Chapter 1, part 16, app. 1 to 16, and being and coming directly from the D.O.J!s. Executive Dept. under Title 5 U.S.C. § 501; i.e. Whom did in fact violate and deprive Movant of his Constitutional and Civil Right's (s) of Affiant's Certificate Of Live Birth — Right(s)! That which are secured by and through the Federal Statutes of the United States Constitution of 1787, and Its Bill of Right's of 1792, and of course by and through The Article's Of Confederation of 1756 & 1776; &, Aver, The Honorable Court has established jurisdiction under Title 28 U.S.C. § 1331, 1346(b)(1) & (e), Sec. 2671 — 2680; & 1391(b)(2); and under 5 U.S.C. § 701 et seq.; &,

3.) That whereas, filing Pro Se by the Undersigned Plaintiff, do hereby and herein seek monetary relief under the above and herein Cited Law(s) and Regulation(s) of the Uniform Commercial Code(s), (hereinafter known by or referred to as, "U.C.C."), and any appropriate Federal Statutes; Common-Law(s), Constitutional Law(s), Statutory Law(s) and per under 28 U.S.C. § 2201 &2202! Furthermore, any/all relief sought by Movant is du¢lu authorized under § 2201 & 2202, Rule(s) 55, 56(a)(1), and any/all applicably determined Rule(s) of the F.R. of Civ. Procedures; and,

4.) That whereas, the UnitedStates District Court, For The Eleventh District, Ocala Division, which is the appropriate Common-Law-Venue of Ancillary Jurisdiction For By Special Appearence pursuant to Title 5 U.S.C. § 701 et seq., and Title 28 U.S.C. § 13-31, 1346(b)(1) & (e), Sec. 2671-2680; & 1391(b)(2)...! RE: @ "The Honorable Court is ' the nearect appropriate Court of Venue! Albeit, it may NOT be the appropriate Principal Place of Business, and/or Satellite Office's for the Defendant's, for the Court, and/or for Movant, Yet it is the nearest place to the place of event's! For Movant is now at the Butner Medical Complex, Butner One, Butner, North Carolina [27509]; and,

3

5.) That whereas, Movant/Affiant is at all times end an individual entity in the jurisdictional custody of the B.O.P. for health, Both Medical and Psychiatric, and General Care; Also for the welfare, safekeeping, substance, and protection of, by and/or through the Dept..Of Justice, as is defined under 18 U.S.C. § 4042(a)(1) & (2), and is Mandated by an Act of Congress, which is asto "Equality and Equity Under The Law Is In Fact Paramount, and Is Mandatory By The U.S. Constitution of 1787, and The Bill of Right's of 1792, to which mandates the following: Movant is currently confined at Butner One (1); Federal Correctional Institution; P.O. BOX 1000 / Old Highway 75; Butner, North Carolina [27509]; and,

. 6.) That whereas, for Movant to seek declaratory final judgment and/or relief, Movant wish's to modify and to add Title 28 U.S.C.S. § 2201; 2202; & 1343(a)(3), and Chapter 2, Sec. B of Sec. 1983; and For Ancillary Jurisdiction — Title 28 U.S.C.A. § 1367! And Aver, asto The Court's and Movant's Equally Agreeable — Equality, Equity, and Comparative Jurisprudence that applies to the Last—Clear—Chance Doctrine of Tort's, that is with a Mutually Implied Assumpsittive Assent when applied to the "Contra Non Velentem Doctrine" that Must and Shall accompany An Implied Covenant of Good Faith and Fair Dealing's pursuant to the Constitutional Test Of Law; i.e. "The Mathews v Eldridge 424 U.S. 319, 96, S. Ct. 893 (1976)! Which shall be agreeably equal when applied to the Constitutional, Statrorial, Civil, and Comon Law Maxim's of/asto the "Letter Of The LAw(s) and Regulation(s), as when applied to the suspritious term "Under The colour Of The Law", and pursuant to U.S. Supreme Court Cite: Finley v U.S., 490 U.S. 545, 109 'S. Ct. 2003' (1990); and,

7.) That whereas, under proper jurisdiction; Title 28 U.S.C.A. § 1983, Chapter Two, Section C, Part Five:

  a.) That whereas, Movant was clearly and indeed harmed and injured by Prison Officials, whom did NOT perfrom their Known Due-diligence, when a knowned need is at hand, or that is, was, has, or will occure; and,

  b.) That whereas, Any Actual or Real Harm, Damage, and/or Subsequent harm or injury-(s) was due to their known or unknown failure to perfoom their duty, and in a manor that a reasonable, responsible, and prudent person "i.e. Entity" would indeed have performed that duty prudently; and,

  c.) That whereas, That the Doctor's and/or Persons "i.e Public Officials or Employees of the U.S. Federal Government", i.e. Fictional Entity(s) as the Bureau of Prisons Staff Members named herein, by thier Act(s), Action(s), Inaction(s), and/or Ommission(s) that were NOT necessaryly reasonably prudent in the actual performance of that Sworn Duty, Oath of Office as Agent's of the United States of America, and as Public Official's and Holder—Of—The—Key of The U.S. Constitution of 1787, and as Servant's of "WE THE PEOPLE, FOR THE PEOPLE, AND BY THE People.

ℓ

꞊  PEOPLE"; that would be inorder to preform their Due-Dilence, as The Trustee's and/or Fiduciary(s), and Employees of the People; and,

That which in this realm of reality Aply Applies To, ans Is As Per, and Is Pursuant To Any/All Federal Statutes, Constitutional U.C.C. and Tort's Law(s) and Regulation(s), Merchantel, Maritime, and Maxim's of Law; and The Civil and/or Common Law(s) of the U. S. Constitution of 1787, The Bill of Right's, and The Article's Of Confederation of 17-76 "By All Country(s) Of The America's" which makes and proclaim's any/all people's of the America's To Be Natural Borne Indigenous People Of The America's; and This Is Accomplished by One's (s) "Certificate Of Live Birth - Right(s); and,

DEFENDANT'S PRONOUNCED & VALIDATED MUTUALLY ASSUMPSITTIVE ASSENT:

8.) That whereas, the Defendant's are to include, but are NOT limited to The United States Of America; The Constitution of 1787; The Bill Of Right's of 1792; Any/All Article's Thereof; and The Article's Of Confederation of 1776; and the following Named Defendent's / Respondent's / and/or Common ACTOR'S of [UN]named at this times end moment: DR. Davila; Dr. Georgy; All [UN]named Co-Defendant's At Coleman Low; Dr. Duechasne; A Any/All [UN]named Co-Defendant's At Butenr One, and At Butner Medical Hospital; Addumdum To Be Added Later With [UN]named Co-Defendant's! That by and through their willful, wanton, malice of fore-thought asto their malicious Malfeasance Act(s) and Ommission(s) which came from their malice, malicious, and wanton misconduct of negligence asto a/of a known hazardous condition that turned out to be Life Threating Situation, and asto their known willingness of a Callous and a voluntarily contemptuous Act(s) and Ommission(s); i.e. Action(s) and/or Inaction(s) that is asto perform their Sworn Duty and Oath Of Medical or Office, as Agent's of the United States Government, and its people;

9.) That whereas, Respondent's were at all times end moment's employeed as Public Officials and/or Employee's of the U.S. Government, the D.O.J., and the B.O.P., and are Servent(s) of the Community At Large; i.e. Collectively Public Official(s) and Employee(s); and As Affiant's Fiduciary(s) and Trustee(s), which by fact makes them Agent(s) of an Agency of the U.S. Government; under 5 U.S.C.A. § 551 & 701 et seq., and is thus the collective Agent(s)/Employee(s)/Public Official(s)/Fiduciary(s)/& Trustee(s), that are in fact by Law - Lawfully and Legally Responsible for The "TOTAL ALL AROUND CARE & WELL BEING FOR THE PLAINTIFF", as is attested to above and herein that shall be "TOTAL PROTECTION FOR THE PLAINTIFF FROM A KNOWN and/or UNKNOWN HARM OR INJURY", as is set forth under 18 U.S.C.A. § 4042(a)(1) & (2); and,

10.) That whereas, "It Is To Say Indeed. Equality & Equity Under The Law Is Paramont, and Is Mandatory By The U.S. Constitution of 1787, and its Bill of Right's of 17 92, and thereby Mandated By A Legislative Act Of Congress - February 21, 1871! To Wit, the Defendant's by being Agents and Employee's of the U.S. of America, are in fact com-

5

pletely responsible for the lawful over all Care, Walfare, and Protection by Proper Medical Care, that Protects The Plaintiff! A One, "Robert Lee, family of Hernandez", (c) 1956, and for the over all operation's of the Dept. Of Justice, by and through the B.O.P., and is to include the safety, protection, and medical care of Plaintiff! And Aver, at each and every Federal Correctional Institution / Facility under its juris- diction, which includes but is NOT limited to the entire Butenr Medical Complex/Cen- ter's; @ Coleman Low; which is where Plaintiff suffered his permanant harm and injury- (s), which were caused by then was induced by those individual Entity(s) named herein!

