# START OF JOURNAL

→ MARCH 04, 2009 - RETURNED TO B.O.P. ARRIVED AT
APPROX. 3:00 P.M. WAS SEEN BY MEDICAL STAFF AND
ASKED ABOUT FINDINGS AT HOSPITAL, MEDICAL STAFF
TOLD ME THAT HE NOTICED THAT THE HOSPITAL HAD
PLACED ME ON A NEW PAIN MEDICATION, HE POINTED
TO A MEDICATION ON THE HOSPITAL FORMS THAT WAS
CROSSED OUT! I INFORMED HIM THAT ONLY THE
HIGHLIGHTED AREAS WERE THE MEDICATIONS GIVEN TO
ME! AT THAT TIME HE INFORMED ME THAT HE WOULD
CONTINUE TO ADMINISTER THE PAIN MEDICATION
THAT I HAD BEEN ON! RETURNED TO MY CELL!
RECEIVED PAIN MEDICATION AT 8:30 P.M. 03.04.09!

→ MARCH 05, 2009 RECEIVED PAIN MEDICATION AT.
06:30AM, 11:00 AM, 4:30 P.M & 8:30 PM. APPROX.
ON 03.05.09 AT APPROX 7:00 P.M WHILE IN THE
SHOWER I HAD A FALL. THOUGH AT THE TIME IT
DID NOT SEEM MAJOR.

→ MARCH 06, 2009 RECEIVED PAIN MEDICATION AT 6:30 AM
INFORMED MEDICAL STAFF THAT I FELL IN THE SHOW
THE EVENING BEFORE, INFORMED THEM THAT I FELT MY
BACK WAS BRUISED, ASKED TO BE SEEN BY MEDICAL
STAFF, I DID NOT RECIEVE ANY PAIN MEDICATION
AT 11:00AM. OR 4:00P.M REPEATEDLY ASKED STAFF
TO CALL MEDICAL SO THAT I COULD RECIEVE MEDICAL
ATTENTION! I WAS IN EXTREME PAIN! AT ABOUT
7:00PM I WAS TAKEN TO SEE MEDICAL STAFF.
THIS WAS THE FIRST TIME SINCE MY ILLNESS BEGA

THAT I WAS SEEN AND GIVEN AN OPPORTUNITY TO EXPLAIN MY ILLNESS. THE DOCTOR THEN INFORMED ME THAT HE WOULD PLACE ME BACK ON THE PAIN MEDICATION, AND THAT THE FOLLOWING WEEK HE WOULD GATHER ALL MEDICAL PAPERWORK REGARDING MY TREATMENT SINCE THE INCEPTION OF MY ILLNESS! RECIEVED PAIN MEDICATION AT APPROX 7:00PM AND 10:00 PM!

→ MARCH 07, 2009 RECIEVED PAIN MEDICATION AT APPROX 8:00AM, 12:00 P.M. 4:00 PM & 9:00PM, ASKED STAFF TO BRING ME ICE PER MEDICAL REASONS, WAS PRESCRIBED TO RECIEVE TWO BAGS PER DAY. STAFF WOULD TAKE ANYWHERE FROM 1 HOUR TO 12 HOURS TO BRING ME 1 BAG OF ICE! WAS TOLD BY OFFICER BROWN AT ONE TIME THAT I NEEDED A BAG OF ICE AND HIS RESPONSE WAS THAT HE WAS NOT A P.A. THAT THEY DIDNT PAY HIM ENOUGH TO BRING ICE!

→ MARCH 08, 2009 RECIEVED PAIN MEDICATION AT APPROX. 8:00AM, 12:00P.M. 4:00 PM & 9:00 PM, SAME PROBLEM WITH ASKING FOR ICE!

→ MARCH 09, 2009 AT APPROX 2:30AM I ASKED STAFF TO SEE MEDICAL STAFF BECAUSE OF INTENSE PAIN IN RIGHT LEG, ENTERED SHOWER TO MASSAGE LEG WITH HOT WATER FOR 30 MINUTES! STAFF INFORMED ME THAT THEY INFORMED MEDICAL STAFF ABOUT MY CONDITION, MEDICAL STAFF DID NOT COME TO SEE ME UNTIL 7:00 AM, AT THAT TIME THE P.A. CALLED FOR A

TO COME TO THE DOOR TO RECIEVE MY PAIN
MEDICATION. THE P.A. LEFT MY DOOR AND WENT TO
GIVE ALL OTHERS THEIR MEDICATION BEFORE SHE
RETURNED TO ADMINISTER MINE TO ME. I'VE INFORMED
THIS SAME P.A. THAT ITS TOO HARD FORME TO STAND
UPON MY LEG, WAITING FOR HER CONVIENENCE! THIS IS
THE SECOND TIME THIS PA HAS DONE THIS! AT APPROX
2:00 INFORMED STAFF C.O. "WHEGEMAN" THAT I NEEDED
TO SEE MEDICAL STAFF, I HAVE NOT RECIEVED ANY
PAIN MEDICATION SINCE 7:00AM., THIS IS THE FIFTH
TIME MY PAIN MEDICATION HAS BEEN STOPPED
WITHOUT INFORMING ME BEFOREHAND SO THAT I
CULD ADDRESS THE ISSUE! AT APPROX 6:00 PM, I
SPOKE WITH PA., HE INFORMED ME THAT HE DIDN'T
KNOW WHY I WASN'T GIVEN MY PAIN MEDICATION,
BUT THAT HE WILL BRING ME 1 PAIN MEDICATION
ISSUE AT 8:00 PM. ALSO AT 2:30 PM I HAD TO
GET INTO THE SHOWER FOR 30 MINUTES IN AN
EFFORT TO EASE THE INTENSE PAIN IN MY RIGHT
LEG, DUE TO NOT RECIEVING MY PAIN MEDICATION
THROUGHOUT THE DAY! RECIEVED PAIN MEDICATION AT
APPROX 9:00 PM?

→ MARCH 10, 2009
    RECIEVED PAIN MEDICATION AT APPROX 7:00 AM
ALSO AT 11:30 AM, AND AT 3:30 PM APPROX, INFORM
AM. PA. THAT I WOULD LIKE TO BE NOTIFIED IF
MY MEDICATION IS TO BE STOPPED, SO THAT I HAVE

AN OPPORTUNITY TO RENEW MY MEDICATION WITHOUT
HAVING TO DO WITHOUT! AT 9:30 P.M. I RECEIVED MY
LAST PAIN MEDICATION!

→ MARCH 11, 2009, AFTER MY 5TH OR 6TH ATTEMPT DURING
THE HOURS OF 12:00 AM TO 5:00 AM I AWOKE TO
THE FACT THAT I HAD A URINE ACCIDENT AT 5:30
AM. AFTER I AROSE, CHANGED CLOTHING I URINATED
TILL IT APPEARED AS IF MY BLADDER WAS EMPTY!
DURING THESE HOURS I EXPERIENCED ABDOMINAL PAIN,
RIGHT LEG PAIN, AT LEVEL (4), STILL CONSTIPATED, AS
OF MARCH 04, 2009 TILL MARCH 11, 2009 HAVE STILL
HAD NO NORMAL BOWEL MOVEMENT! RECEIVED MY
PAIN MEDICATION AT APPROX. 7:30 AM. INFORMED PA
OF MY MEDICAL PROBLEMS DURING THE PREVIOUS AM HOUR
ASKED HER TO NOTIFY THE MEDICAL STAFF ABOUT THESE
PROBLEMS. AT APPROX 11:00 AM ASKED FOR A BAG OF ICE
PER MEDICAL APPROVAL, DID NOT RECEIVE ANY ICE TILL
APPROX 1:00 PM, ALSO INFORMED STAFF THAT I HAVE
NOT RECEIVED MY PAIN MEDICATION FOR THE 2ND
TIME, AT 1:00 PM I ASKED C/O TO CALL MEDICAL
TO INFORM THEM THAT MY RIGHT LEG WAS IN
INTENSE PAIN AND THAT I NEEDED MY PAIN
MEDICATION, AT 1:15 PM A "MEDICAL DOCTOR" CAME
AND GAVE ME MY PAIN MEDICATION, I ASKED HIM
AT THAT TIME WHY I WASN'T GIVEN MY PAIN
MEDICATION AT THE PROPER HOUR, HE STATED THAT
THE MEDICAL STAFF WERE JUST LATE! THIS SHOWS

THAT MEDICAL STAFF ARE NEGLECTING THEIR MEDICAL DUTIES IN REFERENCE TO MY MEDICAL CARE. HE ALSO INFORMED ME THAT MY MEDICATION PERSCRIPTION IS LOGGED THAT I MAY RECCEVE IT FOUR TIMES DAILY. THIS IS NOT BEING DONE PROPERLY! RECCEVED MY PAIN MEDICATION AT 3:30 PM AND 9:30 PM.

→ MARCH 12, 2009 RECCEVED MY PAIN MEDICATION AT 7:00 AM. ASKED FOR A BAG OF ICE AT 7:00 AM. RECCEVED IT AT 11:00 AM. INFORMED CO STAFF TO NOTIFY MEDICAL STAFF TO BRING MY PAIN MEDICATION AT 11:30 APPROX. RECCEVED MY PAIN MEDICATION AT 12:30PM, HAD TO GET IN THE SHOWER FROM 7:00 TO 12:30 DUE TO INTENSE PAIN IN RIGHT LEG. RECCEVED PAIN MEDICATION AT APPEX 5:00 PM. ALSO AT 8:30 PM. RECCEVED LAST PAIN MEDICATION.

→ MARCH 13, 2009 RECCEVED PAIN MEDICATION AT 7:00 AM AT THAT TIME I ASKED FOR A BAG OF ICE, DUE TO DEHYDRATION OF MY BODY, ICE IS TO BE GIVEN TO ME TWICE A DAY PER MEDICAL INSTRUCTION I HAVE NOT RECCEVED MY ICE AS OF THIS TIME, IT IS NOW 12:00 PM. ALSO AT THIS TIME ASKED STAFF TO NOTIFY MEDICAL STAFF TO BRING MY PAIN MEDICATION IT WASN'T BROUGHT AT 11:00 AM THOUGH IT IS SUPPOSE TO BE GIVEN TO ME EVERY FOUR HOURS, MY LEG IS AT A LEVEL FOUR PAIN

THRESHOLD! ICE WAS BROUGHT AT 12:00PM. ALSO
RECIEVED MY PAIN MEDICATION AT 12:30 P.M. AT
APPROX 1:30 P.M. WHEN I STOOD UP TO BACK TO THE
C/O I WAS DIZZY AND FELL TO THE GROUND, THIS
IS THE SECOND TIME THIS HAS HAPPENED IN THE
LAST FEW DAYS! RECIEVED MY PAIN MEDICATION AT 3:30
P.M. AND AT 9:00PM!

→ MARCH 14, 2009 RECIEVED MY PAIN MEDICATION AT 8:00A
AND 12:00 P.M.! INFORMED CO STAFF THAT I NEEDED
A BAG OF ICE AT 10:00AM. HAD TO ASK THE PA AT
12:00 P.M. TO ASK THE CO STAFF TO BRING ME A BAG
OF ICE! THE ICE IS NEEDED BECAUSE OF MY BEING
DEHYDRATED DUE TO THE PAIN MEDICATION! RECIEVED
MY PAIN MEDICATION AT APPROX 3:30 P.M. RECIEVED
LAST PAIN MEDICATION AT APPROX 8:30. ALSO AT
8:30 P.M. HAD TO GET INTO THE SHOWER AND
RUN HOT WATER OVER MY LEG TO RECIECE PAIN!

→ MARCH 15, 2009 RECIEVED MY PAIN MEDICATION
AT APPROX 8:30 AM. ALSO RECIEVED BACK A
BP'S STATING THAT IVE ALREADY BEEN SEEN
FOR MY CONDITION, THIS IS NOT TRUE. I WAS SENT
TO AN OUTSIDE HOSPITAL BECAUSE OF FURTHER
COMPLICATIONS THAT AROSE BECAUSE OF IMPROPER
DIAGNOSES AND MEDICATIONS PRESCRIBED TO ME
THAT CAUSED THESE COMPLICATIONS! WHEN I SAW
THE DOCTOR FOR MY A.M. MEDICATION, HE TOLD
ME THAT I WAS TO BE TAKEN FOR AN MRI

TODAY, ALSO I SHOWED HIM THE RESPONSE TO
A BP 8 I FILED, AND HE STATED THAT HE WASN'T
INTERESTED IN WHAT THEY HAD TO SAY! THAT HE
WASN'T AWARE OF ANYTHING THEY HAD TO SAY! I
WAS TAKEN TO HAVE AN MRI AT 10:00AM, I RETURNED
AT 12:30PM, AT THIS TIME I ASKED THAT MY PAIN
MEDICATION BE BROUGHT, I RECEIVED IT AT 1:30PM
THE MRI TECHNICIAN TOLD ME THAT HE WOULD
GIVE MY LAST DOCTORS DATED OUT VISIT AND
THAT HE WOULD LEAVE THE DISK WITH MEDICAL
STAFF HERE' HE STATED THAT I SHOULD BE GIVEN
THE RESULTS WITHIN TWO WEEKS' ALSO HIS COMPANY
WOULD ALSO DIAGNOSE THE X-RAY RESULTS AND THAT
HIS COMPANY WOULD SEND THE RESULTS TO THE
BOP WITHIN 4 to 6 WEEKS! INFORMED C/O
STAFF AT 4:30 P.M. TO NOTIFY MEDICAL STAFF
THAT I NEEDED MY PAIN MEDICATION! AT
2:00 PM I ENTERED THE SHOWER FOR 30
MINUTES TO RELIEVE PAIN IN MY RIGHT LEG.
PAIN LEVEL TODAY IS BETWEEN A 7 OR 8
PROBABLY DUE TO THE EXTENDED WALK TO MY
FROM THE MRI TRUCK ROUGHLY 250 YARDS!
RECIEVED MY PAIN MEDICATION 1ST 5:30 P.M.!
RECIEVED LAST PAIN MEDICATION AT 8:30 P.M.
MARCH 16, 2009 RECIEVED PAIN MEDICATION 1ST
APPRX 8:00 AM, AT THAT TIME I ASKED FOR A
BAG OF ICE DUE TO PAIN, WHICH THE ICE WAS

BROUGHT TO ME AT 12:30 PM ! ALSO ASKED C/O
STAFF TO NOTIFY MEDICAL STAFF TO BRING MY
PAIN MEDICATION, THIS WAS AT APPROX 11:00 AM. MY
PAIN MEDICATION WAS BROUGHT AT 11:30 AM. TOOK A
SHOWER AT 1:30 P.M. FOR 30 MINUTES. 90 REMOVE
PAIN IN RIGHT LEG. STILL CONSTIPATED DUE TO
MEDICATION, AND EXPERIENCING DRY SPELL AT
TIMES. RECIEVED PAIN MEDICATION AT 9:30 A.M.
LEG PAIN AT LEVEL 5 ALL NIGHT!

→ MARCH 17, 2009 RECIEVED PAIN MEDICATION AT
7:30 A.M. INFORMED STAFF AT 11:00 AM TO CALL
MEDICAL TO BRING MY PAIN MEDICATION. RECIEVED
PAIN MEDICATION AT 12:00 PM. RECIEVED MY
PAIN MEDICATION AT 5:00 P.M. LAST PAIN MEDICATION
RECIEVED AT 10:00 PM, THIS WAS DUE TO MEDICAL
EMERGENCY!

→ MARCH 18, 2009 RECIEVED PAIN MEDICATION AT
7:15 AM. ASKE C/O TO BRING ME A BAG OF
ICE FOR DEHYDRATION AT 7:30 AM. ICE WAS
BROUGHT AT 1:00 PM ! AT 11:00 AM ASKED C/O
STAFF TO CALL MEDICAL TO BRING MY PAIN
MEDICATION. AT 12:00 PM ASKED C/O STAFF TO
CALL MEDICAL TO BRING MY PAIN MEDICATION,
AND AT 12:30 P.M ASKED C/O STAFF TO BRING
MY PAIN MEDICATION, LEG PAIN LEVEL AT 4 OR
5! RECIEVED PAIN MEDICATION AT 1:00 P.M. IN
ATTEMPTING TO GET MEDICATION, I HIT MY LEG

AGAINST CEMENT BLOCK, CAUSING ME TO STUMBLE AND FALL AGAINST THE SINK! RECIEVED PAIN MEDICATION AT APPROX 5:30 PM! RECIEVED LAST PAIN MEDICATION AT 10:00 PM! LEG PAIN WAS AT A LEVEL 8 ALL NIGHT!

→ MARCH 19, 2009 RECIEVED PAIN MEDICATION AT 8:00 AM. ASKED FOR A BAG OF ICE AT 6:30 AM. RECIEVED ICE AT 12:00 PM. MADE C/O TO CELL STAFF TO BRING MY PAIN MEDICATION AT 11:30. RECIEVED PAIN MEDICATION AT 1:30 P.M. TOOK A SHOWER FROM 1:30 PM TO 2:00 PM BECAUSE OF INTENSE PAIN IN MY RIGHT LEG, STILL CONSTIPATED, STILL HAVE A HARD TIME TRYING TO URINATE! RECIEVED PAIN MEDICATION AT 5:30 PM ASKED C/O STAFF TO LET MEDICAL KNOW THAT I NEED MY PAIN MEDICATION, AT APPROX 11:30 AM, I HAVE NOT RECIEVED MY PAIN MEDICATION AS OF YET, ITS 1:30 P.M. ASKED C/O STAFF AT 11:00 PM TO CALL MEDICAL FOR MY PAIN MEDICATION! RECIEVED PAIN MEDICATION AT 3:15 PM APPROX. TOOK A SHOWER FROM 2:00 PM TILL 2:30 PM DUE TO INTENSE PAIN IN MY RIGHT LEG! I MISSED MY 11:00 AM PAIN MEDICATION. ASKED PA AT 5:30 P.M WHY I DIDNT RECIEVE PAIN MEDICATION AT 11:00 AM, HE STATED THAT HE WASNT HERE AT THAT TIME, AND THAT I SHOULD HAVE RECIEVED IT AT 11:00! THIS IS NEGLIGENCE ON MEDICAL STAFFS PART! NO EXCUSE! RECIEVED MY LAST PAIN MEDICATION AT 8:30 P.M

→ MARCH 21, 2009 RECIEVED PAIN MEDICATION AT 8:30 A.M., RECIEVED PAIN MEDICATION AT 11:30 AM, AND AT 3:30 PM. RECIEVED LAST MEDICATION AT 9:00 P.M.

→ MARCH 22, 2009 RECIEVED PAIN MEDICATION AT 8:15 A.M. HAVING A HARD TIME URINATING, ALSO STILL CONSTIPATED! ASKED FOR A BAG OF ICE AT 8:30 AM FOR DEHYDRATION; PAIN LEVEL ARE ABOUT 3! RECIEVED PAIN MEDICATION 12:30 PM RECIEVED PAIN MEDICATION AT 3:30 P.M. RECIEVED LAST PAIN MEDICATION AT 9:30 PM.

