# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**ROBERT LEE HERNANDEZ,**

                **Plaintiff,**

-vs-                                            Case No. 5:11-cv-370-Oc-17TBM

**UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS,**

                **Defendant.**

_____

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a **Track One** Case. All parties must meet any requirements established in Local Rule 3.05 for cases designated as track one. Plaintiff is responsible for serving a copy of this notice on all other parties.

                                        SHERYL L. LOESCH, CLERK

                                        *Maurya McSheehy*

Date: June 24, 2011                By:   Deputy Clerk

Distribution:
    -Copies to plaintiff(s) [including habeas petitioner(s), bankruptcy appellants(s), and removing defendant(s)]