11.) That whereas, as of the filing of this complaint, Movant still has not had any surgery, an approval for surgery, or any other type of Authorization(s); To the point that Movant has just recently been told on or about May 04th of 2011, that in fact his necessary surgery, is now NOT necessary and that the purposed once surgery has been now cancelled/denied; i.e NOT Medically Necessary, Signed by Dr. C. Duchesne, M.D., Head Clinical Director (please see Exhibit A-1)! And Yet, Movant believes that since Plaintiff is under the Custody/Charge of the So-Called U.S. Government, and Its Courts. To Wit, then would it NOT be the Actual and Real Responsibility of the Court's and Its /OUR Protective Governments to file Charge's on/a'gainst said Defendant's, this for the destruction of government property! For is NOT the Movant Property under the U.C.- C. 1-702 to 1-709, and are NOT the Defendant's the Warehousemen under same as said Law(s) and Regulation(s) of the U.C.C. and Tort's, for a one "Robert Lee, family of Hernandez", (c) 1956! And Aver, [IF] this be truely true, and it is, then WHY CAN NOT The Honorable Court and Movant file Criminal Charges A'gainst Said Defendant's, for in fact The Aggravated Assualt and Battery, asto the Aggrevating Circumstances that have been mitigated by their refusal to perform their duty to a known circumstance that even a lay person would in fact know that Movant NEEDS emerehgency surgery; and,

12.) That whereas, this amount's in fact to gross, Advertent, Active, and Ordinary Malfeasance, Misfeasance, and Nonfeasance of Malpractice asto a known Criminal Act or Ommission, by negligence and misconduct by said Public Official(s); A Negligence Per Se asto a Wanton Callous Malice and Milicious Misconduct by a Fiduciary/Trustee/Public Official/Federal Employee asto their collective failure to protect Movant from a known harm or posibly more harm and/or injuries from said Defendant's, that was in the fa- cilatation of their Duty to perform and to protect; Thus, evidencing a Very Callous & Carefully Thought-out, Carefully Considered, and Unhurried Deliberate and Callous In- difference by said Public Official's of the United States of America; and,of course as to 'prevent the continued assult's on the Plaintiff by thier continued Inaction's and Ommission's by said named Defendant's, some of whom know's that My Medical Condition require's Movant's Large Powel be reconnected back to Movant's Spincter ; and,

13.) That whereas, this continued demonstrated Act(s) and ommission(s) by said Defendant's, which are very serious Act(s) of Ommission(s) by very callous entity(s) that have Taken An Oath To Protect and to help individuals under their charge, that are to perform a service, or to facilitate the services that are required to keep said property in good working condition, which comes under the "Duty Of Care That They Are Contractually Obligates By The Social Compact / Construct / Security Agreement That Are Actual Contractual Limitation Of The Warehousemen's Liability(s): 1. A Warehouseman excepting an Entity in receipt of the property or good's, and that are liable for any/all damages to as said property or good's for loss thereof or injury thereto the property or good's by his/her failure to exercise as such due diligence are in regards asto them, an any reasonable person or careful person would exercise under even the like circumstance's, but unless otherwise agreed he is NOT Liable for as such damages, which could have NOT been Avoided by the Actual and real exercising of as such prudent care, that would otherwise be the ONLY substantial ommissions of as such material covered in the prior/previous Uniform Act(s) of Ommission(s) which are the actual and real criminal provisions found in the Warehouseman's Receipt's, and that are found on the Bill's of Lading Act's and Cost's; and,

14.) That whereas, these Criminal Provision's are found to be inappropriate to the Actual Code's Of Criminal Conduct, and for the most part that actually relate to Fraud an yet, this does NOT apply to Act(s), Action(s), Inaction(s), and/or Ommission(s) asto the actual and real failure to perfrom their Officially Perscribed Oath Of Duty!!! To Wit, Movant, believes that the Defendant's, and aver, the United States of America, i.e. "A Facial Fictional Entity", that which may otherwise be reached at: The United States Attorney office;

ANY/ALL PREVIOUS LAWSUITS BY THE PLAINTIFF:

15.) That whereas, Movant has NOT, nor has never filed any other type of Lawsuit, in any State, nor Federal Court! That which deals with the even the like set of circumstance's / fact's filed or involved as in this Cause; Affiant's International Tort Or U.C.C. Action / Claim; and,

THE UNITED STATES GOVERNMENT GRIEVANCE PROCEDURE(S):

16.) That whereas, pursuant to the B.O.P. prisoner's grievance procedures, Movant has NOT however completed the standard Grievance procedure's, "B-8, 9, 10, & 11", and yet, has completed the U.C.C. and Tort's grievance procedure's! For I have presented on a few occassions a BP-8, 9, and 10, but NEVER to its Fruitation: The Actual Upmost Sound and Best Discourse Of Reason's asto WHY...Why Not...Is Quite Simple - Movant is and has been consistantly lied to, by more than a few of these so-called righteous and up-standing individual's "Juristic Entity(s)"; i.e Defendant's, by them saying I was

7

in fact going to have the operation to fix Movant's Right-Hip, Leg, Low Back, and To
have My Large Bow(:) Reconected back to MY Sphincter, and/or it has been approved by Dr.
Duchesne, and/or by The Assistance Health Administrator from Butner One "Mr. Garrido",
and asto the entirety asto what reasoning ONLY GOD Know's, and for the following rea-
son's, and as pursuant to Affiant's Affidavit contained above and herein; and,

a.) That whereas, per the B.O.P's. Program Statement OPC No.: 1320.06, "Federal, U.
C.C. Statute, aor Tort's Action's/Claim's - Act" Does NOT set forth any as such require-
ments to exhaust the as such grievance procedures (BP-8, 9, 10, or 11) in order to
file any of these herein said Action(s) or Claim(s), asto any injury or harm to an in-
mates person, for monetary compensation; and,

b.) That whereas, there is NO requirement under the U.S. Code(s) (USC), or asto the
Code(s) of Federal Regualtion(s) (CFR), that would Mandate Movant to exhaust any type
of internal grievance proceedure's! This, before Movant proceeds to a U.C.C. or Tort's
Action/Claim, or asto any Civil Complaint, for any type of monetary compensation(s)
for an Injury or An Harm of whatever of circumstance's; and,

c.) That whereas, Plaintiff is precluded from seeking monetary compensation for any
damage's, injury's, or harm's to his person, or asto any ancillary lawful remedy, that
is based upon the material fact's contained herein, or nor by and through the internal
grievance procedures (BP-8, 9, 10, & 11)! For there are NO remedy available to do so,
via, the actual internal grievance procedure(s) system of Administrative Remedy; and,

17.) That whereas, per Title 28 U.S.C. § 2675(a) is found:

"An Action Shall NOT be instituted upon a claim a'gainst the United States of
America for money damages for Injury(s), loss of Property, or Personal Injurys
...caused by the Act(s) or Ommission(s) of an Enployee of the United States
Government, while acting within the scope of his/her office, or employment;
[UN]less the Claimant Shall Have First Presented The Claim To The Appropriate
Federal Agency, and that his Claim Shall Have First Been Finally Denied, By
The Federal Agency In Writing ..." (emphasis added); and,

18.) That whereas, per Titl3 28 U.S.C. § 1376 is found;

"ANCILLARY JURISDICTION": A Courts Jurisdiction to adjudicate Claim(s) and/or
Proceeding(s); "TORT'S" related to a Claim that is properly before the Court;
or Jurisdiction over a Claim that is part of the same case, or controversy as
another Claim over which the Court has Original Jurisdiction Over; and,