→ MARCH 23, 2009 LEG PAIN WAS AT A 6 LEVEL ALL NIGHT, FROM 12:00 AM TO 8:00 AM WHEN I RECIEVED FIRST PAIN MEDICATION; STILL DEHYDRATION, STILL CONSTIPATED, AND STILL HAVING A HARD TIME TRYING TO URINATE! RECIEVED PAIN MEDICATION AT 12:45 P.M. LEG STILL AT A LEVEL 5 OR 6 PAIN LEVEL! TALKED WITH WARDEN JARVIS AT 12:30 PM ABOUT MY MEDICAL CONDITION, SHE REFERRED ME TO A.W. I TALKED WITH HIM AND HE SAID HE WOULD SEND ASSITANT HEALTH SERVICE ADMINISTRATION (JEORGE) THAT HE WOULD COME TO SEE ME; PAIN MEDICATION WAS BROUGHT TO ME AT 3:30 P.M. AND I DIDN'T HAVE TO ASK FOR IT (☺) LEG PAIN STILL AT LEVEL 5, DON'T UNDERSTAND WHY! RECIEVED PAIN MEDICATION AT 9:00 PM.

→ MARCH 24, 2009 RECIEVED PAIN MEDICATION AT 7:30 A.M. INFORMED C/O STAFF AT 11:00 AM TO CALL

MEDICAC TO BRING MY PAIN MEDICATION. ALSO ASKED FOR
A BAG OF ICE! RECIEVED MY PAIN MEDICATION AT 12:30 PM
BAG OF ICE RECIEVED AT 1:00 P.M. RECIEVED PAIN
MEDICATION AT 3:30 P.M. TALKED WITH AHSA GEORGY,
ASKED HIM SPECIFICALLY WHEN MY ILLNESS WOULD BE
DEACT WITH, HE STATED AS HE DID ON MY BP& THAT
I HAD ALREADY BEEN SEEN WHEN I WENT TO A LOCAL
HOSPITAL, I TOLD HIM THAT THE REASON I WENT TO THE
HOSPITAL WAS BECAUSE OF COMPLICATIONS THAT AROSE BECAUSE
OF THE DIFFERENT PAIN MEDICATIONS THE MEDICAC STAFF
WERE GIVING ME IN THEIR EFFORTS TO STOP THE INTENSE
PAIN IN MY LEG, HE STATED THAT EVERYTHING WAS BEING DONE
TO ADDRESS MY ILLNESS! AS OF THIS DATE, I HAVE NOT SEEN
ANYONE TO DIAGNOSE MY PROBLEM, I WAS TOLD 3 WEEKS
AGO THAT DAVILA AND ANOTHER DOCTOR WERE TO
DISCUSS MY PROBLEM AND TO ADMINISTER TO ME the
DRUG FOR PAIN RELIEF SPECIFICALLY FOR MY PROBLEM, THAT
HASN'T BEEN DONE! I'M STILL GIVEN OXYCOTIN 4 TIMES
A DAY, AND THAT ONLY BECAUSE I REMIND THEM
TO BRING MY PAIN MEDICATION, MY LAST PAIN MEDICATION
WAS RECIEVED AT ?
— MARCH 25, 2009 RECIEVED PAIN MEDICATION AT 7:00 A
ASKED FOR BAG OF ICE AT 7:00 A.M. ALSO ASKED C/O
NURSE TO CALL MEDICAC STAFF TO BRING MY PAIN
MEDICATION AT 11:00 A.M RECIEVED PAIN MEDICATION
AT 1:00 P.M. RECIEVED PAIN MEDICATION AT 3:45?
TOOK A SHOWER AT 1:30 P.M TCCC 2:00 P.M FOR

PAIN IN RIGHT LEG. RECIEVED LAST PAIN MEDICATION
AT 9:00 PM!

--➤ MARCH 26, 2009 RECIEVED PAIN MEDICATION AT 7:00 AM.
LEG WAS A LEVEL 7 WHEN I RECIEVED MEDICATION.
INFORMED C/O STAFF AT 11:30 AM TO CALL MEDICAL
STAFF TO BRING MY PAIN MEDICATION, RECIEVED PAIN
MEDICATION AT 12:40 P.M. PAIN LEVEL AT 3 OR 4!
RECIEVED PAIN MEDICATION AT 5:20 P.M RECIEVED
LAST PAIN MEDICATION AT 9:00 P.M

--➤ MARCH 27, 2009 RECIEVED PAIN MEDICATION AT 7:30 AM.
INFORMED STAFF AT 11:00AM TO CALL MEDICAL TO BRING
MY PAIN MEDICATION, RECIEVED PAIN MEDICATION AT 1:00 PM.
LEG PAIN LEVEL AT 3. RECIEVED PAIN MEDICATION AT
5:30 AM AND AGAIN AT 9:00 P.M.

--➤ MARCH 28, 2009 RECIEVED PAIN MEDICATION AT
8:30 A.M. ALSO AT 1:00 P.M. AND AGAIN AT 3:40
P.M. LAST PAIN MEDICATION. RECIEVED AT 9:10 P.M
LEG PAIN AT 3 LEVEL!

--➤ MARCH 29, 2009 RECIEVED PAIN MEDICATION AT
8:30A.M. ASKED C/O STAFF FOR A BAG OF ICE AT
11:00 AM! RECIEVED MY PAIN MEDICATION AT 12:00 PM!
PAIN LEVEL AT 3. RECIEVED MY PAIN MEDICATION AT
4:00 P.M, STOPPED URINING PEEL TONIGHT! ??

--➤ MARCH 30, 2009 RECIEVED PAIN MEDICATION AT
7:00 A.M. ASKED C/O STAFF FOR BAG OF ICE AT
7:00 A.M AND 11:30 AM, STILL HAVE NOT RECIEVED
ICE. ASKED C/O STAFF AT 11:30 TO CALL MEDICAL

STAFF TO BRING MY PAIN MEDICATION, RECEIVED
PAIN MEDICATION AT ???. ASKED STAFF TO CALL
MEDICAL AT 12:00 P.M. TO BRING PAIN MEDICATION.
AGAIN AT 12:30 P.M, 1:00 P.M, AND 1:30 P.M, STILL
HAVE NOT RECIEVED PAIN MEDICATION. DID NOT
RECIEVE MY PAIN MEDICATION FOR SECOND DOSE!
PAIN LEVEL AT 6' RECIEVED PAIN MEDICATION AT
5:30 P.M. RECIEVED pain medication at 9:15 P.M.

- → MARCH 31, 2009 RECIEVED PAIN MEDICATION AT
7:00 A.M. ASKED C/O STAFF TO CALL MEDICAL
TO BRING MY PAIN MEDICATION AT 11:30 AM, RECIEVED
PAIN MEDICATION AT 12:40 P.M. RECIEVED PAIN
MEDICATION AT 5:30 P.M. AND AT 9:15 P.M.

- → APRIL 01, 2009 RECIEVED PAIN MEDICATION AT 7:00 A.M.
RECIEVED PAIN MEDICATION AT 12:15 P.M. Marion
C/O STAFF TO CALL FOR MEDICATION AT 11:30 AM
PAIN LEVEL 3. RECIEVED PAIN MEDICATION AT
5:30 P.M. LAST PAIN MEDICATION RECIEVED AT
9:02 P.M.

- → APRIL 02, 2009 RECIEVED PAIN MEDICATION AT 7:00
A.M. ASKED C/O STAFF TO BRING ME A BAG OF
ICE! ALSO INFORMED P.A. THAT REFILL FOR 1B. PAIN
AND DOXOZOSIN WASN'T BROUGHT TO ME YESTERDAY
WHEN I TURNED IN MY REFILL FORM! PAIN LEVEL AT
2 OR 3! PAIN MEDICATION RECIEVED AT 1:00 P.M.
PAIN MEDICATION RECIEVED AT 5:00 P.M.
AND LAST PAIN MEDICATION RECIEVED AT 9:00

APRIL 03, 2009 PAIN MEDICATION BROUGHT AT 7:00 AM
PAIN LEVEL AT 4! INFORMED P.A. THAT I PLACED
REFILL ORDER FOR DOXASOZIN AND IBUPROFEN
3 DAYS AGO, STILL HAVE NOT RECIEVED IT
LET SICK CALL KNOW THAT I HAVE NOT
RECIEVED MY REFILL ORDER. PAIN MEDICATION
BROUGHT AT 1:30 PM P.A. INFORMED ME THAT
DR. DAVILA STATED THAT HE WAS GOING TO
REDUCE MY PAIN MEDICATION TO TWICE A DAY,
REASON HE STATED, THAT THE MRI WASN'T THAT
BAD! THIS BEING 9 WEEKS AFTER I FIRST LET
MEDICAL STAFF KNOW OF MY PROBLEM, I STILL
HAVE NOT BEEN TOLD WHAT MY DIAGNOSIS IS,
WHAT MY MEDICAL PROBLEM IS. ALSO APRIL 02, 2009
WAS TAKEN TO MEDICAL FACILITY TO GIVE BLOOD
AND URINE SAMPLES TO BE SENT OUT FOR
POST-OP! WASN'T TOLD WHY! RECIEVED PAIN
MEDICATION AT 5:30 P.M. AND 9:00 AM.
APRIL 04, 2009 RECIEVED PAIN MEDICATION AT
8:00 A.M. THEY BEGAN THE TWICE A DAY
MEDICATION! FROM 12:00 P.M. TILL MY PAIN
MEDICATION WAS BROUGHT, LEG PAIN LEVEL
WAS AS 5 OR 6! PAIN MEDICATION BROUGHT
AT 9:15 P.M.
APRIL 05, 2009 PAIN MEDICATION BROUGHT AT
9:30 A.M. WROTE COP-OUT TO DR. DAVILA ASKING
FOR A CONSULTATION TO DISCUSS MRI

*Margin notes:*
Change Of Meds
Twice A Day

RESULTS, GAVE COP-OUT TO P.A. TO GIVE TO
DR. DAULIA, RECIEVED PAIN MEDICATION AT 9:00 P.M.

→ APRIL 06,2009 RECIEVED PAIN MEDICATION AT
7:30 A.M. + INFORMED PA THAT LEG PAIN WAS
AT LEVEL 7. AT 4:00 P.M. TOLD C/O STAFF TO CALL
MEDICAL, PAIN LEVEL 7, AT 5:00 AM TOLD
C/O STAFF TO CALL MEDICAL, SPOKE TO P.A.
AT 5:20 P.M. TOLD HIM MY LEG WAS IN INTENSE
PAIN, SAID HE COULD DO NOTHING FOR IT,
DR DAULIA CUT MEDICATION DOWN TO TWICE
A DAY, JUMPED IN SHOWER TO EASE LEG PAIN
AT 5:30 P.M. to 6:00 P.M. RECIEVED PAIN MEDICATION
AT 9:00 P.M.

→ APRIL 07,2009 RECIEVED PAIN MEDICATION AT
7:30 A.M. RECIEVED LAST PAIN MEDICATION AT
9:00 P.M. INFORMED P.A. THAT I HAVE NOT
YET RECIEVED MY REFILL ORDER FOR IB PROFEN
AND DOXASOZIN.

→ APRIL 08, 2009 RECIEVED PAIN MEDICATION
AT 7:30 A.M. ONCE AGAIN INFORMED P.A
THAT I HAVE NOT RECIEVED MY REFILL ORDER
RECIEVED PAIN MEDICATION AT 9:00 P.M. LEG
PAIN AT LEVEL 5!

→ APRIL 09, 2009 RECIEVED PAIN MEDICATION
AT 7:30 A.M., GAVE ANOTHER REQUEST TO
P.A. TO REFILL MY PRESCRIPTION ORDER FOR
DOXASOZIN AND I.B. PROFEN, RECIEVED MY

PAIN MEDICATION AT 9:00 P.M. 'DID NOT RECEIVE
REFILL FOR DOXYSORUM OR I.B. PROFEN' SPOKE WITH
P.A. ABOUT WHY, STATED HE DIDN'T KNOW, BUT WOULD
SPEAK WITH DR. DAVILA TOMORROW!

→ APRIL 10, 2009 RECIEVED PAIN MEDICATION AT
7:00 A.M. STILL DID NOT RECIEVE MED. REFILL OF
DOXYSORUM OR I.B. PROFEN) RECIEVED PAIN
MEDICATION AT 9:00 P.M. STILL HAVE NOT RECIEVED
MY REFILL ORDER!

↘ APRIL 11, 2009 DID NOT RECIEVE PAIN MEDICATION
TILL 12:30 P.M. P.A. CAME AT 10:00 A.M. TOLD ME
THAT HE FORGOT MY MEDICATION AND WOULD RETURN
SHORTLY, ALSO PLACED A THIRD COP-OUT TO DR. DAVILA

Robin Asked for AGAIN, TO BE SEEN SO THAT I WOULD RECIEVE
MRI Diagnosis A DIAGNOSIS AS TO MY MRI. GAVE COP-OUT TO
C/O STAFF. ASKED FOR COPY, DID NOT RECIEVE ONE.
FILLED OUT ANOTHER COP-OUT. RECCIEVED PAIN
MEDICATION AT 9:00 P.M.

→ APRIL 12, 2009 RECIEVED PAIN MEDICATION AT 8:30 A.M.
ALSO GAVE P.A. COP-OUT TO REVIEW MY REFILL ORDER
AND ALSO TO SPEAK WITH DR. DAVILA ABOUT MY
MRI RESULTS! RECIEVED PAIN MEDICATION AT 9:00 P.M.

→ APRIL 13, 2009, RECIEVED PAIN MEDICATION AT 7:00 A.M.
SPOKE WITH NURSE ABOUT NOT RECIEVING MY REFILL
ORDER, SHE SAID SHE WOULD SPEAK WITH THE DR.
RECCIEVED PAIN MEDICATION AT 9:00 P.M.

→ APRIL 14, 2009 RECIEVED PAIN MEDICATION AT 7:30
A.M. NURSE ASKED ME IF I RECIEVED REFILL
ORDER, I TOLD HER I HAVE NOT, ONCE AGAIN

SHE SAID SHE WOULD TALK TO THE DR. AT 9:00
PM WHEN I RECIEVED MY PAIN MEDICATION THE
D.A TOLD ME HE SPOKE WITH DR. DAVILA AND
THAT THE DOCTOR WAS GONE AND REFERRED
HIM TO TELL ME TO SPEAK WITH THE PA IN THE
MORNING.

→ APRIL 15, 2009 RECIEVED PAIN MEDICATION AT
7:30 A.M. SPOKE WITH P.A. AT 9:30 AM, GAVE
HIM ANOTHER COP-OUT TO RECIEVE MY
REFILL, AND ALSO TO ASK DR. DAVILA WHAT
MY MEDICAL CONDITION IS. HE STATED HE
WOULD TALK TO DR. DAVILA AND LET ME
KNOW. RECIEVED MY PAIN MEDICATION AT
8:45 PM.

→ APRIL 16, 2009 RECIEVED PAIN MEDICATION AT 7:15
AM, NURSE INFORMED ME THAT MEDICAL IS WORKING
ON PROVIDING ME WITH MY MEDICAL ORDER REFILL.
SPOKE TO C/O STAFF & I ABOUT NOT RECIEVING MY
MEDICATION REFILL ORDER, EXPLAINED THAT SINCE AT
1ST OF APRIL 2009, I HAVE PUT IN AT LEAST (6)
SIX COP-OUTS TO MEDICAL STAFF ASKING TO BE
GIVEN MY MEDICAL REFILL ORDER, AS OF 04-16-0
I HAVE RECIEVED NOTHING! PAIN MEDICATION
RECIEVED AT BEDTIME, MEDICAL DINNER GIV

I DIDN'T RECIEVE MY PAIN MEDICATION AT 7:00AM.
I WAS TOLD BY P.A. LOPEZ THAT HE HAD RENEWED
MY PAIN MEDICATION ON APRIL 20, 2009, THIS IS NOT
WHAT P.A. LOPEZ SAID TO ME ON APRIL 20, 2009, RECIEVED
PAIN MEDICATION AT 9:30 P.M!

→ APRIL 22, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.M.
P.A. SPOKE TO ME AT 9:00AM STATING THAT DR. DAVID
WOULD SEE ME TO EXPLAIN WHAT THE MRI RESULTS
WERE, ALSO I SPOKE TO THE WARDEN AT 8:30 A.M,
ASKED HER WHY I HAVEN'T RECIEVED THE B.P.9
I SENT HER, ALSO EXPLAINED TO HER THAT I HAVE
NEVER BEEN GIVEN THE RESULTS OF THE MRI, SHE
STATED THAT SHE WOULD GET AN ANSWER FOR ME!
RECIEVED PAIN MEDICATION AT 8:45 P.M!

→ APRIL 23, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.M.
STILL HAVE NOT RECIEVED REFILL FOR DOXASOZIN, AND
TOLD THAT MEDICAL WOULD CHECK ON IT AGAIN, RECIEVED
PAIN MEDICATION AT 8:50 P.M.

→ APRIL 24, 2009 RECIEVED PAIN MEDICATION AT 7:00 A.M.
INFORMED NURSE THAT I HAVE STILL NOT RECIEVED MY
REFILL FOR DOXASOZIN. NURSE SAID SHE WOULD FIND OUT WHY
AND LET ME KNOW! RECIEVED PAIN MEDICATION AT 9:00 P.M.

→ APRIL 25, 2009 RECIEVED PAIN MEDICATION AT 8:15 A.M.
RECIEVED PAIN MEDICATION AT 9:00 P.M.

→ APRIL 26, 2009 RECIEVED PAIN MEDICATION AT 8:15 A.M.
STILL HAVE NOT RECIEVED MY DOXASOZIN REFILL, THOUGH
I'VE BEEN TOLD THAT IT WOULD BE TAKEN CARE OF!
RECIEVED PAIN MEDICATION AT 9:00 P.M.

3 weeks 3 days N. Refill

→ APRIL 27, 2009 RECIEVED PAIN MEDICATION AT 7:30 A.M.
RECIEVED PAIN MEDICATION AT 9:15 P.M.

→ APRIL 28, 2009 RECIEVED PAIN MEDICATION AT 7:30 A.M.
ALSO GAVE A COP.OUT REQUEST TO P.A. AT 9:00AM FOR
DR. DAULA. ASKING HIM TO RENEW MY PAIN MEDICATION
FOR THE 1ST OF MAY 2009, EXPLAINED TO HIM THAT ON
A DAILEY BASIS MY LEG PAIN LEVEL IS AT A (3)
THREE, BUT I'VE BEEN TRYING TO EXERCISE MY LEG TO TRY
TO OVERCOME THIS MEDICAL SITUATION, ON THESE DAYS
MY PAIN LEVEL IS AT A 6 OR 7 LEVEL, AND I STATED
THAT THIS IS TOO MUCH PAIN TO ENDURE WITHOUT PAIN
MEDICATION. I WAS TOLD BY THE P.A. TO EXERCISE MY
LEG AS MUCH AS I CAN TO HELP ME RETURN TO
NORMAL HEALTH, THE P.A. TOLD ME HE WOULD TALK
TO DR. DAULA REGARDING MY REQUEST! RECIEVED
PAIN MEDICATION AT 9:00 P.M.