That whereas, Movant has presented his Claim NOT Once, but Twice...being denied at
both Times End; Thus, this constitutes a Final Determination at the Administrative
Remedy Level; And Aver, this is Movant's Official Notice of Fault and Lien; and,

19.) That whereas, Movant has presented his Claim(s) for damage(s), Injury(s), and harm...to his person; Utilizing the Standard Form 95 (Titled 28 C.F.R. § 14.2) at the Administrative Agency Level, by and through the B.O.P. & D.O.J., See::Attached Copies Of Tort Claim Number's: TRT-SER-2010-05587 & TRT-SER-2009-04139; Dated On the 21st of December, and On The 10th Of November 2010 respectively; A Denial Of Movant's Claim(s) that were made and then issued! Movant has therefore met any/all burden's placed upon Affiant; pursuant to U.S.C.A.; C.F.R; D.O.J.; B.O.P. and the appropriate Program Statement's, under Title 28 U.S.C. § 2675(a); and Title 28 U.S.C. § 1367; that was in-order to proceed to a Civil and Constitutional U.C.C. and Tort's Action/Claim for Declaratory Final Judgment, and/or a Trial By Jury; and,

PLAINTIFF'S PLAIN STATEMENT OF FACTS and/or BILL OF WRONGDOING;

20.) That whereas, I "The Undersigned Plaintiff / Affiant" do hereby by Affiant's Affidavit and Certificate Of Live Birth — Right(s), believe that per Black's and West-law's Dictionary(s), the actual defination(s) as set forth in the following word's is asto their Act(s), "Action(s) and/or Inaction(s)", or Ommission(s) amounts to a "Wan-ton; Willful; Wrongdoing; Wrongful; Malice; and a Malicious Wanton Willingness of Mis-conduct, that was by their Knowing, Willing, and Voluntary Negligent Act to a Known Danger, that in itself amount's to an Extremely Intentional, Carefully Thought-out, and A Deliberately [UN]hurried Callous Indifference to Plaintiff's Plight of and/or asto a known harm and/or danger, and for Movant NOT being able to do anything about the total and/or any part thereof the situation; Other-than to [un]justly obey their order's, and Pray To The GOD Almighty...that YOU Survive it t'all;

21.) That whereas, on or about February 5th, 2009, Movant was at F.C.C. Law, Cole-man, Florida, in the S.H.U. Program. Where-upon, I did awake with an extreme pain in Movant's lower back and entire right leg, where i did inform the C.O./Staff Personal that I needed to see someone from Medical Department, A.S.A.P., for I was in extreme-ly acute pain! I was later seen by a Physicians Assistance, and was carried out by 2 (two) Male Staff Member's, which was due to the fact that I could Not walk on MY OWN! After being seen by the P.A./Dr. — I was perscribed a medication that was suppose to help relieve the extreme pain. Over the next twenty-six days I was prescribed a vari-ety of different pain medication, this to try to relieve the intense pain in MY right side of MY chest and in MY abdomen! I thought that I was experiencing a Heart Attack!

22.) That whereas, on or about March 02, 2009, I expreienced such a great deal of intence pain that I thought I was was having a Heart Attack, this due to the extreme pain in MY Chest and abdomen! And Yet, Dr. Davila in front of the CO's and other Med-icial Staff, that I was faking this condition, just to get more Pain Medication for the intense pain in MY Right Hip and Leg...He did acknowledge that I had a condition in MY Right Leg and Hip...Yet, I was faking the Chest and Abdomen Pain and Disconfort.

9

Dr. Davila threatened me by stating that He WAS GOING To Write Me Up For Faking This
Condition...He Was Going To Write Me Up...Yet he then sent me to an outside hospital
for a treatment for a Medicial Condition I Was Faking...How Is That...For I was never
written-up...REASON: At the Hospital I was disgnosed with Urinary Retention and Obsti-
pation due to the a'many different medication's that Dr. Davila had perscribed for me.
This condition was brought on by Dr. Davila himself...And Yet, I was Faking...! From
this point on, Dr. Davila was constantly telling me that I was faking this or exagger-
ating that...We never had a good repore, on any level...after the Hospital disgnosed
me with any condition...for he would have sworn up and down that I was faking! And
Aver, after that he never gave me a fair shake!

  23.) That whereas, once Plaintiff had demonstrated that he had a serious medical
need, that was or is needed, "And Still Is Needed and Necessary", and is required in
order to fix MY severely damaged right hip and leg, and that is required to reconnect
MY Large Intestine to My Sphincter, so that I may    use the restroom a'gain normally;
To Wit, a serious medical need is one that had been diagnosed by a physician as manda-
ting treatment, or one that is so serious that even a lay person would easily recog-
nize the necessity for a Doctors attention...Whereupon, even elective treatment recom-
mended by a physician, but NOT "necessary in life or in health — saving sence — or as
to AESTHETE", and may be constitutionally mandated upon a prisoner's election(s); And
Aver, is so great asto a known need and/or danger; and,

  24.) That whereas, from March 6th, 2009 to July 15th, 2009 Movant was consistanly
being denied his pain medication's and/or his perscription for ice bags to help eleva-
te the extreme pain in my right hip and leg, (please refer to Cite: Cummings v Dun,
630 F.2d (8th Cir. 1980), and Ortiz v City of Imperial, 42 F.2d 1312 (9th Cir. 1989);
asto a serious medical need — second part, and first part, Medication denial; also,
See, White v Napoleon, 897 F.2d 103 (3rd Cir. 1990) — Serious Neglect); which are in
fact demonstrated by the Government and its Representative's; i.e. Public Officials,
in that Dr. Davila a'gain stated that I was over acting to a very simple back problem,
and yet, even though it has been diagnosed that I have Herniated disk in the lower
part of my spine, the real problem, which he never came close to diagnosing, was the
infection's in MY Right Leg and Hip; A'gain (please refer to Cite: Estelle v Gamble,
429 U.S 97, 103, 97 S. Ct. 285 (1975) — Asto Deliberate Indifference; and,

  25.) That whereas, Plaintiff has shown and/or has demonstrated, "And Will A'gain
Many Times In The Coming Page's of This Affidavit — U.C.C. / Tort's Action/Claim",
the actual and real negligence and/or Milicious Misconduct, by a'many wanton wrongs,
wrongful act(s) or inaction(s), and a willingness to either willfully act wrongly,
or a willfully non action that was commited by a voluntary wrongful act of wrong, by
a malice wrongful act, or a malicious wrongful Inaction or ommission! And Yet, all

these Act(s), Action(s), Inaction(s), and/or Ommission(s) were committed by Public Of-
ficial's / Fed. Government Employees to a known harm, danger, or asto a\Serious Medical
Need That Needed Introvention To Possibly Save A MAN'S Life...To which was performed
by a very Malicious, Malice, Wrongful Wrong, and/or Intentionally Act(s) or Ommission-
(s) by negligence and/or misconduct by said herein name Public Officials: i.e. Any Act
of wrong or of/by wrongdoing is clearly and closely associated with the idea's or Ide-
als of Tort, or asto the concept of Negligence or Misconduct by a Public Official or a
Government Employee, Agency or Agent thereof, which is in fact deemed as an Act or Om-
mission perfromed without the ordinary due-diligence, prudence, diligence, and/or gen-
eral care that which a reasonable, prudent, or responsible person would use in a sim-
ular circumstance - Is In Itself Malfeasance, Misfeasance, and Nonfeasance of Tort's
and of the U.C.C., and of the Constitution of 1787, and Bill Of Right's of 1792! Thus,
Negligence or Misconduct may consist of either the doing of an Act without reasonable
and ordinary care, that whereas an harm or injury has occured, whether knowingly or
unknowingly; or is the failure to act or not to act under even the like circumstance's
where the reasonably prudent person would Act, or had Acted, so that the "PROXIMATE"
results in an harm or injury that would otherwise would have not occured; The Word
Prozimate Cause is defined as, or Means: That there was a direct and consequential
result, harm, or injury! To Wit, any/all Medical Malpractice, Malfeasance, Misfeasan-
ce, or Nonfeasance is a form of "TORTIOUS BEHAVIOUR", that is commonly known by or is
referred to as "NEGLIGENCE BY A MEDICAL PROFESSIONAL", and they are to be HELD ACOUNT-
ABLE FOR THE/THEIR ACT(S) and/or OMMISSION(S), or a Failure To Act, In Their Action's
or Inaction's, Prudently When Rendering Any Type Of Medical Care, when or where the
harm, injury, or danger to the patient is the proximate result; and,