→ APRIL 29, 2009 RECIEVED PAIN MEDICATION AT 7:00 A.M.
SPOKE TO P.A. AT 9:00 AM ABOUT RENEWING MY PAIN
MEDICATION, HE TOLD ME THAT HE HIMSELF WOULD BE HERE
WHEN MY PAIN MEDICATION WOULD EXPIRE, ALSO TO ADDRESS
HIM AND HE WOULD CONSIDER RENEWAL, I EXPLAINED TO
HIM ABOUT MY TRYING TO EXERCISE MY LEG AND HOW THIS
CAUSES PAIN IN MY LEG TO EXCEL TO A LEVEL OF 6 OR 7.
HE SAID HE UNDERSTOOD THIS. SO, HOPEFULLY I WON'T HAVE
TO GO THROUGH ANY UNNECESSARY PAIN. WAS CALLED TO
MEDICAL TODAY/ 04.29.09, TO TALK TO DR. DAULA, I
ASKED HIM WHAT MY MEDICAL CONDITION IS, HE STATED THAT
I HAVE A BACK PROBLEM, AND THAT MY LIMP WAS EXAGGERATED,
BUT THAT HE WOULD RECOMMEND THAT I SEE A SPECIALIST
AND THAT THEY MAY INJECT ME TO HELP SEPERATE MY DISKS,
OR IF I NEED SURGERY, THAT ALSO IS POSSIBLE, HE THEN
STATED THAT MY MEDICAL PROBLEM IS A PINCHED NERVE,
MORE THAN ONE. THIS CONVERSATION WAS CONDUCTED

IF FRONT OF C/O SHEFFIELD AT APPROXIMATELY 2:00 AM,
ALSO INFORMED DR. DAVILA ABOUT NOT RECIEVING MY
DOXASOZIN FOR OVER A MONTH. HE STATED HE WOULD

1 WEEK'S AND 5 DAYS
No Doxasozin

REMEDY THAT SITUATION; SO AFTER (3) THREE MONTHS
I HAVE DR. DAVILA'S ANSWER TO WHAT MY MEDICAL
CONDITION IS, IN HIS WORDS, A BACK PROBLEM, OR A
PINCHED NERVE! RECIEVED PAIN MEDICATION AT 10:45 P.M.

→ APRIL 30, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.M.
RECIEVED PAIN MEDICATION AT 8:30 P.M. STILL HAVE NOT
RECIEVED REFILL FOR DXXASOZIN, SPOKE WITH DR. DAVILA ON
04.29.09. HE SAID HE WOULD REMEDY THAT SITUATION.

→ MAY 01, 2009 RECIEVED PAIN MEDICATION AT 7:30 A.M.
INFORMED NURSE THAT I HAVE STILL NOT RECIEVED MY
DOXASOZIN REFILL ORDER, SHE ASKED IF I SAW DR. DAVILA
ON 04.29.09, I SAID YES, BUT THAT I HAVE STILL NOT
RECIEVED MY REFILL OF DOXASOZIN. I ASKED HER TO REMIND
DR. DAVILA, SHE SAID SHE WOULD. SPOKE WITH P.A. AT
9:15 A.M. ABOUT MY TWISTING MY LEG EARLIER IN THE
MORNING AND THAT MY LEG PAIN LEVEL ROSE TO A 4 OR 5
PAIN LEVEL, HE ADVISED ME TO STRETCH MY LEG, AND I
INFORMED HIM THAT I'VE BEEN ECERCIZING MY LEG
DAILY, TRYING TO ACHIEVE NORMAL USE OF MY LEG AND
BODY. HE ADVISED ME TO CONTINUE, EVEN THOUGH I EXPLAINED
THAT DOING SO ALWAYS RAISES MY LEG PAIN LEVEL IN THE
EVENINGS, ANYWHERE FROM A 4 to A 7 PAIN LEVEL.
RECIEVED PAIN MEDICATION AT 8:40 P.M.

→ MAY 02, 2009 RECIEVED PAIN MEDICATION AT 8:30 A.M.
SPOKE TO P.A. REGARDING RENEWAL OF MY PAIN
MEDICATION, HE INFORMED ME THAT MY RENEWAL
WAS APPROVED, SO I SHOULD HAVE (14) fourteen more
days of PAIN MEDICATION. RECIEVED PAIN MEDICATION
AT 9:00 P.M

→ MAY 03, 2009 RECIEVED PAIN MEDICATION AT 8:30 A.M.
RECIEVED PAIN MEDICATION AT 9:00 P.M.

~ MAY 04, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.M.
SPOKE TO NURSE ABOUT STILL NOT HAVING RECCIEVED MY
REFILL FOR DOXASOZIN, SHE STATED THAT DR. DAVILA WAS
WORKING ON IT. RECIEVED PAIN MEDICATION AT 9:00 P.M. SPOKE
TO PA ABOUT MY DOXASOZIN, HE STATED HE HAD NO IDEA
WHY I HAVEN'T RECCIEVED IT.

→ MAY 05, 2009 RECIEVED PAIN MEDICATION AT 7:30 A.M.
RECIEVED PAIN MEDICATION AT 9:00 P.M. GAVE ANOTHER
REFILL ORDER TO NURSE FOR DOXASOZIN, I.B PROFEN, AND
OR SULINDAC.

→ MAY 06, 2009 RECIEVED PAIN MEDICATION AT 7:30 A.M.
PAIN MEDICATION RECIEVED AT 8:50 P.M. WAS NOT GIVEN
ANY OTHER MEDICATION. THOUGH ON MAY 05, 2009 SENT
IN ANOTHER REFILL ORDER FOR DOXASOZIN, I.B PROFEN, AND
OR SULINDAC. ONCE AGAIN MEDICAL STAFF HAS FAILED
TO PROVIDE ME WITH THE MEDICATION I NEED TO DEAL
WITH MY MEDICAL CONDITIONS.

→ MAY ___, ____ _____ ___ _____ AT 8:30 A.M.
RECIS _____ AT 9:00 ___ #___ _____
___ _____ _____ _____ _____

→ _____ ___ R___ ___ _____ ___ ___
AT _____ _____ _____ _____ __ ____
____ ____ ____ _____, TOOK A URINE SAMPLE, A ___
X-RAY AT ___ ___ ___ ___ ___ __ _____ TAKE
___ _____, _____ IN ___ ___ A _____
A___ ___ __ ___ _____, _____ PAIN MEDICATION
AT 9:30 P.M.

→ MAY ___, ____ RECIEVED PAIN MEDICATION AT 8:30 A.M.
PAIN ____ AT ___. RECIEVED PAIN MEDICATION AT
8:30 P.M. WAS ALSO GIVEN A REQUEST BY THE PA, STATI___

MAY 10,2009 RECIEVED PAIN MEDICATION AT 8:30 A.M.
LEG PAIN LEVEL AT 4 to 5 FROM 12:00 PM TO THE TIME
I RECIEVED MY PAIN MEDICATION WHICH WAS AT 8:30 AM.
MAY 11,2009 RECCOVED PAIN MEDICATION AT 7:31 A.M.
SPOKE TO THE NURSE AND INFORMED HER THAT
MY LEG PAIN LEVEL WAS AT 7 OR 8 YESTERDAY
BETWEEN THE HOURS OF 1:00 P.M. TO 8:00 PM DUE
TO THE REQUEST FROM MEDICAL TO NOT TAKE
IBPROFEN, ASPIRIN OR NAPROX 12. ASKED HER
TO NOTIFY DR. DAVELA TO PRESCRIBED PAIN
MEDICATION SOMETIME BETWEEN 7:00 AM AND
9:00 P.M. INFORMED C/O STAFF AT 5:00 PM THAT I NEEDED
TO SEE MEDICAL STAFF. MY LEG PAIN WAS AT 8 LEVEL,
SAW PA AT 5:30. INFORMED HIM THAT I NEEDED MY
PAIN MEDICATION IMMEDIATELY. HE MADE A CALL TO SEE
IF I COULD RECIEVE PAIN MEDICATION FOR MY PAIN. HE
STATED MEDICAL STAFF SAID NO. I INFORMED HIM THAT
IF I DO NOT RECCEVE PAIN MEDICATION IMMEDIATELY
I WOULD TAKE MY PRESCRIBED IB PROFEN To RELIEVE
MY PAIN, HE STATED THAT I CANNOT TAKE IB PROFEN,
PER MEDICAL STAFF REQUEST, I INFORMED HIM THAT I
UNDERSTAND THE REQUEST, BUT THAT MY LEG PAIN WAS
SO INTENSE THAT I COULD NOT BARELY MOVE, I HAD
TO USE THE BUNK, DESK, AND TOILET TO JUST GET TO
THE CELL DOOR TO TALK TO HIM' HE OFFERED TO
BRING MY 9:00 PM MEDICATION AT THIS TIME, SO I
RECIEVED MY PAIN MEDICATION AT 6:00 PM, DUE TO
THE INTENSE PAIN IN MY LEG. TOOK TWO HOT
SHOWERS TODAY TO TRY TO RECCEVE THE PAIN IN M

MAY 12, 2009 RECIEVED PAIN MEDICATION AT 7:15 AM.
ALSO AT THAT TIME I INFORMED THE NURSE TO
INFORM DR. DAVILA THAT IF HE CONTINUES TO DENY ME
ADEQUATE MEDICAL RELIEF FOR MY PAIN AND SUFFERING
THAT I WOULD BEGIN TODAY 05.12.09, AT 12:00 PM TO
TAKE MY I.B. PROFEN THAT HAS BEEN PRESCRIBED
FOR ME TO RECIEVE MY LEG PAIN BETWEEN PAIN
MEDICATION TIMES. I ALSO GAVE A COP OUT TO P.A.
LOPEZ AT 8:30 AM STATING THE SAME PROBLEM.
I WAS INFORMED THAT LOPEZ WOULD SEE ME AT
4:00 P.M. AT 4:45 P.M. P/A LOPEZ CAME AND
GAVE ME THE FOLLOWING MEDICATION TO HELP
RECIEVE MY PAIN. ACETAMINOPHEN 325 MG.
RECIEVED MY PAIN MEDICATION AT 8:50 P.M.
MAY 13, 2009 RECIEVED PAIN MEDICATION AT 7:15 AM.
RECIEVED MEDICATION AT 8:50 P.M. ALSO WAS GIVEN AN
ENEMA TO BE TAKEN ON 05.14.09 AT 7:00 AM.
MAY 14, 2009 TOOK ENEMA AT 6:45 AM. WAS TAKEN
TO A UROLIGIST SPECIEST IN OCALA. HAD SURGERY,
LOOK AT OR IN MY BLADDER, LOOK INTO BOTH TUBES OF
MY KIDNEYS, TOOK A BIODSY OF MY PROSTATE.
UPON MY RETURN MY FIRST URINE RELEASE IN MY
CELL WAS MIXED WITH BLOOD. ALSO GAVE A REQUEST
TO MEDICAL STAFF TO RENEW MY PAIN MEDICATION
AS OF TODAY'S DATE 05.14.09. NOTHING HAS BEEN DONE
TO HELP MY CRIMINAL MEDICAL CONDITION. RECIEVED PAIN
MEDICATION AT 7:00 AM. RECIEVED PAIN MEDICATION AT 9:00 P.M.
MAY 15, 2009 RECIEVED PAIN MEDICATION AT 7:15 AM.
RECIEVED PAIN MEDICATION AT 9:00 P.M.

MAY 16, 2009 RECIEVED PAIN MEDICATION AT 8:30 AM. DECISUED
PAIN MEDICATION AT 8:50 P.M. LEG PAIN LEVEL TODAY WAS AT A
4 or 5 ALL DAY.

MAY 17, 2009 RECIEVED PAIN MEDICATION AT 8:30 AM. RECIEVED
PAIN MEDICATION AT 8:40 P.M.

MAY 18, 2009 RECIEVED PAIN MEDICATION AT 7:15AM. RECCEIVED
PAIN MEDICATION AT 8:50P.M. ALSO SPOKE TO THE WARDEN AGAIN
TODAY ABOUT WHY I HAVE NOT RECCEIVED MY BD9 BACK FROM
HER CONCERNING MY MEDICAL PROBLEM, RECCEIVED NO ANSWER!

MAY 19, 2009 RECIEVED PAIN MEDICATION AT 7:15AM, RECIEVED PAIN
MEDICATION AT 9:00 P.M, SENT A REQUEST TO H.I.T, HEALTH
TECH ASKING FOR THE PROCEDURES DONE TO ME WHEN I HAD
SURGERY ON MAY 14, 2009.

, MAY 24, 2009 RECCEIVED PAIN MEDICATION AT 7:15 AM. TWICE
TODAY I HAD TO GET IN THE SHOWER BECAUSE THE LEG PAIN, LEVEL
WAS TOO MUCH, I TRIED TO RECIEVE IT WITH HOT WATER. TOOK
I, B DRUFEN TWICE TODAY, AT 9:00 PM, WAS TOLD BY THE NURSE
THAT MY PAIN MEDICATION HAS BEEN STOPPED AGAIN!. DID NOT
SLEEP BECAUSE IF LEG PAIN, LEVEL AT 7 or 8, TOOK IB PROFEN
& AT 9:00 PM. AND 5:00AM.

MAY 20, 2009 RECCEIVED PAIN MEDICATION AT 7:15 AM. ALSO RECCEIVED
PAIN MEDICATION AT 9:00 PM.

MAY 22, 2009 TOLD C/O STAFF AT 6:30AM THAT I NEEDED TO
SEE MEDICAL, THAT I WAS UP ALL NIGHT BECAUSE OF LEG PAIN,
AND THAT AT THIS TIME I WAS IN INTENSE PAIN!. AT 6:45
GOT INTO THE SHOWER TO TRY TO RECIEVE THE PAIN IN
MY LEG. TALK TO P.A, AT 8:30 HE STATED THAT HE RENEWED MY
PAIN MEDICATION AND THAT I WOULD RECCEIVE IT IN THIS
EVENING, I ASKED IF I COULD RECCEIVE IT BECAUSE DUE TO

EXCESSIVE LEG PAIN, HE SAID HE WOULD SEE. I ALSO
ASKED WHY MY PAIN MEDICATION WAS STOPPED IF MY
MEDICAL CONDITION HASN'T BEEN RESOLVED, HE HAD NO
RESPONSE. BROUGHT ME PAIN MEDICATION AT 11:00 AM.
RECIEVED PAIN MEDICATION AT 9:00 P.M.

→ MAY 23, 2009 RECIEVED PAIN MEDICATION AT 8:30 AM.
SPOKE WITH P.A. AND INFORMED HIM THAT I STILL
HAVE PAIN WHEN I URINATE, HE SAID TO LET HIM KNOW
LATER IF I STILL EXPERIENCE PAIN WHEN I URINATE.
IT'S BEEN LIKE THIS SINCE MAY 12, 2009. RECIEVED PAIN
MEDICATION AT 9:00 P.M.

→ MAY 24, 2009 RECIEVED PAIN MEDICATION AT 8:15 A.M.
RECIEVED PAIN MEDICATION AT 9:00 P.M.

→ MAY 25, 2009 RECIEVED PAIN MEDICATION AT 8:15 A.M.
RECIEVED PAIN MEDICATION AT 9:00 P.M.

→ MAY 26, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.M.
RECIEVED PAIN MEDICATION AT 9:00 P.M.

→ MAY 27, 2009 RECIEVED PAIN MEDICATION AT 7:30 A.M.
RECIEVED PAIN MEDICATION AT 8:40 P.M. LEG PAIN HAS
BEEN AT A LEVEL OF (3) THREE FOR THE PAST FEW DAYS,
STILL HARD FOR ME TO WALK, AND I STILL HAVE TO TAKE
MY IBUPROFEN TWICE A DAY SO THAT MY PAIN LEVEL STAYS
DOWN.

→ MAY 28, 2009 RECIEVED PAIN MEDICATION AT 7:15 AM.
RECIEVED PAIN MEDICATION AT 8:45 P.M.

→ MAY 29, 2009 RECIEVED PAIN MEDICATION AT 7:20 AM.
RECIEVED PAIN MEDICATION AT 8:40 P.M.

→ MAY 30, 2009 RECIEVED PAIN MEDICATION AT 9:15 AM. ALSO
PAIN LEVEL WAS AT (4) THROUGHOUT THE NIGHT, DON'T KNOW
WHY. RECIEVED PAIN MEDICATION AT 9:00 P.M.

MAY 31 2009 RECIEVED PAIN MEDICATION AT 9:00 A.M MY LEG DEVIL IS AT 4. THE LAST COUPLE OF DAYS ITS BEEN WORSE THAN ITS BEEN (I) BEFORE, DON'T KNOW WHY, RECIEVED PAIN MEDICATION AT 9:00 P.M.

JUNE 01, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.M. ALSO SPOKE TO NURSE, ASKING WHAT THE NAME OF MY PAIN MEDICATION IS, DIDN'T UNDERSTAND THE WORD, WILL ASK AGAIN! RECIEVED PAIN MEDICATION AT 9:00 P.M. PAIN LEVEL AT 4 OR 5!

JUNE 02, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.M. RECEIVED MY IBUPROFEN. PAIN LEVEL AT 5 OR 6 TODAY. LET C/O STAFF KNOW AT 4:30 TO CALL MEDICAL TO LET THEM KNOW MY LEG IS IN INTENSE PAIN, ALSO AT 5:30, I RECIEVED NO RESPONSE! RECIEVED PAIN MEDICATION AT 10:30 P.M.! ALSO ASKED C/O STAFF AT 10:30 TO CALL MEDICAL, NEVER RECIEVED A RESPONSE! ALSO I INFORMED THE NURSE AT 10:30 P.M WHEN HE CAME THAT I'VE BEEN IN INTENSE PAIN ALL DAY, SINCE I DON'T HAVE ANY IBUPROFEN TO HELP RELIEVE THE PAIN! RECIEVED MY REFILL ORDER FOR I B PROFEN AND DEXAZOSIN, THOUGH I WAS ONLY GIVEN (30) THIRTY TABLETS TO LAST (15) FIFTEEN DAYS, AT (4) FOUR TABLETS A DAY, THIS WILL ONLY LAST (7) SEVEN DAYS! THIS IS INADEQUATE MEDICATION EVEN BY THEIR OWN STANDARDS OF (2) TWO TABLETS EVERY (6) SIX HOURS. THIS IS LACK OF MEDICAL CARE ON THEIR PART!

JUNE 03, 2009 RECIEVED MEDICATION AT 7:30 A.M. RECIEVED PAIN MEDICATION AT 9:00 P.M.