    26.) That whereas, on or about the 26 of June 2009, I had the C.O. to contantly
ask medical asto where was my pain medication; when the Nurse came that she could not
give me my pain medication, because, P.A. Lopez had it in his pant's pocket, and she
was trying to locate him, and I did Not receive my pain medication until Seven Hours
after I was to have received it...That is a total of over 12 hours! A'gain, (please
[IF] the Honorable Court would indulge me, Review MY Entire Affidavit, "Which Is MY
Journal", The Court will be able to understand the multitude of just how many times
either they forgot to bring me my medication's or prescription ice, or it was Two or
upto seven hours late, or I was accused of faking, lying, or exaggerating something
or another - Please Review My / Affiant's Affidavit - Please); and,

    27.) That whereas, Plaintiff has shown by a perponderance of evidence, that I have
in fact demonstrated that in fact the burden of proof in most Civil Litigation is as-
to Affiant's Facial Challenge: That the charge of Callous and/or Deliberate Indiffer-
ence to a serious medical need does amount to and does constitutes "Crule and Unusual

Punishment", i.e. "An [UN]necessary and Wanton Infliction Of Pain", which is prescribed or mandated by the Eight Amendment...! Thus, when one try's to determine what exactly is "Deliberate Indifference", and what are "Serious Medical Need's", when applied to Deliberate Indifference, Deliberate Indifference can best be manifested by Prison Doctor's; i.e. Public Official's / Government Employee's, in their Callous and/or Indifferent Responce to the prisoner's Medical Need's In General, or asto those that are serious in nature asto who they are then medically treated, either way that which Includes General Medical Attention, or asto a General or critical Surgical Treatment! For an inmate CAN NOT "Canna", at their own will, go to a public or private Doctor to secure any kind of treatment; And Aver, one CAN NOT, at will, call a Medical Practitioner to come and treat him, even [IF] he were in dire strait's! That is of course, with the B.O.P. holding Warehousemans Custodial Right's of said inmate to as such secured treatment, where as applied to the custody of the prisoner's person, and whom controls the prisoner's total access to any/all of his needs, and more importantly — his Medical Need's and any as such Medical Treatment! For, the prison authorities have every duty and responsibility to provide the necessary and priosner's election's asto proper and adequate needed medical attention! Albeit, there in in fact a Constitutional Duty / Obligation to provide that any as such much needed medical attention...Because, "The Intentional Denial To A Prisoner's Needed Medical Treatment, Is Cruel and [UN] — usual Punishment...And Aver, It Is Also A Criminal Act of/by Ommission To Duty To Any Known Cause, Harm, Danger, or Posible — Injury"...! Thus,the Reckless Disregard, Callous Inattention, Gross Negligence, and Malicious Misconduct is: "The Intentional Denial Of Treatment, That Violates Any Priosner's Due-Process-Right's To Said Medical Treatment, Is In Itself — A Criminal Act or Ommission; and,

28.) That whereas, Plaintiff must also prove both "Objective and Subjective Evidence"; Farmer v Brennan, 511 U.S. 825 (1994); Wilson v Seiter, 501 U.S. 294 (1991)! To Wit, OBJECTIVE Evidence is Factual Evidence that Affiant has been deprived a basic human need! And Aver, SUBJECTIVE Evidence is Evidence that the Prison Official; i.e. Public Official, that the Plaintiff is suing, knew Affiant was being deprived of serious Medical Treatment, or that he was being put into harms or dangers Way, and that he Did NOT Respond prudently or reasonably, and that that deprication of a basic need did in fact cause harm to Affiant, or did put Affiant into harms or dangers way or Did In Fact Casue Injury To Affiant, or deprived Affiant of his Basic Medical Need's; and,

    1.) That whereas, Plaintiff must show or demonstrate that the Official he is suing Acted In Bad Faith, and/or With Callous or Deliberate Indifference: Wilson v Seiter 501 U.S. 294 (1991); Which means that the Official knew of the prior conditions,and about the posible harms way, or asto the clear and present danger, and that he did not respond purdently, nor in a reasonable manner; Farmer v Brennan, 511 U.S. 825 (1994); Plaintiff must also prove that the conditions of harm, danger, or injury

are/were so obvious that the Public Official must have purposefully ignored it to NOT know it! The Standard Document's Plaintiff $as filed to the Dr's., and thepcomplaint and grievance reports that Affiant has filed asto the true nature of the injury's; Vance v Peters, 97 F.3d 987 (7th Cir. 1996), as well as priosn records that refer's to the true and real nature of the harm, danger, or injury's, and/or problems! And Aver, to show that the Prison Officials tried to ignore the problems, injury's, harm's, or danger's, once the true nature of the injury, harm, danger, or problem was brought to their attention; Spain v Procunier, 600 F.2d 189 (9th Cir. 1979)! To Wit, Plaintiff must show or demonstrate that the over all conditions he is challenging, could in itself seriously affect Affiant's Health, and/or Safety; Barney v Pulsipher, 143 F.3d 1299, 1311 (10th Cir.1998); Helling v Mckinney. 509 U.S. 25 (1993); and,

29.) That whereas, Plaintiff do hereby state for and attest to the record asto the truthfulness of Affiant's Affidavit! For Plaintiff believes the Honorable Court will consider several factors in considering the actual seriousness of Movant's Complaint! For, I know it truely is the serious risk of a known harm, danger, injury, or problem faced by Movant! Albeit, I know it is also the Deprivation thereof, rather than the severity of the [UN]derlying medical condition! And Yet, it is also, whether or NOT did the Defendant's have prior knowledge of the [UN]derlying condition, and how Indifferent they were to the condition, and how they responded to the known condition! And Aver, Plaintiff believes that every facet of every part of the true nature of this U.C.C. / Tor's Action/Claim — Is The Most Important and Most Relevant Parts to any/all Eight Amendment Violation(s), that goes before A Judge...For A Declaratory Final Judgment! For'th, in considering asto whether or not Movant has a truely serious medical condition and/or need! The Honorable Court will I believe truely consider the a'many relevant factors! And Aver, the factors the Court most often finds in favor of Movant asto Deliberate indifference is when:

1.) That whereas, a prison Dr., Public Official, or Fed. Employee, fails to respond to a serious medical condition, any serious condition such as harm, injury's, or a dangerous situation, and fails to respond appropriately, or did not respond at all to the serious medical need, or to the dangerous condition's; and,

2.) That whereas, whether a reasonable Dr. or Patient would consider the need worthy of comment or asto treatment; or whether the actual danger presented a clear and present known danger; and,

3.) That whereas, whether the actual Medical Condition Significently affects Affiant's daily activities; and,

4.) That whereas, whether Movant has chronic and/or serious pain, and the severity;

30.) That whereas, therein there a few different types of cause's and prejudice's: But-For-Cause; Concurrent ; Immediate; Intervening; Proximate; Remote; Superseding; Good; Actual; Justice; and Prejudicial Cause (s); And Aver, there is Legal; Without; With; and Undue! Lets look at two of them, first; But-For Cause: The Actual Cause Without which NO Event Could or Would Have Occured; Proximate Cause: A Cause that is legally sufficient to result in liability, or a direct and consequential result, or the

actual casue that directly produces an/the event, and without which the event would or
could NOT have occured; Second; Duty or Great Care: The actual degree of care that a
prudent person exercises in dealing in a given situation by someone in the business or
profession of dealing with the even the like situation's; Reasonable Care: A Test of
liability for negligence, and the actual degree of care that a prudent and competent
person engages in the same or even the like line of business or endeavour would exer-
cise under the same or like circumstance; Duty To Act: One's Duty to take some type ?
of action. or to prevent a known harm or injury to another, and/or For the failure of
which one to act may be liable for; Prexisting Duty: A legal duty that one already is
legally bound to act upon, or to perfrom; and,

   1.) But-For. and Proximate Cause: Case Law, Cites: Bost v Riley, 49 N.C. Add 6538
   (1980); Nerihan v Toothalser, 515 F.2d 509 (1973); Denten v Shem, 597 S.W. 2d MI
   (KY 1980); Neeson v Shawnee Med. Ct. Hosp. Inc. 626 F.2d 327 (OK 1981);