JUNE 04, 2009 RECIEVED PAIN MEDICATION AT 7:30 A.M. SPOKE WITH THE P.A. HE ASKED IF MEDICAL SENT ME MORE I.B PROFEN BECAUS OF MY LAST REFILL ORDER, HE SAID HE SPOKE WITH MEDICAL STAFF SUPERIOR, BUT I DID NOT RECIEVE ANY MORE I B PROFEN. I WROTE A REQUEST TO MEDICAL ASKING THAT I BE RENEWED FOR MY IBUPROFEN AND BE GIVEN PROPER DOSAGE SO THAT I RECIEVE

06.06.09

ADEQUATE MEDICAL CARE FOR MY MEDICAL PROBLEM.
RECIEVED PAIN MEDICATION AT 9:00 P.M. ALSO I B PROFEN REFIL
JUNE 05, 2009 RECIEVED MEDICATION AT 7:30 A.M.
RECIEVED PAIN MEDICATION AT 9:00 P.M.
JUNE 06, 2009 RECIEVED PAIN MEDICATION AT 8:50 AM
RECIEVED PAIN MEDICATION AT 9:30 P.M.
JUNE 07, 2009 RECIEVED PAIN MEDICATION AT 8:30 AM
LEG PAIN WAS AT LEVEL (4) FOUR TODAY, ALL DAY, DON'T
KNOW WHY, IT SEEMS LIKE EVERY NEXT DAY IT GOES,
NO MADDER THAT I TAKE THE PAIN MEDICATION AND
THE I B PROFEN, MY LEG STILL FLAKE'S ON IN PAIN.
RECIEVED PAIN MEDICATION AT 9:30 P.M.
JUNE 08, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.
RECIEVED PAIN MEDICATION AT 9:00 P.M. ALSO TORNED IN
2 REQUESTS TO MEDICAL.
JUNE 09, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.M.
RECIEVED PAIN MEDICATION AT 8:45 P.M.
JUNE 10, 2009 RECIEVED PAIN MEDICATION AT 7:30 A.M. LEG
PAIN LEVEL AT (3) THREE. RECIEVED PAIN MEDICATION AT
9:00 P.M.
JUNE 11, 2009 RECIEVED PAIN MEDICATION AT 7:15 AM.
SPOKE TO P.A. AT 9:00 AM ABOUT A RASH THAT I'VE
GOTTEN ON MY FACE AND MY HEAD, PUT IN A REQUEST
TO RECIEVE MEDICATION. RECIEVED PAIN MEDICATION AT
9:00 P.M.
JUNE 12, 2009 RECIEVED PAIN MEDICATION AT 7:00 AM.
RECIEVED PAIN MEDICATION AT        P.M.
JUNE 13, 2009 RECIEVED PAIN MEDICATION AT 8:30 A.M.
RECIEVED MEDICATION AT        P.M.

JUNE 14, 2009 RECIEVED PAIN MEDICATION AT 8:30AM, SPOKE TO P.A ABOUT MY MEDICAL CONDITION, HE EXPLAINED THAT MY DISK WERE CLOSING DOWN ON MY NERVES, AND THAT HE WOULD TALK TO DR. DAVILA ABOUT MY CONDITION, I EXPLAINED TO HIM THAT AS OF TODAY ITS BEEN 3 MONTHS SINCE I'VE HAD THE MRI, AND STILL NOTHING HAS BEEN DONE FOR MY MEDICAL CONDITION, HE ALSO TOLD ME THAT THE MEDICATION I'M TAKING ISN'T THE RIGHT MEDICATION FOR MY PROBLEM, THIS IS THE SECOND TIME I'VE BEEN TOLD THAT I'M NOT BEING GIVEN THE RIGHT MEDICATION, I ALSO TOLD HIM THAT I'M TAKING A TOTAL OF (8) EIGHT IBPROFEN EVERY (24) TWENTY FOUR HOURS, HE SAID HE WOULD SPEAK TO DR. DAVILA RECIEVED PAIN MEDICATION AT 9:00 P.M.

JUNE 15, 2009 RECIEVED PAIN MEDICATION AT 7:30 AM, ALSO RECIEVED AT 3:00 P.M A COPY OF THE MEDICAL RECORDS THAT WERE TAKEN AT LEESBURG REGIONAL MEDICAL CENTER, THIS WAS PART OF MY REQUEST TO MEDICAL RECORDS ASKING FOR MY MEDICAL RECORDS, I DID NOT RECIEVE ANY COPIES OF MY MEDICAL RECORDS FROM HERE AT THE COLEMAN LOW, THESE I ALSO ASKED FOR, I'M WRITING ANOTHER REQUEST TO RECIEVE MY MEDICAL RECORDS FROM HERE AT THE COLEMAN-LOW FACILITY, SO THAT I MAY HAVE A COMPLETE RECORD OF ALL THAT TRANSPIRED DURING MY ILLNESS, RECIE PAIN MEDICATION AT 9:00 PM,

JUNE 16, 2009 RECIEVED PAIN MEDICATION AT 6:50 A.M.
RECIEVED PAIN MEDICATION AT 9:00 P.M.
JUNE 17, 2009 RECIEVED PAIN MEDICATION AT
GAVE (2) TWO REQUESTS TO P.A., ONE FOR A REFILL ON
MY I.BUPROFEN, AND SECOND ONE FOR COPIES OF MY
MEDICAL RECORDS HERE AT COLEMAN LOW FROM 1 FEB 09
2009, UP TO THE PRESENT DATE, THIS IS MY THIRD
REQUEST FOR MY MEDICAL RECORDS. RECIEVED PAIN
MEDICATION AT 9:00 P.M.
JUNE 18, 2009 RECIEVED PAIN MEDICATION AT
7:15 A.M. ALSO SPOKE TO P.A. AND INFORMED
HIM THAT I DID NOT RECIEVE MY REFILL FOR
I.BUPROFEN, HE GAVE ME ANOTHER FORM TO
FILL OUT WHICH I DID AND TURNED IN.
RECIEVED PAIN MEDICATION AT 8:45 P.M.
JUNE 19, 2009 RECIEVED PAIN MEDICATION AT 7:00 A.M.
SPOKE TO P.A. AT 8:30 A.M. TOLD HIM MY LEG WAS
IN INTENSE PAIN LAST TWO (2) DAYS, WAS SEEN
BY D.O. AT 9:30 A.M., MEASURED MY RIGHT LEG
FOR ATROPHY, WAS APPROXIMATELY ONE INCH
SMALLER IN DIAMETER THAN LEFT LEG, ALSO WAS
WEIGHED, 167 POUNDS, I'VE gained back 8 pounds
from the 25 pounds I lost, also discussed
probability of increasing my pain medication
from twice daily to three times a day, and
also put me on another medication to help
relieve the pain. RECIEVED PAIN MEDICATION AT
8:40 P.M.

JUNE 20, 2009 RECIEVED PAIN MEDICATION AT 9:00 A.M. SPOKE TO P.A. ABOUT ADDING TO MY PAIN MEDICATION, HE TOLD ME THAT IT WOULD BE INCREASED TO (3) THREE TIMES A DAY, AND THAT IT WOULD BE RENEWED STARTING EITHER TODAY OR TOMORROW. ALSO THE OTHER NEW MEDICATION HE TOLD ME HE WOULD ASK FOR, HE SAID HE ENTERED A REQUEST, AND THAT IT WOULD HAVE TO BE APPROVED BY HIS SUPERIORS. RECIEVED PAIN MEDICATION AT 12:45 P.M. RECIEVED PAIN MEDICATION AT 9:15 P.M.

JUNE 21, 2009 RECIEVED PAIN MEDICATION AT 9:20 A.M. SPOKE TO P.A. LOPEZ TO REMIND HIM THAT I NOW RECIEVE PAIN MEDICATION 3 TIMES PER DAY, HE STATED THAT IF IT WAS IN THE COMPUTER, HE WOULD BRING ME MY 2ND DOSE. SPOKE WITH C/O STAFF AT 11:30 AM TO CALL MEDICAL STAFF TO BRING MY PAIN MEDICATION, ALSO AT 1:30 P.M. RECIEVED PAIN MEDICATION AT 3:00 P.M. RECIEVED PAIN MEDICATION AT 7:15 P.M.

JUNE 22, 2009 RECIEVED PAIN MEDICATION AT 7:00 A.M. RECIEVED PAIN MEDICATION AT 11:00 P.M. MEDICATION THAT I RECIEVED WAS 1/2 DOSAGE. NURSE INFORMED ME THAT THE PHARMACY HAD TO BRING MORE TO THE MEDICAL FACILITY. AT 4:00 P.M NOTIFIED STAFF TO CALL MEDICAL TO BRING THE OTHER 1/2 OF MY DOSAGE, AT 5:00 P.M NURSE CAME TO INFORM ME THAT HE COULD NOT GIVE ME MY MEDICATION DUE TO MEDICAL RULES STATING, THERE HAS TO BE A 4 TO 6 HOUR INTERVAL, IN MY CASE HE SAID ITS A 6 HOUR INTERVAL, SAID HE'D BRING MY MEDICATION AT 9:00 P.M.

RECIEVED PAIN MEDICATION AT 9:00 P.M.

JUNE 23, 2009 RECIEVED PAIN MEDICATION AT 7:00 A.M. RECIEVED PAIN MEDICATION AT 12:30 P.M. AND RECIEVED PAIN MEDICATION AT 7:45 P.M.

JUNE 24, 2009 RECIEVED PAIN MEDICATION AT 7:00 AM. RECIEVED 2ND PAIN MEDICATION AT 12:30 PM. RECIEVED PAIN MEDICATION AT 9:00 P.M.

JUNE 25, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.M. RECIEVED PAIN MEDICATION AT 1:30 P.M. RECIEVED LAST PAIN MEDICATION AT 9:00 P.M.

JUNE 26, 2009 RECIEVED PAIN MEDICATION AT 7:00 AM. ASKED C/O STAFF TO CALL MEDICAL FOR MY PAIN MEDICATION AT 12:00 P.M., 1:00 P.M., AND AT 1:30 P.M., 3:00 P. 3:45 P.M. 4:00 P.M., 4:30 P.M., RECIEVED PAIN MEDICATION AT 6:00 P.M. ONLY AFTER I HAD TO REFUSE TO ALLOW C/O STAFF TO CLOSE MY FOOD TRAP, HAD THE LT. (CHIC DOWN) TO TALK TO ME, HE STATED THAT HE WOULD GO TO MEDICAL AND FIND OUT WHAT THE PROBLEM WAS. THIS WAS AT 5:30 P.M, AND I RECIEVED MY PAIN MEDICATION AT 6:00 P.M. I RECIEVED MY LAST PAIN MEDICATION AT 9:00 P.M. WAS TOLD BY NURSE THAT P.A. LOPEZ HAD MY 2ND DOSAGE OF PAIN MEDICATION IN HIS PANTS POCKET ALL AFTERNOON

JUNE 27, 2009. RECIEVED PAIN MEDICATION AT 9:00 A.M. RECIEVED PAIN MEDICATION AT 12:30 P.M. RECIEVED PAIN MEDICATION AT 7:00 P.M., P.A. TOLD ME THAT CENTRAL OFFICE DENIED ME THE OTHER MEDICATION HE RECOMMENDED THAT I RECIEVE TO HELP RELIEVE MY PAIN.

JUNE 28, 2009 RECIEVED PAIN MEDICATION AT 8:30 A.M. RECIEVED MEDICATION AT 1:30 P.M. RECIEVED PAIN MEDICATION AT 7:30 P.M. SPOKE TO C/O KROOK ASKED HIM WHY DENTAL DENIED MY REQUEST TO HAVE PARTIALS MEASURED, B.O.P HAS TAKEN OUT ALL MY FRONT TEETH AND SAID THEY WOULD CALL ME BACK TO MEASURE ME FOR PARTIALS, NOW HERE AT COLEMAN LOW THEY SAY THEY DON'T DO THAT.

JUNE 29, 2009 RECIEVED PAIN MEDICATION AT 7:15 A.M RECIEVED PAIN MEDICATION AT 12:30 P.M. FOR THE LAST TWO WEEKS OR MORE IVE HAD EXTREME INTENSE PAIN IN MY BACK, ALMOST TO THE POINT OF NOT BEING ABLE TO MOVE, I DON'T UNDERSTAND WHY, ALL MY PAIN BEFORE THIS HAS BEEN IN MY RIGHT LEG, IVE TALKED WITH AT LEAST 2 NURSES AND 2 P.A's ABOUT THIS, AND MY ONLY RESPONSE IS THAT ITS PART OF MY ONGOING MEDICAL PROBLEM, AT THIS POINT I CAN'T ARGUE BECAUSE I HAVEN'T SEEN A NEUROLOGIST YET, BUT I BELIEVE MY PROBLEM IS GETTING WORSE! RECIEVED PAIN MEDICATION AT 9:00 P.M. FROM 2:00 A.M. TO 5:30 A.M I COULD NOT SLEEP DUE TO EXTREME PAIN, COULD BARELY MOVE. IVE REACHED A STAGE THAT SEEMS WORSE TO ME THAN WHEN THIS PROBLEM FIRST BEGAN.

JUNE 30, 2009 RECIEVED PAIN MEDICATION AT 1:00 A.M. ASKED C/O STAFF TO CALL MEDICAL FOR MY MEDICATION AT 11:30 AM, 12:30 P.M, 1:30 P.M, 2:15 P.M, AND 3:00 P.M. RECIEVED PAIN MEDICATION AT 3:40 P.M. SHOULD RECIEVE MY NEXT PAIN MEDICATION AT 9:00 P.M. BUT IM NOT SURE I DID RECIEVE PAIN MEDICATION AT 9:00 P.M.

JULY 1st, 2009 ONCE AGAIN WAS UP AT 3:00AM DUE TO
OVERWHELMING PAIN, BACK AND LEG, BARELY ABLE TO MOVE,
SPOKE TO C/O STAFF AT 3:00AM TO CALL MEDICAL, WAS TOLD
NO ONE IS AT MEDICAL DURING THE HOURS OF 10:00PM TILL
6:00 AM. ALL HE COULD DO WAS CALL THE LT. AND LET HER
KNOW THAT I WAS IN EXTREME PAIN! RECIEVED PAIN MEDICATION
AT 7:15 A.M. SPOKE TO NURSE AND INFORMED HER THAT I
NEEDED TO SEE A DOCTOR TODAY, SHE SAID SHE WOULD SPEAK
WITH A DOCTOR THAT WAS IN TODAY, SPOKE TO P.A. AT 9:00AM
REGITED MY PROBLEM ABOUT EXPERIENCING EXTREME PAIN TO THE
PUNT WHERE I COULD BARELY MOVE, HE ASKED IF I HAD
SEEN DR. DACUCA, I REPLIED YEAH 2½ to 3 months AGO,
AND AS OF YET I HAVEN'T SEEN ANYONE HE THEN SAID
HE WOULD TALK TO DR. DACUCA AND LET ME KNOW WHEN
I WOULD BE ABLE TO SEE THE NEUROLOGIST, SPOKE TO
AT LEAST FIVE C/O STAFF FROM 11:30 AM TO 2:15 PM TO
HAVE THEM CALL MEDICAL FOR MY PAIN MEDICATION, RECIEVED
PAIN MEDICATION AT 2:35 P.M., RECIEVED MY LAST PAIN
MEDICATION AT 9:00 P.M.
JULY 02, 2009 ONCE AGAIN WAS UP AT 2:00AM TILL 4:30 AM
DUE TO EXTREME PAIN THROUGHOUT MY ENTIRE BODY, UNABLE TO
SLEEP, BARELY ABLE TO MOVE, RECIEVED PAIN MEDICATION AT
7:15 AM, SPOKE TO P.A. AT 11:00 AM, ALSO SPOKE TO THE
PHYCOLOGIST AND INFORMED BOTH OF THEM THAT THE PAIN AT
NIGHT IS TOO MUCH, TO THE P.A. I ASKED IF THERE WAS ANY
WAY THAT THEY COULD EXCHANGE THE TIME OF MY PAIN
MEDICATION SO THAT I COULD RECIEVE IT AT 1:00 AM, HE
SAID NO, ALSO ASKED BOTH THE P.A. AND PHYCOLOGIST IF
I COULD BE GIVEN MEDICATION TO HELP ME SLEEP AT
NIGHT, THE PHYCOLOGIST SAID HE WOULD INFORM MEDICAL WITH
AN E-MAIL BEFORE 12:00PM, THE P.A. SAID HE WOULD
LOOK INTO IT, ASKED C/O STAFF FROM 12:30 TILL 2:30
TO CALL MEDICAL TO BRING MY PAIN MEDICATION, RECIEVED

PAIN MEDICATION AT 3:00 P.M. ONCE AGAIN SPOKE TO
P.A. ABOUT AT LEAST GIVING ME SOMETHING TO HELP ME
SLEEP AT NIGHT, HE SAID THERES NOTHING HE CAN DO,
RECIEVED PAIN MEDICATION AT 9:00 P.M.

JULY 03, 2009 ANOTHER NIGHT SPENT AWAKE CRYING OUT
IN PAIN, UNABLE TO SLEEP, INTENSE EXTREME PAIN,
I CANT KEEP GOING THROUGH THIS PAIN, ITS TOO MUCH
TO ENDURE, CONSTANTLY CRYING, UNABLE TO MOVE WITHOUT
ASSISTANCE, NEED TO PULL MYSELF ALONG BY USING ALL
MANNER OF SUPPORT, THE BED, THE WALL, THE SINK, THIS
is GROSS INADEQUATE MEDICAL CARE! I NEED HELP!
RECIEVED PAIN MEDICATION AT 8:30 A.M. RECIEVED PAIN
MEDICATION AT 12:10 P.M. RECIEVED PAIN MEDICATION AT
9:00 P.M.

JULY 04, 2009 RECIEVED PAIN MEDICATION AT 8:30 AM,
ALSO SPOKE TO P.A. AND SHOWED HIM AN AREA ON MY
LOWER BACK THAT SEEMS TO BE ABNORMAL, HE LOOKED
AT IT AND FELT IT AND ASKED IF IVE BEEN X-RAYED,
IN THAT AREA, I'M NOT SURE, BUT HE SAID THAT THEY
WOULD PULL ME OUT TO MEDICAL TO LOOK AT IT,
HE DIDN'T SAY WHEN, LAST NIGHT WASN'T AS BAD AS
THE PREVIOUS WEEK, ONLY ENDURED EXTREME PAIN FOR
ONLY ABOUT ONE HOUR WHAT A BLESSING! RECIEVED
PAIN MEDICATION AT 12:00 P.M. ALSO RECIEVED PAIN
MEDICATION AT 8:00 P.M.