   2.) Duty or Reasonable Care: Case Law, Cits: Spadaccine v Dolan, 407 N.Y.S. 2d 840
   (ist Dept. 1978); Boland v Garber, 257 N.W. 2d 384 (MN. 1977); American Law Of Med.
   Malpractice, Pefalis and Wachsman (1980) Page 55;

   3.) Duty to Act and Prexisting Duty: Case Law, Cites: These are in the Same Case
   Law That the diffenent Type of Terms in Number Thirty (30) apply to;

   31.) That whereas, for Plaintiff to prove either Deliberate and/or Callous Indif-:
ference; Plaintiff must now demonstrate and/or show the the Prison/Public Official's,
knew about MY serious medical condition and/or need, and any harm or injury thereof,
and that they failed to respond to a known duty to respond, and they failed to respond
reasonably and prudently as any normal person would have, (please refer to #30), also;
Estelle, 429 U.S. @ 104 - 106; Gutierrez v Peters, 111 F.3d 1369 (7th Cir. 1997); Me-
loy v Bechmeier, 302 F.3d 845 - 849 (8th Cir. 2002): Jones v Norris, 310 F.3d 610 (8th
Cir. 2002); and Brock v Wright, 315 F.3d 158 (2d Cir. 2003); Aver, Plaintiff had noti-
fied Defendant's over nine Month's prior to the date of where they had to rush me to
the Hospital to have My Right Hip and Leg Operated On! And Aver, they knew about the
seriousness of My Condition's, or they should have, and/or that even a Lay person wou
would have known about My Condition; Farmer v Brennen, 511 U.S. 825, 842 (1995); and,

## PLAINTIFF'S STATEMENT OF LEGAL CLAIM:

   32.) That whereas, Plaintiff adopts, re- re-allege, and incorporates by referencing
numbers 1 through 32, and as supportive fact(s) of Movants lawful and legal Claims: i.
e. U.C.C. and Tort's Action/Claim; and,

   .33.) That whereas, The Defendant's owe by Duty as Public Officials to Plaintiff a
reasonable and responsible care to safeguard the Medical Care of the Plaintiff, under
their control based on Title 18 U.S.C. § 4042, and under The Federal U;C.C. and Tort's
Claim Act; Cite: Ramsey v Ciccone, 310 F.Supp. 600 (W.D. MO. 1970): Whereby explains
in detail the types of Deliberate Indifference and its Standard's! A Priosoner in need
of Medical Treatment ( To include Medical Attention and Surgical Treatment) can NOT,

at will, go to a Public or Private Facility to secure treatment, (As I have already explained earlyer herein), and he can NOT, at will, call a practitioner to treat him or her in prison...having custody of the prisoner's body, and control of the prisoner-'s access to medical treatment! Therein, the prison authorities have a sworn duty to provide needed medical attention! That whereas, this duty is recognized in the State and Federal Statutes, and Administrative Prison Regulation's...In Addition to these statutory and administrative duties! There is a Constitutional Duty to provide needed Medical attention to a priosner; Because, the intentional denial to a prisoner of any needed Medical treatment, is Cruel and Unusual Punishment, and it Violates the / HIS Eight Amendment Right's to/of the United States Constitution of 1787! That whereas, [IF] the above and herein is accepted, then it is an easy mental step to the proposition, that reckless disregard, callous, intentional, and gross Negligence, which does result in the denial of needed medical treatment! And Aver, is "equivalent" to Intentional denial of medical treatment, and it therefore violates the / HIS Constitutional Right's by the Eight Amendment; and,

1.) That whereas, the denial of prescribed medication; Cite: Cummings v Dun, 630 F.2d 649 (8th Cir. 1980); and,

2.) That whereas, where a prisoner suffered a head injury, and medical staff did treat with seditives, but disregarded symptoms as the condition worsened in this case, although the staff did not deny treatment, their neglect of symptoms amounted to "substantial Deliberate Indifference to a prisoner's serious medical needs";

3.) That whereas, "Seroius Medical Need Standards" are: In addition to showing Deliberate Indifference, priosner's must also demonstrate that their medical needs were "Serious"! The following may be the best available definition of "Serious":
a.) A serious medical need is one that has been diagonsed by a physican as mandating treatment, or one that is so obvious that even a lay person would easily recognized the necessity for a Doctor's Attention...even elective treatment recommended by a physican, but NOT Necessary in a Life or Health Saving Sense, May be Constitutionally mandated upon a prisoner's election;

A.) TORT'S CLAIM ALLEGATIONS: The Medical Staff at Coleman Low failed to properly diagnos My Leg and Hip Condition! It was however finally diagnosed with "OSTEOMY-OLITIS" Nine (9) Months after Medical Staff was first notified Medical problem:

33. A.) Continued from #33: The Courts read this statue's actc mean: That the Defendant's MUST exercise prudent due-diligence to keep Plaintiff safe and free from harm, danger, injury's, and neglect, and this is to include, but is NOT limited to Medical Care. Thus, The B.O.P., under the direction of the Attorney General; Shall Act:

1.) That whereas, to have total charge of the warehousing, management, and regulations of any/all Federal Penal and Correctional Institutions;

2.) That whereas, the MUST provide suitble quarters, and to prvide for the safekeeping, health care, general care, welfare, and substance of any/all persons that are charged with, or convicted of an offence a'gainst the United States, or held as a witness or otherwise;

3.) That whereas, tc provide for the protection of the inmate a'gainst improper medical care, the dereliction of one's duty's, the intentional infliction of harm or injury, that are/were caused by callous individuals, and all persons charged with or convicted of an offence a'geinst the United States; Such As A Doctor That Had Lost His License Tc Practice Medicine;

4.) That whereas, one may violate the statutes by: Failing to carry out his/her Sworn Duty tc protect, i.e. "Medical Oath"; and administer proper medical care; Cite: Lynch v U.S., 189 F.2d (5th Cir. 1951); "When a person acting under the colour of the law, or under Federal Authority, deprives a prisoner of his/her Right's. The prisoner may seek remedics for violation of his/her Constitutional Right'n;

34.) That whereas, Plaintiff must prove both Objective and Subjective Evidencing; Farmer v Brennan, 511 U.S. 825 (1994); Thus, objective evidencing is factual evidence that is a materel fact astc demonstrating or showing by document's, material's, and information's that is in fact NOT just true, but that show's the Defendant's Irresponsibility tc perform, to act, to a knownduty to act "BY Their Action(s) or Inaction(s)" or by their ommissicns, that they in fact behaved in bad faith, and that their behaviour wes wrongful, and that these Act's and Ommission's were committed by Public Officials under the colour cf law asto their sworn duty! And aver, they by their own Act's and Ommission's demonstrated to perform it intentionally, wrongful, with malice and with fore-thought! Thus, by their negligence and malicious actions and inaction they have committed a'many Malfeasance, Misfeasance, and Nonfeasance of the Law! Yet, by their misconduct and extreme negligence, and negligence Per Se...is unbelievably Bletent† Deliberate, and Callous Indifference in their Official Capacity of Duty;

1.Tort's Claim Malpractice: Is closely associated with the idea of a TORT is the concept of negligence, deemed as as Act or Ommission performed without the ordinary prudence, dilligence, and care, which a reasonable man would use in a similor circumstance. This negligence may consist of either the doing of an Act without reasonable and/or ordinary care (so that an injury may result), or the failure to act under circumstances where the reasonably prudent person would act, so that the "proximate" result is an harm or injury that otherwise would not have occured: Proximate cause and But For cause Means: That there was a direct and consequential result or cause without which NO event could / would have occured;

2.) Medical Malpractice: Is a form cf torticus behaviour commonly pursued under a negligence theory, in which medical professionals (Dr., Nurses, Dentist, & psychiatrist, etc.) are held accountable for their acts of failure to act, when rendering medical care, and where injury to the patient is the proximate result/cause; Cites:

Laaman v Helgemce, 437 F.Supp 269, 311 (D.N.H. 1977); West v Keve, 571 E.2d 158 (3rd Cir. 1978); Case v Bixler, 518 F.Supp 1277 (S.D. OHIO 1981); Best v Riley, 44 N.C. App 6538 (1980); Meriman v Toothalser, 515 F.2d 509 (1973); Denten v Shem. 597 S.W. 2d MI. (KY 1980); Neesen v Shawnee Med. Ct. Hcsp. Inc. 626 F.2d 327 (OK. 1981);