JULY 05, 2009. FROM 12:00 AM TO 7:00 AM WAS UP ALL
NIGHT WITH EXTREME INTENSE PAIN, TWO DIFFERENT C/O STAFF
INQUIRED IF I WAS ALRIGHT, DUE TO MY GROANING AND
MOANING, SAT IN SHOWER FOR (1) ONE HOUR DUE TO INTENSE
PAIN, AT 7:00 AM SPOKE TO C/O STAFF AND NOTIFIED HIM THAT I
NEEDED TO SEE A DOCTOR IMMEDIATELY, WHEN I ONCE
AGAIN SAW C/O STAFF AT 7:30AM HE INFORMED ME
THAT THE P.A. HAS STARTED PILL LINE ON THE MAINLINE

AND THAT WHEN HE WAS DONE WITH THAT, HE WOULD THEN BRING MEDICATION TO ME! I ASKED FOR EMERGENCY CARE BECAUSE MY PAIN LEVEL WAS AT THE MAXIMUM OF 10, MY WHOLE BODY CAUSED ME EXTREME PAIN TO MOVE, ESPECIALLY ANY MOVEMENT IN MY LEG, RECIEVED PAIN MEDICATION AT 8:15AM, SPOKE TO P.A. HE SAID THERES NOTHING HE CAN DO, FOR ME TO SPEAK TO THE P.A. MONDAY MORNING, RECIEVED PAIN MEDICATION AT 12:15PM HAD TO TAKE TWO ONE HOUR SHOWERS FROM 2:30 P.M TILL 8:30 P.M DUE TO INTENSE PAIN: AT 8:30 P.M AS C/O STAFF CAME BY THE CELLS TO PICK UP STORE REQUESTS, I HAD MINE STUCK IN THE DOOR, AND INFORMED HIM THAT I COULD NOT GET UP TO GIVE HIM THE FORM, I WAS IN TOO MUCH PAIN! AT 9:00 P.M. WHEN THE P.A. ARRIVED TO GIVE ME MY PAIN MEDICATION, I ALSO INFORMED HIM THAT I WAS IN TOO MUCH PAIN TO GET UP; I ASKED THAT THE LT. BE CALLED, WHEN THE LT. CAME, HE INFORMED ME THAT I WOULD HAVE TO GET UP IF I WANTED MY PAIN MEDICATION, IT TOOK ME ANYWHERE FROM THREE TO FIVE MINUTES TO GO SIX FEET TO THE DOOR, AS SOON AS I MADE THE EFFORT, I WAS IN EXTREME INTENSE PAIN, CRYING, AND YELLING, JUST TO ACQUIRE MY PAIN MEDICATION, C/O STAFF HAS AT OTHER TIMES ENTERED MY ROOM TO ADMINISTER MY PAIN MEDICATION BECAUSE OF EXTREME PAIN, THIS INCIDENT WAS UNCALLED FOR, A FORM OF CRUELTY BY STAFF THAT SHOULD NOT HAVE TRANSPIRED. RECIEVED PAIN MEDICATION AT 9:15 P.M.

JULY 06, 2009 RECIEVED PAIN MEDICATION AT 8:00AM, SPOKE TO THE NURSE AND INFORMED HER THAT I NEEDED TO SEE THE DOCTOR TODAY, THAT I WAS IN EXTREME PAIN WHERE I CAN BARELY MOVE, SHE SAID SHE WOULD SPEAK TO THE DR. AT 12:15 P.M WHEN SHE BROUGHT MY PAIN MEDICATION I ASKED HER AGAIN ABOUT SEEING THE DR. SHE SAID SHE WOULD TALK TO HIM WHEN SHE GOT BACK TO MEDICAL, SHE

OBVIOUSLY LIED TO ME THE 1ST TIME, AND ITS NOW AFTER 4:00 P.M AND I HAVEN'T BEEN CALLED TO SEE THE DR., IT SEEMS THAT MY MEDICAL CONDITION AND THE PAIN AND SUFFERING THAT I HAVE TO ENDURE BECAUSE MEDICAL STAFF REFUSES TO ADEQUATELY PROVIDE FOR ME THE MEDICAL CARE THAT I NEED, THAT THE MEDICAL STAFF ARE BLATANTLY TREATING ME AS UNIMPORTANT OR INSIGNIFICANT WHERE MY MEDICAL CONDITION IS CONCERNED' RECIEVED PAIN MEDICATION AT 9:15 P.M.

→ JULY 07, 2009 RECIEVED PAIN MEDICATION AT 7:20 A.M. ALSO ASKED THE NURSE TO LET THE DR. KNOW THAT I NEED TO SEE THEM. SPOKE TO P.A. AT 9:00 AM, INFORMED HIM THAT I WAS IN EXTREME PAIN THROUGHOUT THE NIGHT, AND ALSO DURING THE DAY, EXPLAINED THAT THE PAIN MEDICATION ONLY RECIEVES MY PAIN FOR ABOUT 2 TO 3 HOURS THEN IT COMES BACK VERY BAD, HE STATED THAT HE WOULD TALK TO DR. DAVILA TO INCREASE MY PAIN MEDICATION TO (4) FOUR TIMES DAILY, I ALSO ASKED HIM IF I COULD RECIEVE MEDICATION TO HELP ME TO SLEEP AT NIGHT, AS I'VE SAID THE LAST COUPLE OF WEEKS, I HAVE NOT BEEN ABLE TO SLEEP DUE TO PAIN! THIS MORNING FROM 2:30 AM UNTIL NOW, 9:30 AM I'VE BEEN AWAKE BECAUSE OF THE INTENSE PAIN! RECIEVED PAIN MEDICATION AT 12:00 PM. RECIEVED PAIN MEDICATION AT 6:30 P.M, RECIEVED PAIN MEDICATION AT 9:30 P.M.

→ JULY 08, 2009 FROM 3:00 AM TO PRESENT 7:15 AM WAS UP DUE TO EXTREME PAIN, INFORMED NURSE THAT I NEEDED TO SEE THE DR., I STATED THAT I BELIEVE THAT SOMETHING ELSE IS CAUSING MY PAIN, I FEEL AS THOUGH I HAVE SOME SORT OF INFECTION INSIDE ME, BUT I'M NOT SURE, I DO KNOW THAT FOR ME TO TRY TO MOVE OR WALK, THE EFFORT BRINGS SUCH PAIN THAT I BEGIN TO CRY, I DON'T UNDERSTAND WHATS GOING ON, AND IT SEEMS THAT I CANNOT GET A DR. TO EXAMINE ME! THIS IS INADEQUATE

MEDICAL CARE! I'VE REPEATEDLY ASKED TO SEE A DR!, AND YET ALL I'M TOLD IS, MY MEDICATION HAS BEEN INCREASED, EVEN THOUGH THIS DOES OFFER ME A FEW MORE HOURS OF RELIEF FROM MY PAIN AND SUFFERING, IT ONLY LASTS 2 to 3 HOURS EACH TIME I TAKE IT, FROM 9:00 PM TILL 7:00 AM I HAVE NO PAIN MEDICATION, AND THE PAIN COMES UPON ME SO SEVERELY THAT IT REDUCES ME TO TEARS AND YELLING AND SCREAMING OUT BECAUSE OF THE PAIN! RECIEVED PAIN MEDICATION AT 1:30 P.M, RECIEVED PAIN MEDICATION AT 4:30 P.M, THIS IS THE FIRST DAY THAT I'VE HAD A DECENT DAY AS FAR AS NOT HAVING TO EXPERIENCE INTENSE PAIN THROUGHOUT THE DAY, BUT THIS IS DUE BECAUSE OF THE PAIN MEDICATION, BUT AFTER I RECIEVE MY LAST DOSE FOR THE DAY, I'LL SEE WHAT THE NIGHT HAS TO OFFER, I PRAY THAT IT WON'T BE SO BAD, RECIEVED PAIN MEDICATION AT                    .

JULY 09, 2009 ONCE AGAIN I WAS AWAKENED AT 2:30 AM DUE TO EXTREME PAIN, REMAINED AWAKE FOR THE REST OF THE NIGHT, C/O STAFF SHEFFIELD SPOKE TO ME AT ABOUT 5:45 A.M, HE ASKED IF I WAS ALRIGHT, SO I SAID THAT I JUST HAVE ALOT OF PAIN, HE RESPONDED THAT HE SEES ME UP EVERY NIGHT IN PAIN, HE STATED THAT HE WOULD BEGIN TO LOG MY ACTIONS DURING THE NIGHT, HE STATED THAT HE KNEW I WAS IN GREAT PAIN, AND THAT HOPEFULLY BY LOGGING MY ACTIONS, MEDICAL WOULD DO SOMETHING TO HELP ME, WE'LL SEE. RECIEVED PAIN MEDICATION AT 7:00 A.M, ALSO ASKED FOR A BAG OF ICE, AND I RECIEVED IT 30 MINUTES LATER, IT SHOCKED ME THAT I RECIEVED IT SO SOON! RECIEVED PAIN MEDICATION AT 12:30 P.M, RECIEVED PAIN MEDICATION AT 5:30 P.M, AND RECIEVED PAIN MEDICATION AT 9:30 P.M,

JULY 10, 2009 WAS AWAKE FROM 1:45 AM TILL 5:30 AM DUE TO INTENSE PAIN, ANOTHER NIGHT WITH VERY LITTLE SLEEP, RECIEVED PAIN MEDICATION AT 7:05 A.M, SPOKE TO WARDEN AND DEPUTY WARDEN DURING THEIR WALK-THROUGH AT 9:00 AM

BOTH THE WARDEN AND DEPUTY WARDEN SAID THEY WOULD
SPEAK TO MEDICAL ABOUT MY PROBLEM, THE D.W. ASKED WHEN
THE LAST TIME MEDICAL SAW ME, ITS BEEN ABOUT A MONTH,
BUT I'M NOT SURE, BUT I KNOW THAT I HAVE IT WRITTEN
DOWN IN MY JOURNAL, I JUST HAVE TO GO BACK AND FIND
THE DATE. RECIEVED MY PAIN MEDICATION AT 12:15 P.M.
TOOK A ONE HOUR SHOWER FOR PAIN FROM 3:00 P.M. to 3:00 P.M.
RECIEVED PAIN MEDICATION AT 5:30 P.M. RECIEVED PAIN
MEDICATION AT 9:30 P.M.

→ JULY 11, 2009 AGAIN FROM 2:00AM THIS MORNING WAS AWAKE
DUE TO INTENSE PAIN IN LOWER BACK AND RIGHT LEG, PAIN
MEDICATION WAS BROUGHT AT 7:00AM. WHAT A BLESSING, IT
USUALLY COMES BETWEEN 8:30 AND 9:30AM ON THE WEEK-END
SO TODAY I WAS REALLY GRATEFUL THAT IT CAME EARLY!
TOOK A SHOWER AT 5:30AM TILL 6:00AM DUE TO PAIN,
SHOWER HELPED ALOT TODAY, THE WATER WAS EXTREMELY HOT,
A BLESSING, REDUCED PAIN CONSIDERABLY. RECIEVED PAIN
MEDICATION AT 12:30PM TOOK A SHOWER FROM 3:00 to 3:45 PM
DUE TO INTENSE PAIN, NOT MUCH HELP, RECIEVED MY PAIN
MEDICATION AT 5:30 P.M. RECIEVED PAIN MEDICATION AT 9:30 P.M.

→ JULY 12, 2009 ONCE AGAIN WAS UP FROM 3:00 AM TILL 8:00 AM
WHEN MY PAIN MEDICATION ARRIVED, ALSO SPOKE TO P.A ABOUT
THE INTENSE PAIN IN MY LEG, ALSO HOW I FELT THAT MY KIDNEY
AREA ON MY RIGHT SIDE, AND MY LOWER RIGHT LEG, I FELT AS
IF I HAVE AN INFECTION IN MY KIDNEY AREA, ITS ALWAYS
IN INTENSE PAIN EXCEPT FOR WHEN I RECIEVE MY PAIN
MEDICATION, ALSO MY GROIN AREA FEELS THE SAME, AS FOR MY
LOWER RIGHT LEG, MY ANKLE AND MY FOOT APPEAR TO BE
SWOLLEN, THIS HAS BEEN GOING ON FOR ABOUT TWO WEEKS, IVE
SPOKEN TO DIFFERENT PA'S ABOUT THESE SYMPTOMS, BUT AS
YET HAVE BEEN SEEN BY NO ONE, THE P.A. I SPOKE WITH
THIS MORNING SAID HE WOULD HAVE ME SEEN ON WEDNESDAY
THE 15TH OF JULY, WELL SEE! RECIEVED PAIN MEDICATION AT

12:15 P.M, TOOK A HOT SHOWER FROM 2:00 P.M TO 3:00 P.M DUE
TO INTENSE PAIN, RECIEVED PAIN MEDICATION AT 4:05 P.M,
RECIEVED PAIN MEDICATION AT 9:00 P.M.

→ JULY 13, 2009 FROM 12:00 AM TILL 6:40 AM WHEN MY PAIN
MEDICATION WAS BROUGHT WAS AWAKE DUE TO INTENSE PAIN,
1ST TIME I THOUGHT ABOUT HURTING MYSELF BECAUSE I JUST
CANNOT DEAL WITH OR ENDURE THE PAIN, TOOK A HOT SHOWER
FROM 2:00 AM TO 3:00 AM, THIS GAVE ME ABOUT AN HOUR S
RELIEF WHEN I GOT OUT OF THE SHOWER, SPENT THE REST OF THE
NIGHT MASSAGING MY LEG, RECIEVED PAIN MEDICATION AT 6:40 A.M.
SPOKE TO PA AT 8:30 AM, TOLD HIM THAT LAST NIGHT WAS THE
1ST TIME I THOUGHT ABOUT HURTING MYSELF JUST SO I CAN
BE SEEN BY SOMEONE. HE SAID THAT HE WOULD SPEAK TO
DR. DAVILA ABOUT MY SEEING A NUEROLOGIST AND ABOUT
GIVING ME AN ANTI-DEDRESSANT, I'M NOT DEDRESSED, JUST
IN UNBEARABLE PAIN, THE PA ALSO STATED THAT BECAUSE
OF MY COMPRESSION OF SPINAL NERVE ROOT, THAT I PROBABLY
NEED SURGERY. ITS BEEN ALMOST SIX (6) MONTHS, I BELIEVE
THAT THEY WERE EXPECTING THIS MEDICAL CONDITION TO GO
AWAY SIMPLY BY THE PASSING OF TIME AND GIVING ME
PAIN MEDICATION, NOW THEY REALIZE THAT I DO NEED THE
SURGERY, THIS IS GROSS NEGLIGENCE CONCERNING MY MEDICAL
CARE. RECIEVED PAIN MEDICATION AT 12:00 P.M. TOOK A HOT
SHOWER FROM 2:00 P.M. TILL 3:00 P.M DUE TO UNBEARABLE PAIN. RECIEVED
PAIN MEDICATION AT 3:35 P.M. RECIEVED PAIN MEDICATION AT
9:00 AM.

→ JULY 14, 2009 AWOKE AT 3:00 AM. TOOK A HOT SHOWER TILL 4:15 A
REMAINED AWAKE TILL MY PAIN MEDICATION ARRIVED AT 6:40
A.M. SPOKE TO P.A. AT 8:30 AM, HE TOLD ME IF I HAD
RECIEVED THE NEW MEDICATION, AND I SAID NO, SO HE SAID
HE WOULD CHECK ON IT. RECIEVED PAIN MEDICATION AT 12:00 P.M
TOOK A HOT SHOWER FROM 2:00 PM TILL 3:00 PM. RECIEVED PAIN
MEDICATION AT 3:45 PM AND AT 9:00 PM

JULY 15, 2009 TOOK A HOT SHOWER FROM 1:15 AM TILL
2:30 AM, AND FROM 5:00 AM TILL 6:00 AM THE PAIN IS
AT ITS WORSE SINCE I FIRST ACQUIRED THIS MEDICAL
CONDITION, I CAN'T MOVE MY RIGHT LEG AT ALL, I HAVE
TO HOLD ON TO OBJECTS, DESK, SINK, BED, AND SLIDE
MY RIGHT LEG, THE PAIN IS EXTREME, AND CONSTANT,
I CANNOT PLACE MYSELF IN ANY POSITION WITHOUT INTENSE
PAIN, RECIEVED PAIN MEDICATION AT 7:00 AM, IT BROUGHT
MY PAIN LEVEL DOWN FROM 10 TO 8, NOT MUCH HELP
ALSO YESTERDAY EVENING WAS GIVEN AN ANTI-DEPRESSANT,
BUT THAT DOESN'T HELP WITH MY PAIN, RECIEVED PAIN
MEDICATION AT 12:30 P.M. RECIEVED PAIN MEDICATION AT
3:30 P.M. SPOKE TO THE NURSE AND INFORMED HIM THAT
I CANNOT MOVE MY RIGHT LEG AT ALL, HE THEN
ASKED ME IF I WAS SEEN BY THE DR, I TOLD HIM
THAT THE P.A. MADHUES AND C.A. ARISSA BOTH SAID THAT
THEY WOULD SPEAK TO THE DR. DAULLA AND THAT I WOULD
BE SEEN TODAY, BUT I SAW NO DOCTORS, NOW
I GUESS I HAVE TO WAIT UNTIL NEXT WEDNESDAY,
BUT I'M NOT SURE IF I'LL LAST THAT LONG DUE TO
THE INTENSE PAIN I'M EXPERIENCING TOOK ANOTHER
HOT SHOWER FROM 1:00 PM TO 2:00 PM DUE TO INTENSE
PAIN, RECIEVED PAIN MEDICATION AT 3:35 P.M. RECIEVED
PAIN MEDICATION AT 9:00 P.M.
JULY 16, 2009 WAS UP AT 12:30 AM TILL 3:00 AM, THEN I
GOT IN THE SHOWER FROM 3:00 AM TO 4:00 AM DUE TO THE
INTENSE PAIN, RECIEVED PAIN MEDICATION AT 7:00 AM,
RECIEVED PAIN MEDICATION AT 12:15 P.M. TOOK A HOT SHOWER
FROM 1:00 TO 2:30 PM, RECIEVED PAIN MEDICATION AT
3:30 P.M. RECIEVED LAST MEDICATION AT 9:00 PM
JULY 17, 2009 TOOK A HOT SHOWER FROM 4:45 TO 6:00 A
DUE TO INTENSE PAIN IN MY RIGHT LEG, CANNOT WALK

SO BY HOLDING ON TO OBJECTS IN THIS CELL AND DRAG OR
SLIDE MY RIGHT LEG, PAIN WAS SO INTENSE THIS MORNING
THAT I WAS CRYING OUT FOR ABOUT ONE HOUR, RECIEVED PAIN
MEDICATION AT 7:00 A.M. FROM 7:00AM TILL 10:45 COULD
NOT MOVE MY LEG WITHOUT CRYING OUT IN PAIN THE PAIN
MEDICATION HAD VERY LITTLE EFFECT, BUT ALMOST ALWAYS
WHEN THE PAIN LEVEL IS VERY HIGH THE PAIN MEDICATION
DOESN'T AFFECT ME VERY WELL RECIEVED PAIN MEDICATON
AT 12:00 P.M. RECIEVED MEDICATION AT 3:30 P.M, ALSO
TOOK A HOT SHOWER FROM 1:00 to 2:00 PM DUE TO INTENSE PAIN
IN MY LOWER BACK, BUTTOCK, AND RIGHT LEG. RECIEVED
PAIN MEDICATION AT 9:00 PM,