INJURY: ALR 2d (3Vcls.) Medical Malpractice Cases and Annctations, American Law cf Medical Malpractice, Pegolis, and Wachsman (1980);

A.) That whereas, while I was at Coleman Low, I was inappropriately cleared for being Trensfered, resulting in the U.S. Marshall's returning me back to F.F.C. Coleman Low, since I was unable to walk, due to the extrene pain in my right hip and leg; and,

B.) That whereas, while I was at the Coleman Low Institution, I was started on a Three (3) Step Medication for pain. This was required in regards to the actual medication, but I was ONLY given the first step at the low, and because of their own incompetence it was completed Eight (8) Months later, when I was taken to the U.S.P.1 @ Coleman;

c.) That whereas, while at an outside Hospital, over a period of Six and One Half Months (6½), I suffered the following complications, due to the actual and real Negligence on the B.O.P.'s part: C. , DIFF., MEGA Toxic Colon, Cholecystitis, pancreatitis, Peptic Ulcers, a Hernia, Gout, and An Obstruction of the Lower Bowels;

35.) That whereas, for Plaintiff to file a proper brief to make a U.C.C. / Tort's Action/Claim for money damages under P.L.R.A.; Which is derived from the Fed. Rules of Civ. Pro., Rule 55; 56(a)(1); 57; & 65; and pursuant to Title 28 U.S.C.A. § 1346 (b)(2); 1343(a)(3); 1367; and as per 28 U.S.C. § 1331 & 1983, which in this cause is per 18 U.S.C.A. § 4042(a)(1) & (2); Then As per the Terms: Duty Of Care; Duty To Act; and Preexisting Duty; (please refer to page 14), Which is to mean: One's Duty to take Some Type Of Action; To Prevent Harm or injury to another, or For failure of which : One To Act May Be Liable For; OR Any Legal Duty or obligation that one is already legal for, and that one is bound to act upon, or to perform; Cites: Spadaccine v Dolan, 407 N.Y.S. 2d 840 (1st Dept 1978); Boland v Garger, 257 N.W. 2d 384 (MN. 1977); and, American Law of Medical Malpractice, Pegalis and Wachsman (1980) page 55; and,

36.) That whereas, when the defendant's have failed to show or demonstrate any compassion for their overt Act's and Omission's that they themselves have performed upon Movant, or for those Action's and Inaction's that they have failed to perform, such as any necessary or elective surgery's! Plus, the United States and its Co-Defendant's have failed to protect Plaintiff by their deliberate and callous indifference, by and through their a'many opportunities of Act's and Omission's! The Defendant's Assign's, and the Public Official's / Fed. Employee's, fail to protect Movant by failing to promptly diagnosing and then correcting Movant's Right Hip and Leg. This has been an on-going process for over Two (2) Years, And Yet, I Am Still In The Even The Like Circumstance's, which comes directly from their Suspriation Shadows Shadow! To which I have never heard of any one, nor read of any case law asto the contrary. For not ONLY is it their duty to protect Movant from them, but they are legally obligated to lawfully prevent type's of assults upon Plaintiff's person, by anyone, espically, The Defendant's! They were and still are, consciously, deliberately, callously, and lawfully Indifferent to their own lawful, legal, and moral obligation-'s to have and still to fix Movent promptly and correctly; and,

37.) That whereas, "The United States Government Of The America's, and The Defendent's", are to be held to a higher standard, "So Say's President Obama", and are to therefore be held liable under the Eight Amendment, and Every Piece Of Case Law That I Have Quoted Herein, for Their Act's "Action's and Inaction's" and Omission's, that was with Indifference, "Callous, Intentional, Deliberate, and Willful", to Movant's

Health, Welfare, safety, Medical Care, Substance, Protection, and Over All Care, because the defendant's knew or should have known, that Plaintiff faced a substantial risk of danger, harm, and/or injury's! And Aver, they then did willing, Knowingly, and Voluntaryly disregard that risk of harm, by failing to take prompt, prudent, reasonable, and responsible measures to abate any/all danger, harm, risk's, or injury-'s at their own hand's; and,

38.) That whereas, the defendant's knew or sholud have known of the inherently dangerous situation's that Movant was facing! The Eight Amendment of the United States of America and its Constitution of 1787, and The Bill of Right's of 1792, that prohibits as such infliction of Curel and Urusual Punishment! And Aver, the U.S. Supreme Court has held that the Eight Amendment requires Prison Official's / Public Official's, to take prudent and reasonable measures, in order to querantee the safety of inmates, and to protect said inmates from thoughtless, Callous, and Indifferent Medical Personel, that does NOT provide every-day-common Medical Procedures! For any failure to protect under the U.C.C. and Tort's Action's / Clain's under the Eight (8-th) Amendment contains two components: and,

1.) An Objective Serious Deprivation; and,
2.) A Subjective Culpable State Of Mind; and,

38-A: That whereas, as far as number one goes, I believe have adequately presented and correctly demonstrated that the defendant's propensity to either Act In-appropriately, and/or NOT to Act Appropriately, that I and they derive, comes directly from Their Own-Self Professed Act(s) and Ommission(s), "Action's and/or Inaction's", asto how far they take their Malfeasance, Misfeasance, and Nonfeasance by Public Official-'s while in the perfromance of their Sworn By Hippocratic Oath of Duty by Due-Dili-gence to Medically Treat Movant properly, adequately, correctly, justly, and fairly!

38-B: That whereas, as far as number two goes, I believe to satisfy "A Failure To Protect, Treat, Care, and Adequately Honor Their Own Sworn Commitment under U.C.C. & Tort's, asto an Action/Clain under the Eight Amendment (8th), a defendant MUST be a-ware of the true nature of the facts at hand, from which any inference could be drawn that any substantial "RISK" of serious harm or injury does in fact exist at one's every-turn, and/or asto the extreme danger that exist at one's every-turn! Thus, the defendant MUST - SHALL DRAW that there a'many substantial RISK to draw form any/all/ every INFERENCE! To Wit, Plaintiff MUST Now show and demonstrate that the defendant's Acted, or Failed To Act, "with Indifference", and/or that that particular type of de-liberate and/or callous indifference wes in fact that which comes from NCT protecting or providing for the safety, security, health, substance, medical care, and for the over-all general care for Movant! And Aver, that those MUCH NEEDED. Whether Necessary or Elective", Medical Needs be meant for the Plaintiff, or face the consiquence's...!

To Wit, for any defendant to act with either callous or deliberate indifference, or to Act with a total disregard of one's person, he MUST Have had first hand knowledge of the fact's at hand, and that these fact's at hand possess and pose's possibly great harm, or danger to Movant, and [IF] that danger or harm does exist, then to have RECKLESSLY Disregarded those known or unknown hazzard's, danger's, or a harm as to an excessive RISK of Serious Harm, danger, hazzard, or injury to the Plaintiff, or asto this appling to the Plaintiff's Medical Need's In General, let alone those that are of a Serious or harmful nature; and,

. 39.) That whereas, the defendant's being Employeed as Public Official's of the U. S. of America, and of its self-proclaimed Covernment, whom knew, or should have known of the clear and present hazzard's asto Plaintiff's dire situation, and by Act's and/ or Onmission's "By, Of, & Asto" the defendants, as Plaintiff had INFORMED the Defendant's on a'many numerous occassion's of the peroid of about 1 Months, and said individual's/agent's of the main defendant; i.e. The United States Government", did in fact do absolutely nothing that would have elevated, "Eliminated". the entire harm's Plaintiff was proffered into by the herein said Defendant's! Yet, it was by their own negligence and misconduct that has disabled the Movant, and nothing they can do will fix this GRIEVOUS Situation that my person/body is now in, all becesue of their suspicious and abhorrent behaviour;to Plaintiff's medical need's; and,

40.) That whereas, the defendant's being employee's of the United States Government, and Agent's of an Agency thereof, are in fact required to know the Medical Case content's of those inantes under their charge/custody, care, safety, welfare, medical needs, and protection, even [IF] it is from thenselves; See; Title 18 U.S.C.A. § 4042(a)(2) & (3)! For, I truely believe that the defendat's, each and everone of them is in fact dening ME Proper, lawful, and Legally Defined Medical Care/Treatment! And Aver, that I should have beee kept from harm's way, because I did and have, and an now writing an extrere amount of Law; "Cop-Out, and/or Sick-Call Slips" to let them know what is and has been going on, and that is still going on; and,