→ JULY 18, 2009 TOOK A HOT SHOWER FROM 3:45 to 5:00 AM
DUE TO INTENSE PAIN RECIEVED MEDICATION AT 8:00AM,
SPOKE TO P.A. MIRPLES, AND SAID THAT I NO LONGER CAN
USE MY RIGHT LEG, I'VE BEEN TELLING THESE PEOPLE ABOUT
HOW SEVERE MY PAIN IS, BUT AS MANY TIMES THAT I'VE
ASK TO SEE A DOCTOR, AS SOON AS POSSIBLE, ALL I'M TOLD IS
" I'LL LET DR. DAVILA KNOW" AND AS YET I'VE NOT SEEN
ANY DOCTOR THAT WILL TELL ME TRUTHFULLY WHAT MY
PROBLEM IS, ALL THEY SAY IS " YOU HAVE A BACK PROBLEM,
ITS MUCH WORSE NOW THAN EVER, AND SEEMS TO BE
GETTING WORSE, ITS BEE 5½ MONTHS SINCE I'VE HAD THIS
PROBLEM. TO MY UNDERSTANDING, THIS TYPE OF MEDICAL
CARE IS INADEQUATE, RECIEVED PAIN MEDICATION AT
RECIEVED PAIN MEDICATION AT 12:30 P.M, ALSO TOOK
ANOTHER HOT SHOWER FROM 2:00 PM, TO 3:00 PM, ALSO
RECIEVED PAIN MEDICATION AT 3:30 P.M, LAST
PAIN MEDICATION AT 9:00 PM,

→ JULY 19, 2009 AWOKE AT 1:15, AND TOOK ANOTHER
HOT SHOWER FROM 1:30 AM, TO 2:30 AM, ALSO TOOK
ANOTHER SHOWER FROM 5:00 AM TO 6:00AM, RECIEVED

PAIN MEDICATION AT 8:35 AM, RECIEVED PAIN
AT 12:00 PM TOOK A SHOWER FOR THE PAIN, FROM
1:00 TO 2:00 PM. I CAN NO LONGER WALK WITHOUT
HELP, MY LEG IS IN INTENSE, EXTREME PAIN,
RECIEVED PAIN MEDICATION AT 3:45 PM, ALSO
RECIEVED MY PAIN MEDICATION AT

JULY 20 2009 AWOKE AT 2:45 TO TAKE A HOT SHOWER
FROM 2:45 to 3:45, RECIEVED PAIN MEDICATION AT
7:00 AM SPOKE TO PA, ABOUT HOW I CAN NO LONGER
PUT ANY PRESSURE ON MY RIGHT LEG, ALSO I NEED
MY CELLY'S HELP TO LIFT MY LEG UP ONTO MY BED,
ITS TOO MUCH PAIN TO TRY TO DO IT MYSELF RECIEVED
PAIN MEDICATION AT 11:45 AM, RECIEVED PAIN
MEDICATION AT 3:30 PM, RECIEVED PAIN MEDICATION
AT 7:00 PM,

JULY 21 2009 AWOKE AT 2:50 AM, TOOK A HOT SHOWER
FROM 2:50 to 3:45, ALMOST 1 HOUR, NOW THE PAIN ONLY
SUBSIDES WHILE I'M IN THEE SHOWER, AS SOON AS I
GET OUT THE PAIN IS CONSTANTLY THERE TOOK ANOTHER
SHOWER FROM 7:30 to 8:30, HAVE NOT RECIEVED MY PAIN
MEDICATION AS YET, I'VE ASKED C/O STAFF THREE TIMES
TO CALL MEDICAL TO BRING MY PAIN MEDICATION, RECIEVED
PAIN MEDICATION AT 9:15 AM, ASKED C/O STAFF TO BRING
ICE, RECIEVED PAIN MEDICATION AT 2:30, MY
LEG IS IN EXTREME PAIN I CAN NO LONGER BY
MYSELF. STILL HAVE NOT RECIEVED TO MY REQUEST
FOR MY MEDICAL RECORDS I'VE SPOKEN TO MANY
OF THE P.A.'S HERE, AND THEY ALWAYS SAY THE
SAME THING, SEND THE CADGERY TO HELP YOU OUT
TOOK ANOTHER HOT SHOWER FROM 2:00 to 3:00
I CANT DEAL WITH THIS PAIN RECIEVED MY
MEDICATION CAME AT 9:15

JULY 22, 2009 GOT INTO THE SHOWER AT 3:00AM TO 4:00AM
I CAN NO LONGER LIFT MY LEG BY MYSELF MY CELLY
HAS TO HELP. ONCE I WAS OUT OF THE SHOWER HAD TO
THROW MY MATTRESS ON THE FLOOR, RECIEVED MEDICATION
AT 7:00 AM. ONCE AGAIN I'M ASKING C/O STAFF FOR ICE
I HAVE TO ASK ANYWHERE FROM 3 TO 10 TIMES BEFORE
I RECIEVE ANY ICE, RECIEVED PAIN MEDICATION AT
12:00 P.M TOOK A SHOWER FROM 10:00 AM TO 11:00 AM
FOR PAIN, THE PAIN MEDICATION DOESN'T SEEM TO WORK
ANYMORE, FOR THE LAST (5) FIVE DAYS IT SEEMS AS IF
IT ISN'T WORKING, RECIEVED MY PAIN MEDICATION AT
5:30 P.M TOOK ANOTHER SHOWER FROM 3:00 P.M TO
4:00 P.M RECIEVED PAIN MEDICATION AT 9:00 P.M.
JULY 23, 2009 TOOK A HOT SHOWER FROM 5:00 AM TO
6:00 AM. COULD BARELY MOVE MY LEG., RECIEVED PAIN
MEDICATION AT 8:30 AM. RECIEVED PAIN MEDICATION
AT 1:30 P.M. TOOK A HOT SHOWER FROM 10:00 AM TO 11:00 AM
RECIEVED PAIN MEDICATION AT 3:45 PM, SPOKE TO P.A
LOPEZ TO LET HIM KNOW THAT MY PAIN MEDICATION
ISN'T WORKING VERY WELL, IT LASTS FOR MAYBE ONE
HOUR, AND AT OTHER TIMES IT DOESN'T WORK AT ALL
RECIEVED PAIN MEDICATION AT 9:00 P.M.
JULY 24, 2009. AWOKE AT 2:30 AM, TOOK A SHOWER
FROM 2:30 AM TO 3:30 AM. LEG PAIN WAS SO BAD
THAT I COULDN'T HAVE STAYED UP ALL NIGHT
BECAUSE I COULDN'T MANAGE TO LIE DOWN, MY CELLY
HAS TO LIFT MY LEG UP SO THAT I CAN LIE DOWN
SPOKE TO P.A LOPEZ AT 7:30 AM, LET HIM KNOW
THAT I COULD NOT MOVE MY LEG, IT SAID THAT
IF I DON'T GET UP THEN I WOULD NOT RECIEVE
MY PAIN MEDICATION, SO ONCE AGAIN THROUGH
TEARS AND EXTREME PAIN I DRUG MYSELF
TO THE DOOR TO RECIEVE MY PAIN MEDICATION

P.A. LOPEZ CAME FOR SICK CALL, AND SAID TO ME THAT HE WOULD COME BACK TO CHECK MY CONDITION, HE EXAMINED ME IN MY ROOM, TOLD ME THAT HE WOULD TALK TO DR. DAVILA AND SEE WHAT CAN BE DONE FOR ME, RECIEVED MY PAIN MEDICATION AT 2:00 P.M. RECIEVED MY NEXT PAIN MEDICATION AT 3:45 P.M., TOOK A HOT SHOWER FROM 2:15 to 3:15. RECIEVED LAST PAIN MEDICATION AT 9:00 P.M

OCT 25, 2009 TOOK A SHOWER FROM 4:00 AM TO 5:00 AM FOR PAIN, RECIEVED MEDICATION AT 9:00 AM RECIEVED PAIN MEDICATION AT 2:30 PM. TODAY WE HAD CELL MOVEMENT, C/O STAFF HAD TO LITERALLY CARRY INTO NEW CELL, I CANNOT PUT ANY PRESSURE ON MY RIGHT LEG, I CANNOT STAND WITHOUT HOLDING ON TO SOME OBJECT, HAD A HOT SHOWER FROM 10:00 PM TO 2:00 PM THE NEXT WEEK, I CANNOT GET ANY RELIEF FOR MY LEG, THE PAIN MEDICATION DOESN'T HELP ANY MORE, I'M SUPPOSE TO RECIEVE 4 TIMES DAILY B/C I HAVEN'T RECIEVED IT AS YET, LEG PAIN CODE 10 + O DON'T KNOW HOW I'M LECTURE THE PAIN IS EXTREME, MY CELLY TRIES TO HELP BY LIFTING MY LEG UP ON THE BED, EVERY TIME I DO THIS THE PAIN IS EXTREME BUT I'VE GOT TO LIE DOWN, RECIEVED AN ICE FOR MY LEG FROM ONE A.M. SHIFT OF C/O'S, RECIEVED PAIN MEDICATION AT 6:00 P.M, RECIEVED PAIN MEDICATION AT 9:30 P.M.

JULY 26, 2009 TOOK A HOT SHOWER FROM 3:00 AM TO 4:00 AM PAIN IS TOTALLY OUT OF CONTROL, RECIEVED PAIN MEDICATION AT 9:30 AM ASKED C/O STAFF AT 6:30 AM THAT I NEEDED TO SEE A P.A. AS SOON AS POSSIBLE, I WAS IN EXTREME

PAIN JUST TRYING TO GET OUT OF MY BED CAUSES
EXTREME INTENSE PAIN, I FEEL TOTALLY
DEFEATED AGAINST THIS PAIN, BUT I CONTINUE
TO CRY AND ENDURE THIS PAIN, RECIEVED PAIN
MEDICATION AT 1:00 P.M. TOOK ANOTHER HOT SHOWER
FROM 8:00AM TO 8:30AM RECIEVED PAIN MEDICATION
AT 6:45 P.M. AND RECIEVED LAST PAIN MEDICATION AT
8:00 P.M.

→ JULY 27, 2009 TOOK A HOT SHOWER AT 4:00AM TO SWELL
DUE TO EXTREME PAIN IN MY LOWER BACK AND COMPLETELY
DOWN MY RIGHT LEG, RECIEVED PAIN MEDICATION AT
9:45 A.M. MY LEG IS SO BAD THAT I CANNOT GET
IN OR OUT OF MY BUNK WITHOUT HELP, RECIEVED PAIN
MEDICATION AT 12:00 P.M. TOOK A HOT SHOWER FROM
1:00PM TO 2:00PM RECIEVED PAIN MEDICATION AT 3:30PM
WAS TOLD BY DR. AILING THAT AN INCREASE OF MY
MEDICATION WAS SUBMITTED TO DR. DAVILA BY P.A.
LOPEZ, DR. AILING STATED THAT MY DOSAGE COULD
NOT BE INCREASED, I DON'T KNOW WHO IS LYING
BUT IVE HEARD TWO DIFFERENT STORIES. ALSO
ASKED FOR CRUTCHES SO THAT I CAN MOVE AROUND
EASIER WAS TOLD BY DR. AILING THAT CANT BE DONE,
RECIEVED LAST PAIN MEDICATION AT 7:00 P.M.
SPOKE TO P.A. ABOUT GETTING A BUNK TO HELP ME
WALK, HE SAID HED CHECK WITH SECURITY.

→ JULY 28, 2009 TOOK A HOT SHOWER FROM 4:00AM TO
5:00 AM, PAIN IS UNBEARABLE, RECIEVED PAIN
MEDICATION AT 9:30 A.M. TRIED FROM 8:00 AM AND
AFTER 9:00AM TO GET A 2ND TRAY OF MY BED SO
THEY WOULD HAVE MEDIC TO COME SEE ME, NO ONE
HAD MEDIC COME TO SEE ME FOR HOURS, MY BACK PAIN
IS AT AN EXTREME INTENSE LEVEL, IVE ASKED
AND THEY'LL NOT SET DATE FOR THE CAST (3 WEEK)

JULY 03 2009 ...

... RM AT 10:30 AM, ...

... IVE BEEN GIVEN ENOUGH MEDICATION, I FEEL OK
PAIN IN MY RIGHT LEG IS A ___ ___ ___
TO EAT ___ ___ ___ ___ ___
MEDICATION AT 3:45 PM, ___ ___ ___
PAIN ___ ___ ___ ___ ___
___ ___ ___

3:30 PM I ___ ___ ___ ___ ___
SHOWER, ___ ___ ___ ___ ___
7:15 AM AT 10:30 AM C/O ___ MY ___ RIGHT LEG AND
I DRESSED OUT TO LEAVE THE COMPOUND TO SEE A
DR. I THOUGHT THAT IT WAS IN REGARDS TO MY BACK
AND LEG PROBLEM, IT WASN'T, I WAS TAKEN TO SEE
A UROLIGIST, WHO PREFORMED A PROCEDURE TO EMPTY
MY BLADDER AND THEN REFILL IT TO CHECK OUT HOW I
URANATE, A DR. CRABTREE INFORMED ME THAT I HAD A
LARGE BLADDER, AND THAT MY BLADDER WASN'T PUSHING
DOWN, CAUSING MY URINE TO STOP AND SO WHILE I
URANATE, I BELIEVE THIS CAME ABOUT BECAUSE OF
THE PAIN NARCOTICS I WAS GIVEN WHEN I WAS FIRST
AFFLICTED WITH MY ORIGINAL MEDICAL PROBLEM, RECIEVED
PAIN MEDICATION AT 11:00AM, AND 4:30 PM, AND
LAST MEDICATION WAS AT 9:00PM, I'VE ALSO BEEN
MOVED TO THE MEDICAL CELL DOWN ON THE MAIN
FLOOR, MY CELLIE J. SEYMORE CAME TO STAY WITH
ME IN ORDER TO HELP ME GET AROUND THE CELL
AS I WAS SO I NEED SOMEONE TO HELP ME GET AROUND

JULY 29, 2009, [...] ACCOUNT [...] UP DURING THE
NIGHT, SO I USED MY [...] BOTTLE [...] TO [...]
JULY 30, 2009 DID NOT TAKE A SHOWER, DUE TO NOT
[...] ABLE TO GET OUT OF MY BUNK, BY MYSELF
[...] PAIN MEDICATION AT 7:30 AM, I TOOK A
SHOWER FROM 1:00PM TO 2:00PM, THE WATER WASN'T
THAT HOT, SO I DIDN'T RECIEVE ANY RELIEF FOR
MY PAIN, RECIEVED PAIN MEDICATION AT 12:00PM
AND A 4:00PM, RECIEVED PAIN MEDICATION
AT 7:30PM

JULY 31, 2009, RECIEVED PAIN [...] AT 7:00AM
I WENT BACK [...] TO INTAKE TODAY, LEG, PAIN IS AT
[...] SO I DID NOT LAY DOWN, [...] ALOT
OF PAIN, RECIEVED PAIN MEDICATION AT 12:05 [...]
THE SHOWER IN THIS [...] DOESN'T GET HOT AT ALL,
SO EVEN THOUGH I [...] LIKE TO TAKE A HOT
SHOWER TO RECIEVE MY PAIN, I DID NOT RECIEVE
PAIN MEDICATION AT 12:35, RECIEVED PAIN [...]
AT 5:00PM, [...] RECIEVED PAIN MEDICATION AT [...]

AUGUST 01, 2009, RECIEVED PAIN [...] AT 5[...]
ASKED NURSE IF I COULD BE ABLE TO [...] PEN SO
THAT I COULD TAKE A HOT SHOWER TO HELP RECIEVE MY
PAIN, HE STATED THAT I WOULD HAVE TO SPEAK [...]
[...] STAFF AS MEDICAL DOES NOT DO THIS [...]
[...] RECIEVED PAIN MEDICATION AT 12:35PM,
AND TAKE AGAIN AT 4:00PM, (T. PERRY ASKED ME
TO ANOTHER CELL AT 5:00PM, RECIEVED PAIN MEDICATION
AT 5:30 PM, TOOK A HOT SHOWER AT 1:00 PM [...]
AND AGAIN AT 2:00 AM TO 3:00 AM, I HAVE A HARD TIME
TRYING TO SLEEP DUE TO THE PAIN IN MY BODY
[...] BY THIS ILLNESS, IT FORCES [...] TO USE A CERTAIN
WAY JUST TO TRY TO BE COMFORTABLE [...] TO GET
SOME SLEEP, BUT ITS VERY DIFFICULT.

AUGUST 02, 2009 AWOKE AT 2:00 AM, TOOK A HOT SHOWER
FROM 2:00 TO 3:00, WOKE AGAIN AT 4:00 AM, AND
COULDN'T GET BACK TO SLEEP DUE TO INTENSE PAIN
IN MY RIGHT LEG, RECIEVED PAIN MEDICATION AT
8:00 AM REMAINED SITTING UP BECAUSE I COULDN'T
LAY DOWN WITHOUT ALOT OF INTENSE DISCOMFORT THIS
PAIN THIS ILLNESS HAS TOTALLY TAKEN OVER MY
BODILY LIFE FUNCTIONS, I'VE NOT BEEN ABLE TO
FUNCTION NORMALLY FOR SIX (6) MONTHS NOW, AND
YET I HAVE NOT BEEN GIVEN A PROPER DIAGNOSIS
YET, ALL I'M TOLD IS THAT I HAVE A BACK PROBLEM
I HAVE NOT YET SEEN ANYONE ABOUT RECOVER FOR THIS
ILLNESS, ALL I'M GIVEN IS PAIN MEDICATION, WHILE I
NO LONGER NEEDS THEM, I'VE ASKED FOR AN
INCREASE IN DOSAGE, BUT I'VE BEEN TOLD THAT THE
DR. WE MAY CHANGE, I SERIOUSLY DOUBT IT, THE
PAIN IS EVERYDAY ALL DAY ALL, MY PAIN IS CONSTANT
I DON'T GET MUCH RELIEF FROM THIS ILLNESS, AND
YET NO ONE WILL TELL ME WHEN I'LL BE SEEN BY A
DR. TO ADDRESS MY ILLNESS AND BEGIN MY HEALING
PROCESS, RECIEVED PAIN MEDICATION AT 12:30 PM
ALSO RECIEVED PAIN MEDICATION AT 8:30 PM, TOOK A HOT
SHOWER FROM 8:30 PM TO 9:30 PM, RECIEVED PAIN MEDICATION
AT 10:00 PM.