41.) That whereas, the defendant's acting by and through it's assignment's, as the Employee's/Public Official's/ Agent's of the U.S. Federal Government, did in fact by Material Fact's, Acted with very Intentional, Deliberate, and Callous Indifference! The defendant's knew that Plaintiff was facin g substantial risk of harm asto the very serious nature of Movant Illness, and did by fact disregard the risk of serious harm and possible further injuries to Movant! Thus, by failing to take prudent, appropriate, and reasonably diligent measures to abate Plaintiff's extreme Pain; and,

   1.) That whereas, the defendant's knew of the serious risk Movant faced! Movant did on many occasion, related how much pain he was in, and yet, they contended to do basically nothing except make pronise's that they kept breaking, as [IF] they meant nothing to then; For I knew that I did Not Mean Anything to then;

19

2.) That whereas. the defendant's did in fact fail to respond reasonably and re-. sponsably to the known hazzard's and risk of harm Movant Faced, by NOT taking appropriate, prudent, adequate, and protective measures, "Medical Treatment", when Plaintiff kept repeatedly seeking the Medical Staff's Help/assistance, yet, to no avail

42.) That whereas, as Plaintiff and the Court Case's, and Entitlement's Cited, the defendant's did in fact violate Plaintiff's 4th Amendment Right's: That all in-dividuals are to be guaranteed the right to be secured in their own person...and shall NOT be violated by any person, place, or thing; and,

43.) That whereas, the United States Fed. Government and its Co-Defendant's, by their Act's and Omission's of their Duty to perform - they further violated Plain-tiff's Right's Of Birth and his due-process-of-Law, by NOT allowing Plaintiff's U. C.C. and Tort's Action to be heard or to be recognized, and by failing to protect Mo-vant's Constitutional Right's; For Plaintiff has suffered and still is suffering un-der "Cruel and Unusual Punishment"...due to the Act's and Omission's, whom could have prevented the assault upon his person by the Defendant's Negligent Behavior and Malicious Misconduct! This was and still is an [UN]conscionable action failing to prevent a known possible harm, risk, injury, or hazzard to Plaintiff! Thus, this does in fact demonstrate by their own Act's and Omission's their deliberate and callous disregard and indifference to Plaintiff Medical need's; and,

44.) That whereas, Any/All/Every Fact Finding [Jurist] would conclude that the U. S. Federal Government and its Co-Defendant's; i.e. Bureau of Prison's Employee's/Pub-lic Official's knew of the substantial Hazzard's, risk's, danger's, possible injury's to Movant, this from their very own word's, they professed of the knowledge about the hazzard's, risk's, or possible harm to Plaintiff's person, this by their own prestigi-ous Word's/Proclaimation's asto the clear and present danger asto what could be wrong with Plaintiff! That which any condition that affects an individual's health or safe-ty, or to a person in general, is in fact clearly indicated asto the clear and pres-ent danger that any person that has a very serious medical need, that requires inter-vention, in itself requires Staff Intervention! And Yet, becasue of their own negli-gence, misconduct, and wrongdoing, and because of their wronful arrogant attitude, it is their own Act's and Omission's that are malicious capricious that is why I have now chosen to file this herein U.C.C. and Tort's Action / Claim For Money Dameges; &,

45.) That whereas, Plaintiff is filing this Constitutional and Civil Right's Vio-lation(s) for and a'gainst the said Entity(s) named herein! Thus, please review and refer to any/all document's material's, and information's asto what is proper and ad-equate Medical Care / Treatment, and asto what any normal Othopedic Surgon Would Say;

a.) That whereas, to Plaintiff to establish what is denial of Medical Care/Treat-

it is enough for any prisoner to show deliberate, and/or to demonstrate callous indifference to a serious medical need, and that the actual allegations that the delaying to fix Plaintiff's currently left-with condition,

tive surgery, or the delaying et over Two and One Half Years (2½) in arranging to , does amount to deliberate and callous indifferen-
to a very serious medical need, and is sufficient to raise a "Facial Challenge or a Factual Dispute, asto whether or not deliberate and Callous Indifference WAS IN FACT SHOWN, in order to survive a summary judgment motion of aquital: Hathaway v Coughlin, 841 F.2d 48 (CA2 NY 1988); and,

b.) That whereas, The Eight Amendment is violated by a Ten (10) Month Delay in and betwixt the diagnoses of an extreme medical condition, originally scheduled for a surgery, and the Eventual Surgery; Johnson v Lockhert, 941 F.2d 705 (CA8 ARK 1991);

c.) That whereas, Priosn Official's did violate his Eight Amendment Right's, by denying his surgey, which was supported by substantial medical evidence, whereby
an injuction should be issued requiring the inmate to be scheduled for surgery, sence the Nine (9) Year delay from the time surgery was recommended, does suggest not only callous but also Deliberate Indifference in violation of Eight Amendment; Johnson v Bowers, 884 F.2d 1053 (CA8 MO. 1989), which was later modified on ground On reh 1989 U.S. App. Lexis 16315 (CA8 MO. 1989); and,

d.) That whereas, To violate the Eight Amendment, deprivation of medical care must be serious enough to amount to a "Wanton, Wrongful, and Unnecessary Infliction Of Pain"! The Eggshell-Skull Rule Of Law is a Standard Fro Tort'e, which are as such: Prison Official's Need Not In Itself Inflict An Actual Physical Injury, or Cause Lasting, or Permanent Injury, disfigerment, or disability, to be liable for viola tion of the Eight Amendment! However, the lenght of time the inmate is subjected to undue and/or [UN]necessary Pain in a Medical Case, does in fact play a very signficiant part in determining it asto whether or not the actual denial of care is/was deliberate indifference! Albeit, Actual [D]eliberate Indifference to a ser- ious Medical need, does in fact constitute the [UN]necessary and [W]anton Inflic- tion of Pain! For there are Two (2) components to establish violations of the Eight Amendment's Provission's as it relates to Medical Needs; and,
1.) "OBJECTIVE COMPONENT": Did The Inmate Have A Serious Medical Need...???;
2.) "SUBJUCTIVE COMPONENT": The Actual State Of Mind Of The Public Official's, that are/were responsible for those Medical Need's/Care;

1.) That whereas, a serious medical need is serious...[IF] it has been diagnosed by a physician mandating the necessity for treatment, or for surgery, or...that it is so obvious that even a lay person would easily recognize the actual necessity for a Doctor's Attention; or...A serious medical need exist [IF] the failure to Act or Treat the condition prudently would result in further signifčent injury's,

2.) That whereas, chronic and persistent pain, that limits a persons individual's daily activities, or...[IF] the medical treatment is so grossly incompetent, inad- equate, or excessive asto shock the conscience, or to be intolerable asto the pain of the person, or asto the fundamental fairness; This In Fact Does Constitute "De- liberate Indiffererance"; (please review every Case Cited, and Every Entitlement Cited, or Every Piece Of The Constitution of 1787 Cited; and,

To Wit, when the Defendant's, and The United States Of America and Its Constitu- tion of 1787, and The Bill of Right's of 1792, State: We are addressing prisoner's complaint's, "And 99.93 % of all Complaint's Are Dismissed With Prejudice...99.93%", or their Medical Condition's / Complaint's! What in truth are they stating and/or in

21

fact Treating or Careing For, and Just How Are They Treating It, "When there are over one half ($\frac{1}{2}$) million Complaint's Filled Each $\text{\textit{YEAR}}$ and More Importantly - What are they exactly doing or treating, to fix, correct, make better, or even usable, espe cially when in most instant offence's, it was they themselves that had inflicted the damage, injury's, or wrong leg amputation upon said Plaintiff's(s)...???