AUGUST 03, 2009, AWOKE AT 4:30 AM, SLEPT FROM 3 TO 4:30
TO 2:00 TOOK A SHOWER FROM 4:30 AM TO 5:30 AM, ALSO
FROM 4:00 AM TO 4:30 AM, RECIEVED PAIN MEDICATION
AT 7:15 AM, HAD TO ASK FOR MEDICATION TO BE BROUGHT
ELSE PAIN MEDICATION AGAIN AT 10:00 PM, ALSO YET AGAIN AT
11:30 PM, YET HAVE NOT RECIEVED PAIN MEDICATION
HAVE PUSHED THE EMERGENCY BUTTON AT MY BUNK
AT LEAST (10) TEN TIMES, HAVE HAD THE RESPONSE
YET STILL HAVE NOT RECIEVED MY PAIN MEDICATION,

AUGUST 03, 2009 CON'T RECEIVED PAIN MEDICATIONS AT
3:30 P.M. TOOK A HOT SHOWER ____ ____ 2.00 ____ ____
OUTLINE PAIN, RECEIVED ____ ____ ____ 5:30 P.M
____ AT 9:00 P.M

AUGUST 04, 2009 ____ ____ ____ ____ 9.0 ____ ____
PAID ____ 3.3 P.M ____ 8:30 A.M, SLEPT TO ____ ____
____ ____ ____ ____ ____ ____ ____ ____ PAIN'D ____
NEEDED TO SEE A DR, ____ ____ ____ MEDICATION AT
7:15 A.M. ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ SCREAM ____ ____ ____ ____ CONT' GAVE
MEDICAL ATTENTION ____ ____ ____ ____ ____ ____ ____
WITHOUT ____ ____ ____ ____ ____ ____ ____ ____
TO SEE ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ ____ ____ SAW ____
____ ____ ____ ____ ____ ____ ____ ____ ____
NURSE ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ ____ ____ ____ PAIN
____ ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ PAIN ____ ____ ____ 7:30 A.M
____ ____ ____ ____ ____ NEEDED TO BE SEEN
____ ____ ____ ____ ____ ____ ____ ____ TO PUT
____ ____ 3.5 ____ PAID IN ____ ____ ____
FOR PAIN ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ ____ ____ ____ ____
____ ____ ____ ____ ____ ____ ____ ____ BY

...NO NURSE AT PROPER TIME... PRN... AND A ANTI-INFLAMMATORY...

AUGUST 06, 2004, PATIENT... ALL NIGHT, RECIEVED PRN MEDICATION AT 7/12 A.M. AND CALLED DR. DALLER AND ASKED TO CHANGE THE PRN... EVERY SHOTS, RECIEVED PRN MEDICATION AT 11:45 A.M. AND ALSO AT 3:30 P.M. NURSE NOTED AT THIS TIME THAT "IT WAS ORDERED TO RECIEVE THE PRN MEDICATION IN SHOTS." RECIEVED PRN MEDICATION AT 7:00 P.M. ... NURSES TODAY DUE TO INTENSE PAIN... ROOM... SHIFT CHANGE FOR ALMOST SIX HOURS. ...

PRN... WAS... TOOK... THE NURSE WAS OUT FOR... AM... AT 7:30 A.M. TOOK PRN... PROPER... TO 4:30 A.M. PRN MEDICATION... RECIEVED PRN AT 3:30 P.M... AND NO SHOTS WERE GIVEN TO PATIENT FOR PAIN... PRN MEDICATION AT 7:30... ALSO... ANTI-INFLAMMATORY... 8:00 P.M.

OBSERVED... RECIEVED PRN... AT 3:00 A.M. TOOK... SHOWERS... PRN MEDICATION AT 7:30 A.M... AT 3:30 P.M. RECIEVED PRN MEDICATION... NO... RECIEVED PRN... PRN... SHOTS... RECIEVED PRN...

→ ... Kept a ... ... ... ... ... ... Crouch? ... and ... ... ... ... ... ... Received ... ... ... swollen at ... ...

→ WAS STILL ... ... STILL UP ... ... ... ... ... TAKEN AND COULD NOT ... SITTING OR ... PAIN MEDICATION AT 7.31 AM TOOK A HOT SHOWER FROM 7:50 AM TO 9:00AM TOOK ANOTHER HOT SHOWER FROM 11:30AM TO 12:00 PM RECEIVED PAIN MEDICATION AT 12:00 PM, RECEIVED PAIN ... ... ... ... DAY GOT NEW PAIN MEDICATION AT 9:00PM.

→ AUGUST 11, 2009 WAS UP ALL NIGHT, ONLY SLEEP ABOUT 20 TO 30 MINUTES BEFORE DISTURBING (i.e. NOISE), ABLE TO SIT IN WHEEL CHAIR FOR UP TO 15 TO 20 MINUTES BEFORE I COULD NO LONGER ... AGAIN. RECEIVED PAIN MEDICATION AT ... TOOK 2 HOT SHOWERS DURING ... NEW PAIN MEDICATION ... WAS AT 12:30 ... PAIN MEDICATION AT 3:30 PM TOOK ANOTHER HOT SHOWER FROM 3:00 TO 3:30 PM. RECEIVED PAIN MEDICATION AT 9:00PM.

→ AUGUST 12, 2009 ANOTHER SLEEPLESS NIGHT, TOOK A HOT SHOWER FROM 2:00 AM TO 3:00 AM, RECEIVED PAIN MEDICATION AT 7:00 AM, ALSO WAS CLEARED OUT TO ... TO ALL ... THE NEUROLOGIST WHO PRESENT AT 8:00 AM SAID AN NEUROLOGIST AT 10:00 AM WAS TOLD BY THIS ... THAT I DO NOT HAVE A BACK PROBLEM, HE ... ... NOT ... BE ... TO DETERMINE WHAT MY PROBLEM IS, UPON RETURN ... TO THE PRISON, DR. ... AND P.A. ... LOOKED AT THE DR'S REPORT AND STATED THAT HIS REPORT WAS ... I WAS TOLD BY THE NURSE WHO BROUGHT MY MEDICATION AT 3:30 PM THAT THE MEDICAL STAFF HERE AT THE PRISON ARE ANGRY OVER THE NEUROLOGISTS REPORT. HE STATED THAT THEY WANT A 2ND OPINION, WAS BROUGHT MY PAIN MEDICATION AT 9:00 PM. NURSE SAID HE WOULD SPEAK TO DR. ... TO SEE IF I CAN RECEIVE MEDICATION TO HELP ME SLEEP.

AUGUST 13, 2009 ANOTHER NIGHT SPENT AWAKE. TOOK A HOT
SHOWER FROM 2:30AM TO 3:30AM SAT UP FROM 5:00AM TIL
BREAKFAST AT 6:30AM, RECEIVED A.M. MEDICATION , AT
7:15AM TOOK A HOT SHOWER FROM 8:15AM TO 9:15 A.M.
RECEIVED P.M. MEDICATION AT 12:30PM _____ _____ _____
_____ _____ _____ SHOWER _____ _____PM _____ _____ _____
_____ _____ 8:30 AM RECEIVED LAST P.M. MEDICATION
_____ _____ _____ _____ _____ _____ _____ _____ 7:30PM
_____ _____ _____

_____ 13 2009 SLEPT OR _____ _____ 1 HOUR AT THE MOST
_____ _____ _____ _____ AWOKE FROM 2:00 TO 3:00 AM. RECEIVED _____
_____ MEDICATION, AT 8:30 AM _____ _____ _____ _____ _____ FROM
9:00 AM TO 9:45 AM THEN FROM 11:00 AM TO 11:45 AM. RECEIVED
P.M. MEDICATION AT 12:30PM, RECEIVED P.M. MEDICATION
AT 8:00PM TOOK LAST DOSE MEDICATION AT 7:30 PM

AUGUST 15 2009 UNABLE TO SLEEP WAS AWAKE (2) TWO HOURS
_____ _____ 6:00AM, TOOK TWO SHOWERS FROM 1:00 _____
_____ _____ AND 3:30 AM TO 4:30AM RECEIVED A.M.
MEDICATION AT 9:00AM, TOOK (2) TWO SHOWERS FROM
8:00AM TO 9:00AM ALSO FROM 12:00PM TO 1:00 PM.
RECEIVED P.M. MEDICATION AT 12:30PM, _____ _____ _____
_____ _____ AT _____ ALSO _____ FOR ALL ALL _____
_____ _____ _____ _____ _____ HE COULD NOT DO
_____ _____ _____ _____ _____ ARE NOT SURE _____ _____
_____ _____ _____

_____ _____ EVENING DOSE THREE _____ _____ _____
_____ _____ TOOK A SHOWER FROM 2:00AM _____ _____
_____ _____ AND ALL _____ _____ 9:30AM _____ _____ _____
MEDICATION TOOK _____ _____ _____ FROM 2:30 TO 3:30
RECEIVED P.M. _____ _____ AT 3:3 _____ _____
P.M. _____ _____ _____ 7:30 PM.

August 12, 2009 NOT A TERRIBLE NIGHT. ONLY GOT UP TWICE TO SIT UP. RECEIVED PAIN, RECEIVED PAIN MEDICATION AT 7:45 AM. ALSO RECEIVED PAIN MEDICATION AT 12:15 PM. TOOK A HOT SHOWER FROM 1:30 PM TO 2:15 PM. RECEIVED ... PAIN MEDICATION AT 5:30 PM. ... AS IS THE NEW PROCEDURE GIVEN ... THE NURSES WITH ... BEING DURING THE DAY, ... THE PAIN IS UNBEARABLE. ONLY ... RECEIVED PAIN MEDICATION ... 7:30 PM

August 13, 2009 NIGHT ... AT ... PAIN MEDICATION AT 7:45 AM. RECEIVED ... PAIN AT 12:30 PM. TOOK A HOT SHOWER ... FROM 3:00 PM. RECEIVED PAIN MEDICATION AT ... ADDED ... BACK TO THE ABOUT MY ... CONDITION. NO ONE CAME TO SEE ME. AS OF 6:30 PM RECEIVED LAST PAIN MEDICATION AT 9:00 PM

August 15, 2009 HAD A BAD NIGHT. PAIN LEVEL WAS AT 10, STAYED AWAKE MOST OF THE NIGHT DUE TO INTENSE PAIN. RECEIVED PAIN MEDICATION AT 6:45 AM. TOOK A HOT SHOWER FROM 8:30 TO 9:00 AM ... PAIN ... AT 12:00 PM. PAIN ... REMAINS AT 10. I DON'T UNDERSTAND WHEN I AM TELLING ... AND ASK ITS BACK TO THE UNBEARABLE PAIN ... THATS BECAUSE NOTHING ... EVERY DAY STILL HASN'T SPOKEN TO DOCTOR ... NEED ... RECEIVED PAIN MEDICATION 6:30 PM AND AGAIN AT 9:00 PM.

August 20, 2009 PAIN IS ... AT 7 ... (3 ... FOOT, 80 ... MINUTES ...

AUGUST 20, 2009 [illegible] RECIEVED PAIN [illegible] [illegible]
11:30 AM, [illegible] [illegible] SHOWER FROM [illegible] 11:00 AM TO
12:00 AM, RECIEVED PAIN [illegible] [illegible] AT 12:30 PM
TOOK A SHOWER, [illegible] FROM 8:00 PM TO 8:40 PM
RECIEVED PAIN MEDICATION AT 5:30 PM. [illegible] AGAIN
AT 9:00 AM.

AUGUST 21, 2009 WOKE UP (7) SEVEN TIMES DUE TO
INTENSE PAIN, GOT UP AND [illegible] [illegible] [illegible] UP
10 (00) TWENTY MINUTES EACH [illegible]. A BED ALARM
RECIEVE'D PAIN MEDICATION AT 8:00 AM, SPOKE
TO THE WARDEN [illegible] MY SITUATION, HOW THE ADW
SPOKE TO ME [illegible] DAYS AGO, AND SAID THAT HE
WOULD SEND GEORGE TO SPEAK TO ME AND AS OF YET
I HAVE NOT SPOKEN TO HIM, ALSO TOLD THE WARDEN
THAT THE PREVIOUS WEDNESDAY I SAW A NEUROLOGIST FOR
MY CONDITION AND WAS TOLD THAT MY PROBLEM WASN'T
A BACK PROBLEM, FOR THE LAST (7) SEVEN MONTHS I'VE
BEEN TREATED FOR A BACK PROBLEM, SO I'VE BEEN
TREATED WRONGLY FOR THE LAST SEVEN MONTHS, I TOLD
THE WARDEN THAT I NEEDED HELP, TOLD HER THAT THE
MEDICATION I RECIEVE WORKS SOMETIMES FOR 30
MINUTES, THEN NOTHING, TOLD HER THAT I'VE ASKED
MEDICAL STAFF TO EITHER INCREASE MY DOSAGE OR
PLACE ME ON A STRONGER PAIN MEDICATION, AS
YET, MEDICAL STAFF HAS DENIED MY REQUESTS,
RECIEVED PAIN MEDICATION AT 11:30 AM, [illegible] [illegible]
SHOWER FROM [illegible] [illegible] [illegible] [illegible] [illegible]
MEDICATION [illegible] [illegible], RECIEVED [illegible] PAIN
MEDICATION AT [illegible].

[illegible] AS [illegible] [illegible] A RESULTANT, [illegible] IS NOT [illegible]
FROM [illegible] AM TO 9:40 [illegible] RECIEVED [illegible] [illegible] [illegible]
AT [illegible] 00 PM, RECIEVED PAIN MEDICATION AT 5:00 PM,
TOOK A [illegible] SHOWER FOR [illegible] AT 9:00 PM [illegible]

- August 22, 2009 ...... ...... ...... medication ... 5:30 PM. Also received ... pain medication ... 9:30 PM.

- August 23, 2009 only woke 5 five times last night, spent 30 minutes ...... each time, its been over two months now that ive been unable to walk ...... pain, still haven't seen a doctor. Also spoke to warden and counselor about my condition ...... and still not seen anyone. Received pain medication ... 9:00 AM, also at 12:30 PM and 5:30 PM. Received last pain medication at 7:00 PM, took only two not enough today for the pain in my leg.

- August 24, 2009 in ...... too much pain, ...... ...... ...... 9:00 AM, took ...... medication 12:00 pm to 12:30 pm received pain medication ... ...... ...... ...... 9:00 pm, received pain medication at 5:30 PM ...... ...... ...... ...... to sleep, praying to be able to sleep, every day for me ...... my leg ...... ...... ...... I believe ...... started to ...... I get no relief from this ...... ...... ...... no ...... ...... ...... ...... ...... to be with ...... ...... ...... ...... I need ...... out ...... ...... I need ...... ...... ...... 9:00 pm

- August 25, 2009 ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ...... ......

August 28, 2009 ... TIRED ... PAIN IN THE NIGHT ... my ability to deal with the ... every day ... just to get some type of relief, my ... right leg doesn't want to decrease pain. But my issue is unbearable. Received pain medication at 7:30 AM, took a hot shower from 9:30 to 10:30 AM. Try to reduce taking showers, I had to stand on one leg and not get it ... but to get relief ... while ... my leg starts ... and ... pain level is ranging from 8 or 9 to a 4 or 5, ... to reduce ... with the Commander. I have to ask about ... to the Warden again about my condition, I ... need help to speak to someone in medical to change my medication. Her response was she would check into it, but did. didn't even stop at my door. I still have to see George who is head of medical. But ... Received pain medication at 12:15 P.M. Received pain medication at 3:30 P.M. Received pain medication at 9:00 P.M.

August 29, 2009 last night was terrible, pain level was at 10+, no sleep up all night screaming and yelling, took a hot shower from 12:30 AM to 1:30 AM, massaged my leg for about 2½ hours. Really bad night. Received pain medication at 8:45 AM. Took a hot shower from 10:00 AM to 11:00 AM. Leg is really bad today, every movement of my leg causes me to yell and scream in pain, cried for a short while, pain is unbearable. Received pain medication at 9:00 AM. Took another hot shower from 10:00 AM to 11:00 AM. Received pain medication at 12:00 PM. Massaged my right leg from 12:30 to 1:30 PM, leg is in extreme pain. Received pain medication at 5:15 P.M. Massaged my leg again from 5:30 PM to 6:00 PM. Received last pain medication at 7:15 PM.

→ SEPTEMBER 01, 2009, GOT UP (8) EIGHT TIMES DURING THE NIGHT, MASSAGED MY LEG EACH TIME FOR ABOUT 20 MINUTES, IN THE MORNING AT 6:30AM I WAS TOLD THAT I WAS BEING TRANSFERRED, I EXPLAINED THAT I COULD NOT WALK, AND THAT IT WOULD BE IMPOSSIBLE FOR ME TO GO UP THE STEPS TO THE PLAIN, THEY RESPONDED THAT MEDICAL HAD CLEARED ME MEDICALLY TO TRANSFER, RECIEVED DAIN MEDICATION AT 7:00 AM, WAS TAKED TO R&D, STRIPPED OUT, DRESSED OUT AND STRAPPED IN A CHAIR AND ROLLED OUT TO A VAN. WAS LIFTED UP INTO THE VAN BY C.O/ STAFF. UPON ARRIVAL AT THE AIRPORT WAS LIFTED OUT OF VAN, BUT U.S. MARSHALLS INFORMED ME THAT IF I COULD NOT WALK UP THE STAIRS, THAT I WOULD NOT BE TRANSPORTED. I WAS UNABLE TO TAKE ONE STEP WITHOUT ASSISTANCE, SO I WAS REFUSED TO BE TRANSPORTED, MEDICAL STAFF WAS TOLD THIS BEFORE I LEFT COLEMAN FCC-LOW, THEY INSISTED THAT THERE WAS NO MEDICAL REASON FOR ME NOT TO BE TRANSPORTED, WAS LIFTED BACK INTO THE VAN AND BROUGHT BACK TO COLEMAN - COMPLEX, FCC LOW STATED THEY DID NOT WANT ME RETURNED TO THAT INSTITUTION, I WAS TAKEN TO USP 1 COLEMAN, ARRIVED AT 3:00P.M, TAKEN TO SHU, DID NOT SEE ANY MEDICAL STAFF, THOUGH I INFORMED THEM THAT I NEEDED MY DAIN MEDICATION, WAS PLACED IN CELL # A RUN CELL #111 AT 8:00P.M, DID NO CNE FROM MEDICAL, WENT WITHOUT MY MEDICATION SINCE 12:00PM AT THE AIRPORT.

→ SEPTEMBER 02, 2009 UP (9) NINE TIMES DURING THE NIGHT, INTENSE DAIN IN RIGHT LEG ALL NIGHT, COULD NOT SLEEP. IN THE MORNING I INFORMED CO/STAFF THAT I NEEDED TO SEE MEDICAL ABOUT RECIEVING MY MEDICATION, SAW A PA ABOUT

SEPTEMBER 02, 2009 (CON'T) 10:00AM, EXPLAINED MY
SITUATION TO HIM AND HE TOLD ME HE WOULD
CHECK THE COMPUTER. HE INFORMED ME THAT THEY
HAD NO REFERENCE TO MY SITUATION, IT WAS
LATER CONFIRMED AND I WAS SEEN BY DR. TIPTON
AT ABOUT 12:00PM, THE 1:00PM THIS MAN EXPLAINED
TO ME IN COMPLETE DETAIL ABOUT MY M.R.I. AND
WHAT HE WOULD INITIATE ON MY BEHALF, HE TOLD
ME THAT HE WOULD CONTACT MR. NEGRON, DIRECTOR
OF MEDICAL AT COLEMAN COMPLEX, HE ALSO STATED
THAT THEY COULD NOT GIVE ME PAIN MEDICATION
(4) FOUR TIMES PER DAY, BUT THAT HE WOULD
INCREASE MY PAIN MEDICATION FROM (2) TABLETS
TO (3) THREE, TWICE A DAY ALSO HE WAS GOING
TO RECOMMEND ANOTHER PAIN MEDICATION TO BE
GIVEN. ALSO TO TRY TO SET UP AN APPOINTMENT TO
SEE A SPECIALIST ABOUT MY MEDICAL CONDITION!
RECIEVED PAIN MEDICATION AT 4:45 PM, FIRST PAIN
MEDICATION IN 29 HOURS.
SEPTEMBER 03, 2009 WAS UP (8) EIGHT TIMES,
MASSAGED MY LEG FOR ABOUT 20 MINUTE(S) EACH
TIME, RECIEVED PAIN MEDICATION AT 5:30 AM,
WAS TOLD THAT I MIGHT RECIEVE THE REST OF
MY MEDICATION TONIGHT WHEN I RECIEVE MY PAIN
MEDICATION!
SEPTEMBER 04, 2009 WAS UP (6) SIX TIMES, IXT TWO BPD
TE: AMITRIPYLINE HELPS ME SLEEP, AND I'M ALSO ON THE
OTHER NEW PAIN MEDICATION, PLUS THE I.B. PROFEN 400,
RECIEVED PAIN MEDICATION AT 5:30 AM, I TAKE ONE
FLUOXETINE 20MG AND IB PROFEN ABOUT NOONAM,
I CAN NO LONGER TAKE HOT SHOWERS FOR THE SHOWERS
AT THIS FACILITY BARELY PUT WATER OUT. RECIEVED PAIN
MEDICATION AT 4:15 PM.