## SUMMATION / CAVEAT:

46.) That whereas, [IF] The Honorable Court Will Indulge An Old Man, The Following statement's are Movant's Proffer, and My GOD Bless The Court:

A.) That whereas, in the defendant's own "Administrative, Admission, and Orienta tion Handbook" is found: "The Mission...Is To Provide Ptotection To Society By Provid ing Confinement Services For Comutted Offender's. We Provide A Safe, Secure, and Hu--mane Enviroment, For The Inmate's..."; and,

B.) That whereas, under "Unit Mission Statements" one finds: "Each Unit Is Staffed By A Unit Team Directly Responsible For Those Inmates Living In That Area...", "...In mates Are Encouraged To Work With Their Unit Team To Resolve Any Disputes, With Other Inmates, or With Staff Members; and,

C.) That whereas, under "Case Manager" is found: "The Case Manager is responsible for any/all services and prepares classifications materials, progress reports...and other materials relating to the inmates commitment"; and.

D.) That whereas, under "Unit Officer" is found: "The Unit Officer has the direct responsibility for the day to day supervision of inmates...and the enforcement of the rules and regulations! They have safety, security...responsibilities in the unit; and,

E.) That whereas, under "Program Reviews" is found: "Programs reviews will be held every 180 days...", It is clear that the staff named herein has done nothing ot help inmate Robert Lee, family of Hernandez", (c) 1956,

F.) That whereas, because the defendant's knew or should have known Movan$^{+}$ s Med ical Condition's, For GODS Sake - They Profess To be Professionally Trained Doctor's... So They Proclaim by Their Hippocratice Sworn Oath! They professed to know what was MY Medical Condition...And Yet, They "Dr. Davila In Particular" were so far off base it is NOT Funny...I Felt Like I Was In A Fool's Folly After-all...and In Truth I Was NOT in Paradise...I Was In A Fool's Paradise ." I have suffered Greatly and Mightedly at the Hand's of Extremely Uncaring and totally indifferent Entity(s)! Thus, because of their Act(s), Action(s), Inaction(s), and Onmission(s), this was a'kin to The Farmer Whom Saw The Fox Lorking, Around His Hen House...And Yet, He Failed To Secure The Hen House...and More Importantly...The Hen's; and,

G.) That whereas, when Prison and Public Official's intentionally place inmates in dangerous surroundings, or when they intentionally ignore an Inmates Serious Medical Needs, or when they are callous or deliberately indifferent asto either an Inmates safety, welfare, security, protection, safekeeping, health, Medical Care, or General Care, that which is mandated by/under U.S. v KIS, supra, and by Federal Statutorial Law(s) and Regulation(s), and/or by the U.S. Constitution of 1787, the Bill of Right's of 1792, and the Article of Confederation of 1776, and more importantly any/all Article's, Case Law, Entitlement's, that which the defendant's violated; Cite: Cortes-Quinones v Jimenez-Nettleship, 842 F.2d 556, Cert. Denied (1988); (CA1 Puerto Rico 1988), 488 U.S. 823, 102 L. Ed 2d 45, 109 S. Ct. 68; and,

H.) That whereas, "As A Matter Of 'The Letter Of The Law' and Right's Under The Law, and The U.S. Consitution of 1787": Inmate "Robet Lee, family of Hernandez", (c) 1956, has a vested right to monetary compensation! Whether for the actual injury's sustained, or for the permanent harm sustaned or due to the defendant's failure to perform their duty by thier Sworn Hippocratic Oath! Thus, the defendant's did NOT perform their Duty prudently, reasonably, responsably, and with due-diligence asto the actual "Letter Of The Law(s) and Regulation(s) Quoted Above and Herein! And Aver, nor did they perfrom anything With An Implied Covenant Of Good Faith and Fair Dealing's;

I.) That whereas, "The Undersigned Plaintiff/Movant/Affiant", a one "Robert Lee, family of Hernandez", (c) 1956, do hereby, herein, and hereunder Gives Official Notice Of Fault and Lien, asto his Constitutional Right's thereof/to, and his demand for a Trial By Jury asto this Matter / Cause! This, to present any/all issues contained herein, before a jury of his peer's! That as this "Suit-At-Common-Law" where the actual value shall be preserved, and no material fact tried by a jury, shall be otherwise re-examined in any Honorable Court fo the United State, "An Article IV Court", and according to the F.R. of Civ. Pro. At Common Law; and,

## PLAINTIFF'S PRAYER'S / CONCLUSION:

47.) That whereas, Plaintiff do hereby request; That The Honorable Court Redener A Vertic / Judgment A'gainst The Defendant's Asto a/by Declaratory Final Judgment; &,

48.) That whereas, Plaintiff request for a monatary same certain sum, to be determined By The Jury At Trial; But In/At NO Event Shall It Be Less Than: One Hundred Forty Three Thousand, Four Hundred Eighty Nine Dollar's, and Six Cents less than One Hundred Million Dollars; and in addition and additional and continuing same certain sum, at a continuing cost for future Medical Related Care and Treatment, and Living expences related to future Medical Opperations, and its after care; and,

49.) That whereas, Monatary Amount to be included, but not limited to whatever pre and post judgment interest may be allowed by law, or by the jury; and,

23

50.) That whereas, Plaintiff Shall Be Awarded any/all Court Cost, and any other Cost that might arise; and,

51.) That whereas, Plaintiff Shall Be Awarded and/or Granted any/all Right(s) to bring a Clear Cut Court Action under Bivens, for any/all Civil Right Violation's suffered by Plaintiff, NOT covered by a Trial under U.C.C. and Tort's Actions; and,

52.) That whereas, [IF] The Honorable Court so deems the venue to be improper, then for the Court to order a Change Of Venue, Pursuant To Totle 28 U.S.C.A. § 1331; 1983; 1391; and 1441...! And Aver, any/all approrpiate Regulation(s) under the proper Law(s) to effect the services of justice in this very important matter, this is now before the Court, and before the BAR! And aver, asto the British Accreditation of Registrel and any further remedy that the Honorable Court may deem Equitable and/ or that is necessary under the Law; and,

53.) That whereas, the Defendant's to pay any/all Cost, Fee's, and/or Expenses of any/all type by both party(s) that might arise out of this Court Action, and that is in oursuant of this subject matter; And aver, asto what [IF] any other remedy of any kind, that the Court May Deem Appropriate; and,

## APOSTILE: VERIFICATION OF AUTHENTICATION:

In The Book Of 2 Corinthians, Chapter 13, Verse 1: "In The Mouth Of Two Or Three SHALL EVERY, WORD BE ESTABLISHED"; and, Deuteronomy, Chapter 19, Verse 15: "One WITNESS SHALL NOT RISE A'GAINST A MAN CONCERNING ANY INIQUITY OR SIN THAT HE COMMITS; BY THE MOUTH OF TWO OR THREE WITNESSES THE MATTER SHALL BE ESTABLISHED, YET, [IF] A FALSE WITNESS RISES A'GAINST ANY MAN TO TESTIFY A'GAINST HIM OF WRONGDOING, THEN BOTH MEN IN THE CONTROVERSY SHALL STAND BEFORE THE LORD GOD ALMIGHTY, TO ANSWER UNTO HIM;

| | | | | |
|---|---|---|---|---|
| 1.) /s/ _J. Gregory Ware_ | Witness Printed Name: J. Gregory Ware | Month: 06 | Day: 18 | Year: 2011 |
| Witness Signature: | | | | |
| 2.) /s/ Leo Collazo | Witness Printed Name: Leo Collazo | Month: 6 | Day: 18 | Year: 11 |
| Witness Signature: | | | | |
| 3.) /s/ Don Mora | Witness Printed Name: Don Mora | Month: 6 | Day: 18 | Year: 11 |
| Witness Signature: | | | | |

ROBERT LEE HERNANDEZ Acknowledgement To Wit: Robert Hernandez 06-18-2011
In The State Of North Carolina, For The County Granville; Scilbet: That whereas I, I, "Robert Lee, family of Herrandez", (c) 1956, do hereby and herein state that I read the foregoing complaint / instrument, and do hereby verify that the matter alleged therein are true, accurate, correct, certain, and complete, and that they are NOT meant to mislead...SO HELP ME GOD...; Except asto the matters alleged in the information and belief section, and asto those, I believe then too to be True, Accurate, Correct, Certain, and Complete...SO HELP ME GOD...! To Wit; I herein do certify the foregoing under the pains and penalty of perjury...pursuant to Title 28 U.S.C.A. § 1746(1), and that the foregoing is also true and correct...SO HELP ME GOD...; and Executed Near The Town Of Butner North Carolina, In The United States Of America;