SEPTEMBER 05, 2009 WAS UP (6) SIX TIMES, MASSAGED MY LEG FOR ABOUT 20 MINUTES, THIS SEEMS TO RELAX MY LEG ENOUGH SO THAT I CAN LAY DOWN AGAIN. MY PAIN MEDICATION CAME AT APPROXIMATELY 9:00AM, AND I TRIED TO SAVE IT FOR A LATER TIME BUT THE NURSE TOOK IT BACK, SO I WENT WITHOUT. ENTIRELY MY FAULT. RECIEVED PAIN MEDICATION AT 4:15 PM. IT SEEMS AS IF I SUFFER MORE BECAUSE I RECIEVE MY MEDICATION SO FAR APART, AND WHAT I RECIEVE AT 5:30AM, AS SOON AS I TAKE IT I GO RIGHT BACK TO SLEEP SO I MISS ITS EFFECTS.

SEPTEMBER 06, 2009 WAS UP (6) SIX TIMES, MASSAGED LEG FOR 20 MINUTES EACH TIME. RECIEVED MEDICATION AT 9:00 AM. PAIN WAS AT LEVEL 4 OR 5 FOR LAST COUPLE OF DAYS BUT YESTERDAY AND TODAY BACK UP TO 8 AND 9. DONT KNOW WHY. RECIEVED PAIN MEDICATION AT 3:45 PM. MASSAGED LEG THROUGHOUT THE DAY.

SEPTEMBER 07, 2009 WAS UP (7) SEVEN TIMES, PAIN LEVEL BACK UP TO 8 AND 9. MASSAGED LEG 20 MINUTES EACH TIME. RECIEVED PAIN MEDICATION AT 9:30 AM, MASSAGED MY LEG THROUGHOUT THE DAY. RECIEVED PAIN MEDICATION AT 3:30 PM

SEPTEMBER 08, 2009, WAS UP ONLY (5) FIVE TIMES LAST NIGHT, MASSAGED MY LEG FOR 20 MINUTES EACH TIME, LEG FEELS BETTER AS LONG AS I'M STATIONARY, BUT ONCE I MOVE, SAME OLD PAIN, HOPEFULLY NEW MEDICATION IS WORKING, I BELIEVE IT IS. RECIEVED PAIN MEDICATION AT 6:30 AM, WAS ALSO TOLD THAT DR. NEGRON APPROVED NEW MEDICATION. ALSO NEW MRI AND CAT SCANS TO BE TAKEN!

SEPTEMBER 09, 2009 WAS UP (5) FIVE TIMES DURING THE NIGHT, MASSAGED MY LEG 20 MINUTES EACH TIME, RECIEVED PAIN MEDICATION AT 6:15 AM.

→ SEPTEMBER 10, 2009 WAS UP only 5 TIMES, BUT MY LEG WAS IN
BAD PAIN MASSAGED LEG FOR 20 MINUTES EACH TIME,
RECIEVED PAIN MEDICATION AT 6:30 AM. ALSO SIGNED
FOR NEW MEDICATION, I BELIEVE PROZAC. PAIN LEVEL
DURING THE DAY WAS OF 8 OR 9 RECIEVED PAIN
MEDICATION AT 4:30 P.M.

→ SEPTEMBER 11, 2009 WAS UP only (4) FOUR TIMES LAST
NIGHT, SAME ROUTINE, 20 MINUTES MASSAGING MY LEG
SO I CAN LAY BACK DOWN, RECIEVED PAIN MEDICATION
ABOUT 9:00 AM, ALSO RECIEVED NEW MEDICATION TODAY,
SUPPOSEDLY TO RECIECE CRAMPS IN MY BACK, PAIN
LEVEL STAYS AT ABOUT 3 OR 4 IF I DONT MOVE, IF I
MOVE ITS GOES UP TO ABOUT 8 OR 9, RECIEVED PAIN
MEDICATION AT 4:00 P.M. WAS TOLD BY P.A. THAT I WOULD
NO LONGER RECIEVE THREE PAIN PILLS TWICE A DAY
BUT TWO THREE TIMES A DAY.

→ SEPTEMBER 12 2009 WAS UP (6) SIX TIMES LAST NIGHT
MASSAGED LEG 20 MINUTES EACH TIME, RECIEVED PAIN
MEDICATION AT 8:30 AM, PAIN LEVEL AT A 6 OR 7,
IT REALLY BOTHERS ME FOR SOME REASON THE LAST COUPLE
OF DAYS, RECIEVED PAIN MEDICATION AT 4:00 P.M.

→ SEPTEMBER 13, 2009 WAS UP (6) SIX TIMES, MASSAGED
MY LEG 20 MINUTES EACH TIME, PAIN LEVEL AT 8 OR 9,
I DONT UNDERSTAND WHY IT FEELS GOOD FOR A COUPLE
OF DAYS THEN IT GETS REAL BAD. RECIEVED PAIN
MEDICATION AT 8:30 AM. RECIEVED PAIN MEDICATION
AT 4:30 P.M

→ SEPTEMBER 14, 2009 WAS UP ONLY (4) FOUR TIMES LAST
NIGHT BUT THE PAIN WAS REAL BAD, MASSAGED MY LEG
FOR 30 MINUTES EACH TIME, RECIEVED PAIN MEDICATION
AT 6:30 AM. SPOKE TO P.A. NOGOLLO ABOUT THE CHANGING OF
MY PAIN MEDICATION FROM TWICE A DAY TO THREE TIMES A
DAY, HE SAID HE WOULD CHECK ON IT, NEVER HEARD BACK

SEPTEMBER 14, 2009 (cont) FROM HIM, RECIEVED PAIN
MEDICATION AT 4:30 P.M ALSO SPOKE TO THE PA
AT THAT TIME ABOUT THE REDUCTION OF MY PAIN
MEDICATION, AND HOW I WAS TOLD THAT I WOULD
RECIEVE IT THREE TIMES A DAY INSTEAD OF
TWO, HE SAID HE WOULD CHECK ON IT.

SEPTEMBER 15, 2009 WAS UP ONLY (4) FOUR TIMES
LAST NIGHT, MASSAGED LEG FOR 20 MINUTES
EACH TIME, RECIEVED PAIN MEDICATION AT 6:30
A.M. SPOKE TO PA MOGOLLO AND HE SAID HE
DIDN'T SPEAK TO THE DOCTOR BECAUSE HE
DIDN'T COME IN, THE NEW MEDICATION IS
WORKING BETTER, I'M STARTING TO FEEL LESS
PAIN, ALSO STARTING TO EXERCISE LEG A
LITTLE, JUST 10 SQUATS USING DESK AND BED
TO LIFT MYSELF UP, OTHERWISE CAN'T DO I.
STILL CAN'T WALK WITHOUT HELP, RECIEVED
PAIN MEDICATION AT 4:30, PA TOLD ME
THAT THE ORDER FROM 3 TO 2 WAS AN
ERROR AND THAT ITS BEEN PUT BACK
UP TO 3 TWICE A DAY.

SEPTEMBER 16, 2009 WAS UP (6) SIX TIMES LAST
NIGHT, MASSAGED MY LEG FOR 20 MINUTES EACH TIME,
EVERY TIME I GET UP NOW I DO 10 SQUATS FOR
MY LEG, THE NEW MEDICATION ALLOWS ME THIS
PRIVILEDGE, THOUGH IT HURTS, ITS AN
IMPROVEMENT OVER THE LAST 7 MONTHS STILL
UNABLE TO LIFT MY LEG BY MYSELF OR WALK BY
MYSELF. RECIEVED PAIN MEDICATION AT 6:30 A.M.

SEPTEMBER 17, 2009 WAS UP (6) SIX TIMES LAST NIGHT, MASSAGED
LEG FOR 20 MINUTES EACH TIME, RECIEVED PAIN MEDICATION AT
6:30 AM, LEG WAS SORE I BELIEVE FROM EXERCISE, HARD
TO MOVE IT TODAY, BUT FORCED MYSELF TO CONTINUE

SEPTEMBER 17, 2007 (CONT) TO EXERCISE IT EVERYTIME I GET UP, THE NEW MEDICATION AND HIGHER DOSE HAS MY PAIN LEVEL WAY DOWN, I BELIEVE THERE'S HOPE DOWN IN THE ROAD NOW, WHEREAS 2½ WEEKS AGO I HAD NO HOPE, EVEN THOUGH I STILL CAN'T WALK BY MYSELF OR LIFT MY LEG UP BY MYSELF, I STILL HAVE POSITIVE HOPE NOW, RECIEVED PAIN MEDICATION AT 4:15 AM

SEPTEMBER 18, 2009 WAS UP (5) FIVE TIMES, MASSAGED MY LEG 20 MINUTES EACH TIME, THE TIME PERIOD BETWEEN 8:00 PM AND 7:00AM ARE THE WORST, ITS WHEN I DON'T HAVE ANY MEDICATION ACCEPT IBUPROFEN, 2 400 mg TABLETS, WHICH DOESN'T HELP MUCH, CAN BARELY MOVE MY LEG, RECIEVED PAIN MEDICATION AT 8:00AM, RECIEVED PAIN MEDICATION AT 4:00 PM,

SEPTEMBER 19, 2009 WAS UP (6) SIX TIMES LAST NIGHT, MASSAGED MY LEG FOR 20 MINUTES EACH TIME, PAIN LEVEL WAS AT 8 OR 9, REALLY BAD, RECIEVED PAIN MEDICATION AT 9:00 AM, RECIEVED LAST PAIN MEDICATION AT 4:00PM, MASSAGED LEG THROUGHOUT THE DAY, FOR SOME REASON I STAYED AT A PAIN LEVEL OF 5 OR 6 ALL DAY,

SEPTEMBER 20, 2009 WAS UP (6) SIX TIMES LAST NIGHT PAIN LEVEL WAS AT 8 AND 9 ALL NIGHT, I'M JUST SO TIRED OF THIS MASSAGED MY LEG FOR 20 MINUTES EACH TIME) MASSAGING MY LEG HELPS ALOT, IT ALLOWS ME TIME TO GET BACK TO SLEEP FOR ABOUT 45 MINUTES TO AN HOUR, RECIEVED PAIN MEDICATION AT 8:30AM, RECIEVED PAIN MEDICATION AT 4:00 P.M,

SEPTEMBER 21, 2009 WAS UP (5) FIVE TIMES LAST NIGHT MASSAGED MY LEG FOR 20 MINUTES EACH TIME, RECIEVED PAIN MEDICATION AT 6:30 AM, WAS CALLED TO SEE PA. MUGULO AT 10:00AM, HE TOOK BLOOD, MY BLOOD PRESSURE

→ SEPTEMBER 21, 2009 (CONT) AND EKG, HE HAD A READING OF 184 OVER 79 THATS WHY HE TOOK THE EKG, HE SPOKE WITH A DR. THE EKG READ THAT ALL WAS NORMAL, RECIEVED PAIN MEDICATION AT 4:00 AM, STILL HAVING DIZZY SPELLS WHEN I GET UP EVERY NOW AND THEN.

→ SEPTEMBER 22, 2009 WAS UP ONLY (2) TWICE LAST NIGHT, TOOK MY AMITRYPICENE CATE AND IT KEPT ME ASLEEP ALMOST ALL NIGHT, MASSAGED MY LEG 20 MINUTES EACH TIME, RECIEVED MY PAIN MEDICATION AT 6:30 AM, RECIEVED MY PAIN MEDICATION AT 4:00 P.M.

→ SEPTEMBER 23, 2009 WAS UP ONLY (4) FOUR TIMES, MASSAGED MY LEG FOR 20 MINUTES EACH TIME, RECIEVED PAIN MEDICATION AT 6:30 AM, EXERCISED MY LEG THROUGHOUT THE DAY, NOT MUCH DUE TO PAIN, BUT I NEED TO START, AND SINCE I'VE BEEN ON THIS NEW MEDICATION STARTED BY DR. TIPTON I'VE FELT WELL ENOUGH TO BEGIN, RECIEVED PAIN MEDICATION AT 4:00 P.M.

→ SEPTEMBER 24, 2009 WAS UP (6) SIX TIMES LAST NIGHT, LEG WAS IN A LOT OF PAIN, HAVEN'T FELT THAT MUCH PAIN SINCE I LEFT THE LOW FACILITY, I BELIEVE IT WAS FROM THE EXERCISE AND ALSO BECAUSE I ASKED P.A. MOGOLLO TO ASK DR. TIPTON TO CEASE GIVING ME THE AMITRILENE MEDICATION, MASSAGED LEG FOR 20 MINUTES EACH TIME, RECIEVED PAIN MEDICATION AT 7:30 AM. AFTER I RECIEVED PAIN MEDICATION MY PAIN LEVEL STAYED AT PROBABLY 4 HRS, NOT BAD BUT NOT AS GOOD AS ITS BEEN, PROBABLY DUE TO EXERCISE AND NOT TAKING THE AMITRILENE, RECIEVED PAIN MEDICATION AT 4:00 P.M.

SEPTEMBER 26, 2009 WAS UP (6) SIX TIMES, MASSAGED LEG 20 MINUTES EACH TIME, RECIEVED PAIN MEDICATION AT 8:30 AM, MASSAGED LEG THROUGHOUT THE DAY, FOR SOME REASON PAIN WAS A LITTLE HIGHER THAN NORMALLY, RECIEVED PAIN MEDICATION AT 4:00 PM.

SEPTEMBER 27, 2009 WAS UP (4) SIX TIMES LAST NIGHT, MASSAGED LEG FOR 20 MINUTES EACH TIME, RECIEVED PAIN MEDICATION AT 8:00 AM, ALSO HAD ANOTHER MRI DONE AT 10:30 AM, CAME BACK AT 11:30 AM RECIEVED PAIN MEDICATION AT 5:30 P.M.

SEPTEMBER 28, 2009 WAS UP (5) five times, massaged leg 20 minutes each time, recieved pain medication at 6:30 am, massaged leg throughout the day recieved pain medication at 4:00 P.M.

SEPTEMBER 29, 2009 WAS UP (4) four times MASSAGED LEG FOR 20 MINUTES EACH TIME, LEG PAIN FEELS BETTER, BUT LEG IS STILL UNABLE TO LIFT BY ITSELF, RECIEVED PAIN MEDICATION AT 7:00 AM. I CONTINUE TO EXCERCISE MY LEG A LITTLE BIT EACH TIME I GET UP, I STRETCH IT A LITTLE AND RECIEVED PAIN MEDICATION AT 4:00 P.M

SEPTEMBER 30, 2009 WAS UP (5) FIVE TIMES
LAST NIGHT, MASSAGED MY LEG FOR 00 MINUTES
EACH TIME, RECIEVED PAIN MEDICATION AT
6:30AM MASSAGED LEG THROUGHOUT THE
DAY, LIGHT EXERCISE, RECIEVED PAIN MEDICATION
AT 4:15 PM., ITS BEEN ONE MONTH SINCE
I'VE BEEN BACK HERE AT USP 1, THE
DIFFERENCE IN MY MEDICAL CONDITION IS
ENORMOUS, SINCE I'VE BEEN PUT ON THE
RIGHT MEDICATION AND RIGHT DOSAGE MY
PAIN LEVEL HAS GONE DOWN TO A 2OR3
NO MORE YELLING OR SCREAMING OR
CRYING, DON'T NEED NO MORE SHOTS,
AND FINALLY GETTING A LITTLE MOVEMENT
IN MY LEG. UNBELIEVABLE DIFFERENCE!
I CREDIT THIS TO DR. TIDTON AND HIS
EFFORTS ON MY BEHALF.
OCTOBER 1, 2009 WAS UP ONLY (3) THREE
TIMES LAST NIGHT, TOOK MY ALLAUIL AT 8:00PM.
MASSAGED MY LEG FOR 00 MINUTES EACH TIME,
PAIN LEVEL IS AT A 2OR3 MOST OF THE TIME
NOW THAT I'M GETTING PROPER MEDICAL
TREATMENT, RECIEVED PAIN MEDICATION AT
6:30AM, RECIEVED PAIN MEDICATION AT
4:15 PM

→ OCTOBER 02 2009 WAS UP ③ THREE TIMES
LAST NIGHT, MASSAGED LEG FOR 15 MINUTES
EACH TIME, PAIN LEVEL AT 3, A GREAT TURN
AROUND NOW THAT I'M TAKING THE CORRECT
MEDICATION, ITS UNBELIEVABLE, RECIEVED
PAIN MEDICATION AT 6:30 AM, MASSAGED
MY LEG THROUGHOUT THE DAY, VERY LITTLE
DISCOMFORT, EXCEPT WHEN I MOVE IT WRONG,
THEN THE PAIN SHOUTS UP TO 8 OR 9, JUST
TO REMIND ME, THAT ITS STILL THERE.
RECIEVED PAIN MEDICATION AT.

→ OCTOBER 03, 2009 WAS UP ONLY ③ THREE
TIMES LAST NIGHT, MASSAGED LEG, FOR 15
MINUTES EACH TIMES, PAIN LEVEL STAYS AT
ABOUT A 3, BUT IT ALWAYS HURTS TO MOVE IT
RECIEVED PAIN MEDICATION AT 7:30 AM.
MASSAGED LEG THROUGHOUT THE DAY FOR SOME
REASON THE PAIN SEEMS MORE SEVERE WHEN
I MOVE MY LEG, RECIEVED PAIN MEDICATION
AT 5:30 P.M.

→ OCTOBER 04, 2009 WAS UP ONLY ③ TIMES
LAST NIGHT, MASSAGED LEG ONLY FOR 15
MINUTES EACH TIME, RECIEVED PAIN MEDICATION
AT 9:00 AM, MASSAGED LEG THROUGHOUT
THE DAY, FOR SOME REASON PAIN LEVEL