
AO 240 (Rev. 10/03)

FILED

2011 JUL 14 AM 10:41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **FLORIDA**

OCALA DIVISION:

"ROBERT LEE HERNANDEZ,
Plaintiff

V.

The UNITED STATES OF AMERICA, U.S. DEPT.
OF JUSTICE, FEDERAL BUREAU OF PRISON'S
Dr. Davila, & H.S.A. Mr. Georgy
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 5:11-cv-370-Oc-17TBM

I, "ROBERT LEE HERNANDEZ", (c) 1956, _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  F.C.I. Butner One, Butner, N.C. [27509]

    Are you employed at the institution? Yes    Do you receive any payment from the institution? Yes

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $7.50 Per Month

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. None

I declare under penalty of perjury that the above information is true and correct.

June 29, 2011 C.E.   "Robert Lee, Family of Hernandez",  _[signature]_
Date                                          Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## All Transactions

| | | | |
|---|---|---|---|
| Inmate Reg #: | 14693208 | Current Institution: | Butner FCC |
| Inmate Name: | HERNANDEZ, ROBERT | Housing Unit: | BUT-G-A |
| Report Date: | 07/07/2011 | Living Quarters: | G03-001L |
| Report Time: | 10:06:03 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/19/2011 1:50:59 PM | Phone Withdrawal | ($3.00) | TFN0619 | | $0.71 |
| 6/13/2011 5:30:09 PM | Sales - Fingerprint | ($12.60) | 47 | | $3.71 |
| 6/10/2011 2:49:10 PM | Phone Withdrawal | ($5.00) | TFN0610 | | $16.31 |
| 6/10/2011 7:46:51 AM | FRP Quarterly Pymt | $0.00 | KFRP0611 | | $21.31 |
| 6/10/2011 7:43:18 AM | Payroll - IPP | $7.20 | KIPP0511 | | $21.31 |
| 6/10/2011 7:43:17 AM | Payroll - IPP | $13.65 | KIPP0511 | | $14.11 |
| 6/3/2011 3:47:34 PM | Phone Withdrawal | ($3.00) | TFN0603 | | $0.46 |
| 5/31/2011 6:39:10 PM | Sales - Fingerprint | ($34.90) | 100 | | $3.46 |
| 5/30/2011 7:35:01 PM | Phone Withdrawal | ($5.00) | TFN0530 | | $38.36 |
| 5/26/2011 5:04:13 PM | Western Union | $40.00 | 33317011 | | $43.36 |
| 5/24/2011 7:07:30 AM | TRUL Withdrawal | ($2.00) | TL0524 | | $3.36 |
| 5/19/2011 5:56:39 PM | Phone Withdrawal | ($4.00) | TFN0519 | | $5.36 |
| 5/16/2011 5:19:37 PM | Sales - Fingerprint | ($13.00) | 52 | | $9.36 |
| 5/9/2011 10:47:14 AM | Payroll - IPP | $7.80 | KIPP0411 | | $22.36 |
| 5/9/2011 10:47:13 AM | Payroll - IPP | $7.35 | KIPP0411 | | $14.56 |
| 5/3/2011 7:27:03 AM | Phone Withdrawal | ($5.00) | TFN0503 | | $7.21 |
| 4/18/2011 5:38:10 PM | Sales - Fingerprint | ($24.47) | 54 | | $12.21 |
| 4/11/2011 2:09:14 PM | Sales - Fingerprint | ($18.25) | 48 | | $36.68 |
| 4/9/2011 6:56:22 AM | Phone Withdrawal | ($10.00) | TFN0409 | | $54.93 |
| 4/9/2011 6:32:39 AM | TRUL Withdrawal | ($5.00) | TL0409 | | $64.93 |
| 4/8/2011 8:54:49 AM | Payroll - IPP | $12.00 | KIPP0311 | | $69.93 |
| 4/8/2011 8:54:48 AM | Payroll - IPP | $16.95 | KIPP0311 | | $57.93 |
| 4/6/2011 8:04:48 PM | Western Union | $40.00 | 33313411 | | $40.98 |
| 3/31/2011 3:15:10 PM | Phone Withdrawal | ($3.00) | TFN0331 | | $0.98 |
| 3/31/2011 1:31:10 PM | Sales - No FP (Non-FP Session) | ($36.60) | 34 | | $3.98 |
| 3/26/2011 2:20:52 PM | Phone Withdrawal | ($2.00) | TFN0326 | | $40.58 |
| 3/23/2011 7:43:56 PM | TRUL Withdrawal | ($2.00) | TL0323 | | $42.58 |
| 3/23/2011 9:58:54 AM | Payroll - IPP | $3.90 | KIPP0311 | | $44.58 |
| 3/19/2011 5:50:16 PM | Phone Withdrawal | ($5.00) | TFN0319 | | $40.68 |
| 3/17/2011 12:51:55 PM | Sales - Fingerprint | ($12.40) | 7 | | $45.68 |
| 3/16/2011 9:04:35 PM | Western Union | $43.00 | 33311911 | | $58.08 |
| 3/8/2011 11:21:04 AM | Phone Withdrawal | ($5.00) | TFN0308 | | $15.08 |
| 3/7/2011 8:20:54 AM | FRP Quarterly Pymt | $0.00 | KFRP0311 | | $20.08 |
| 3/7/2011 7:57:28 AM | Payroll - IPP | $5.25 | KIPP0211 | | $20.08 |
| 3/7/2011 7:57:27 AM | Payroll - IPP | $7.80 | KIPP0211 | | $14.83 |
| 3/3/2011 12:31:47 PM | Sales - Fingerprint | ($39.03) | 2 | | $7.03 |
| 2/18/2011 1:53:51 PM | Govt Doc Required | $39.70 | 2905-V | | $46.06 |
| 2/10/2011 6:22:59 PM | Govt Doc Required | ($39.70) | 4283 | 2905 | $6.36 |
| 2/10/2011 6:22:59 PM | BP 199 Request - Released | $39.70 | 4283 | | |
| 2/7/2011 7:01:25 AM | Payroll - IPP | $5.25 | KIPP0111 | | $46.06 |
| 2/3/2011 1:03:01 PM | Sales - No FP (Non-FP Institution) | ($49.54) | 20 | | $40.81 |
| 2/2/2011 11:26:10 AM | Phone Withdrawal | ($8.00) | TFN0202 | | $90.35 |
| 2/2/2011 10:21:52 AM | TRUL Withdrawal | ($2.00) | TL0202 | | $98.35 |
| 2/2/2011 10:21:11 AM | BP 199 Request | ($39.70) | 4283 | | |
| 2/1/2011 10:05:17 PM | Western Union | $90.00 | 33308811 | | $100.35 |
| 1/21/2011 7:10:10 AM | Phone Withdrawal | ($6.00) | TFN0121 | | $10.35 |
| 1/20/2011 6:50:36 PM | Sales - No FP (Non-FP Institution) | ($29.60) | 106 | | $16.35 |
| 1/18/2011 9:05:51 PM | Western Union | $35.00 | 33307811 | | $45.95 |
| 1/13/2011 1:14:24 PM | Sales - No FP (Non-FP Institution) | ($14.60) | 23 | | $10.95 |
| 1/9/2011 7:02:45 AM | Phone Withdrawal | ($5.00) | TFN0109 | | $25.55 |

1 2



| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/19/2011 1:50:59 PM | Phone Withdrawal | ($3.00) | TFN0619 | | $0.71 |
| 6/13/2011 5:30:09 PM | Sales - Fingerprint | ($12.60) | 47 | | $3.71 |
| 6/10/2011 2:49:10 PM | Phone Withdrawal | ($5.00) | TFN0610 | | $16.31 |
| 6/10/2011 7:46:51 AM | FRP Quarterly Pymt | $0.00 | KFRP0611 | | $21.31 |
| 6/10/2011 7:43:18 AM | Payroll - IPP | $7.20 | KIPP0511 | | $21.31 |
| 6/10/2011 7:43:17 AM | Payroll - IPP | $13.65 | KIPP0511 | | $14.11 |
| 6/3/2011 3:47:34 PM | Phone Withdrawal | ($3.00) | TFN0603 | | $0.46 |
| 5/31/2011 6:39:10 PM | Sales - Fingerprint | ($34.90) | 100 | | $3.46 |
| 5/30/2011 7:35:01 PM | Phone Withdrawal | ($5.00) | TFN0530 | | $38.36 |
| 5/26/2011 5:04:13 PM | Western Union | $40.00 | 33317011 | | $43.36 |
| 5/24/2011 7:07:30 AM | TRUL Withdrawal | ($2.00) | TL0524 | | $3.36 |
| 5/19/2011 5:56:39 PM | Phone Withdrawal | ($4.00) | TFN0519 | | $5.36 |
| 5/16/2011 5:19:37 PM | Sales - Fingerprint | ($13.00) | 52 | | $9.36 |
| 5/9/2011 10:47:14 AM | Payroll - IPP | $7.80 | KIPP0411 | | $22.36 |
| 5/9/2011 10:47:13 AM | Payroll - IPP | $7.35 | KIPP0411 | | $14.56 |
| 5/3/2011 7:27:03 AM | Phone Withdrawal | ($5.00) | TFN0503 | | $7.21 |
| 4/18/2011 5:38:10 PM | Sales - Fingerprint | ($24.47) | 54 | | $12.21 |
| 4/11/2011 2:09:14 PM | Sales - Fingerprint | ($18.25) | 48 | | $36.68 |
| 4/9/2011 6:56:22 AM | Phone Withdrawal | ($10.00) | TFN0409 | | $54.93 |
| 4/9/2011 6:32:39 AM | TRUL Withdrawal | ($5.00) | TL0409 | | $64.93 |
| 4/8/2011 8:54:49 AM | Payroll - IPP | $12.00 | KIPP0311 | | $69.93 |
| 4/8/2011 8:54:48 AM | Payroll - IPP | $16.95 | KIPP0311 | | $57.93 |
| 4/6/2011 8:04:48 PM | Western Union | $40.00 | 33313411 | | $40.98 |
| 3/31/2011 3:15:10 PM | Phone Withdrawal | ($3.00) | TFN0331 | | $0.98 |
| 3/31/2011 1:31:10 PM | Sales - No FP (Non-FP Session) | ($36.60) | 34 | | $3.98 |
| 3/26/2011 2:20:52 PM | Phone Withdrawal | ($2.00) | TFN0326 | | $40.58 |
| 3/23/2011 7:43:56 PM | TRUL Withdrawal | ($2.00) | TL0323 | | $42.58 |
| 3/23/2011 9:58:54 AM | Payroll - IPP | $3.90 | KIPP0311 | | $44.58 |
| 3/19/2011 5:50:16 PM | Phone Withdrawal | ($5.00) | TFN0319 | | $40.68 |
| 3/17/2011 12:51:55 PM | Sales - Fingerprint | ($12.40) | 7 | | $45.68 |
| 3/16/2011 9:04:35 PM | Western Union | $43.00 | 33311911 | | $58.08 |
| 3/8/2011 11:21:04 AM | Phone Withdrawal | ($5.00) | TFN0308 | | $15.08 |
| 3/7/2011 8:20:54 AM | FRP Quarterly Pymt | $0.00 | KFRP0311 | | $20.08 |
| 3/7/2011 7:57:28 AM | Payroll - IPP | $5.25 | KIPP0211 | | $20.08 |
| 3/7/2011 7:57:27 AM | Payroll - IPP | $7.80 | KIPP0211 | | $14.83 |
| 3/3/2011 12:31:47 PM | Sales - Fingerprint | ($39.03) | 2 | | $7.03 |
| 2/18/2011 1:53:51 PM | Govt Doc Required | $39.70 | 2905-V | | $46.06 |
| 2/10/2011 6:22:59 PM | Govt Doc Required | ($39.70) | 4283 | 2905 | $6.36 |
| 2/10/2011 6:22:59 PM | BP 199 Request - Released | $39.70 | 4283 | | |
| 2/7/2011 7:01:25 AM | Payroll - IPP | $5.25 | KIPP0111 | | $46.06 |
| 2/3/2011 1:03:01 PM | Sales - No FP (Non-FP Institution) | ($49.54) | 20 | | $40.81 |
| 2/2/2011 11:26:10 AM | Phone Withdrawal | ($8.00) | TFN0202 | | $90.35 |
| 2/2/2011 10:21:52 AM | TRUL Withdrawal | ($2.00) | TL0202 | | $98.35 |
| 2/2/2011 10:21:11 AM | BP 199 Request | ($39.70) | 4283 | | |
| 2/1/2011 10:05:17 PM | Western Union | $90.00 | 33308811 | | $100.35 |
| 1/21/2011 7:10:10 AM | Phone Withdrawal | ($6.00) | TFN0121 | | $10.35 |
| 1/20/2011 6:50:36 PM | Sales - No FP (Non-FP Institution) | ($29.60) | 106 | | $16.35 |
| 1/18/2011 9:05:51 PM | Western Union | $35.00 | 33307811 | | $45.95 |
| 1/13/2011 1:14:24 PM | Sales - No FP (Non-FP Institution) | ($14.60) | 23 | | $10.95 |
| 1/9/2011 7:02:45 AM | Phone Withdrawal | ($5.00) | TFN0109 | | $25.55 |

1 2



| Inmate Reg #: | 14693208 | Current Institution: | Butner FCC |
| Inmate Name: | HERNANDEZ, ROBERT | Housing Unit: | BUT-G-A |
| Report Date: | 07/07/2011 | Living Quarters: | G03-001L |
| Report Time: | 10:06:03 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/19/2011 1:50:59 PM | Phone Withdrawal | ($3.00) | TFN0619 | | $0.71 |
| 6/13/2011 5:30:09 PM | Sales - Fingerprint | ($12.60) | 47 | | $3.71 |
| 6/10/2011 2:49:10 PM | Phone Withdrawal | ($5.00) | TFN0610 | | $16.31 |
| 6/10/2011 7:46:51 AM | FRP Quarterly Pymt | $0.00 | KFRP0611 | | $21.31 |
| 6/10/2011 7:43:18 AM | Payroll - IPP | $7.20 | KIPP0511 | | $21.31 |
| 6/10/2011 7:43:17 AM | Payroll - IPP | $13.65 | KIPP0511 | | $14.11 |
| 6/3/2011 3:47:34 PM | Phone Withdrawal | ($3.00) | TFN0603 | | $0.46 |
| 5/31/2011 6:39:10 PM | Sales - Fingerprint | ($34.90) | 100 | | $3.46 |
| 5/30/2011 7:35:01 PM | Phone Withdrawal | ($5.00) | TFN0530 | | $38.36 |
| 5/26/2011 5:04:13 PM | Western Union | $40.00 | 33317011 | | $43.36 |
| 5/24/2011 7:07:30 AM | TRUL Withdrawal | ($2.00) | TL0524 | | $3.36 |
| 5/19/2011 5:56:39 PM | Phone Withdrawal | ($4.00) | TFN0519 | | $5.36 |
| 5/16/2011 5:19:37 PM | Sales - Fingerprint | ($13.00) | 52 | | $9.36 |
| 5/9/2011 10:47:14 AM | Payroll - IPP | $7.80 | KIPP0411 | | $22.36 |
| 5/9/2011 10:47:13 AM | Payroll - IPP | $7.35 | KIPP0411 | | $14.56 |
| 5/3/2011 7:27:03 AM | Phone Withdrawal | ($5.00) | TFN0503 | | $7.21 |
| 4/18/2011 5:38:10 PM | Sales - Fingerprint | ($24.47) | 54 | | $12.21 |
| 4/11/2011 2:09:14 PM | Sales - Fingerprint | ($18.25) | 48 | | $36.68 |
| 4/9/2011 6:56:22 AM | Phone Withdrawal | ($10.00) | TFN0409 | | $54.93 |
| 4/9/2011 6:32:39 AM | TRUL Withdrawal | ($5.00) | TL0409 | | $64.93 |
| 4/8/2011 8:54:49 AM | Payroll - IPP | $12.00 | KIPP0311 | | $69.93 |
| 4/8/2011 8:54:48 AM | Payroll - IPP | $16.95 | KIPP0311 | | $57.93 |
| 4/6/2011 8:04:48 PM | Western Union | $40.00 | 33313411 | | $40.98 |
| 3/31/2011 3:15:10 PM | Phone Withdrawal | ($3.00) | TFN0331 | | $0.98 |
| 3/31/2011 1:31:10 PM | Sales - No FP (Non-FP Session) | ($36.60) | 34 | | $3.98 |
| 3/26/2011 2:20:52 PM | Phone Withdrawal | ($2.00) | TFN0326 | | $40.58 |
| 3/23/2011 7:43:56 PM | TRUL Withdrawal | ($2.00) | TL0323 | | $42.58 |
| 3/23/2011 9:58:54 AM | Payroll - IPP | $3.90 | KIPP0311 | | $44.58 |
| 3/19/2011 5:50:16 PM | Phone Withdrawal | ($5.00) | TFN0319 | | $40.68 |
| 3/17/2011 12:51:55 PM | Sales - Fingerprint | ($12.40) | 7 | | $45.68 |
| 3/16/2011 9:04:35 PM | Western Union | $43.00 | 33311911 | | $58.08 |
| 3/8/2011 11:21:04 AM | Phone Withdrawal | ($5.00) | TFN0308 | | $15.08 |
| 3/7/2011 8:20:54 AM | FRP Quarterly Pymt | $0.00 | KFRP0311 | | $20.08 |
| 3/7/2011 7:57:28 AM | Payroll - IPP | $5.25 | KIPP0211 | | $20.08 |
| 3/7/2011 7:57:27 AM | Payroll - IPP | $7.80 | KIPP0211 | | $14.83 |
| 3/3/2011 12:31:47 PM | Sales - Fingerprint | ($39.03) | 2 | | $7.03 |
| 2/18/2011 1:53:51 PM | Govt Doc Required | $39.70 | 2905-V | | $46.06 |
| 2/10/2011 6:22:59 PM | Govt Doc Required | ($39.70) | 4283 | 2905 | $6.36 |
| 2/10/2011 6:22:59 PM | BP 199 Request - Released | $39.70 | 4283 | | |
| 2/7/2011 7:01:25 AM | Payroll - IPP | $5.25 | KIPP0111 | | $46.06 |
| 2/3/2011 1:03:01 PM | Sales - No FP (Non-FP Institution) | ($49.54) | 20 | | $40.81 |
| 2/2/2011 11:26:10 AM | Phone Withdrawal | ($8.00) | TFN0202 | | $90.35 |
| 2/2/2011 10:21:52 AM | TRUL Withdrawal | ($2.00) | TL0202 | | $98.35 |
| 2/2/2011 10:21:11 AM | BP 199 Request | ($39.70) | 4283 | | |
| 2/1/2011 10:05:17 PM | Western Union | $90.00 | 33308811 | | $100.35 |
| 1/21/2011 7:10:10 AM | Phone Withdrawal | ($6.00) | TFN0121 | | $10.35 |
| 1/20/2011 6:50:36 PM | Sales - No FP (Non-FP Institution) | ($29.60) | 106 | | $16.35 |
| 1/18/2011 9:05:51 PM | Western Union | $35.00 | 33307811 | | $45.95 |
| 1/13/2011 1:14:24 PM | Sales - No FP (Non-FP Institution) | ($14.60) | 23 | | $10.95 |
| 1/9/2011 7:02:45 AM | Phone Withdrawal | ($5.00) | TFN0109 | | $25.55 |

1 2



## All Transactions

| | |
|---|---|
| Inmate Reg #: | 14693208 |
| Inmate Name: | HERNANDEZ, ROBERT |
| Report Date: | 07/07/2011 |
| Report Time: | 10:06:03 AM |
| Current Institution: | Butner FCC |
| Housing Unit: | BUT-G-A |
| Living Quarters: | G03-001L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/19/2011 1:50:59 PM | Phone Withdrawal | ($3.00) | TFN0619 | | $0.71 |
| 6/13/2011 5:30:09 PM | Sales - Fingerprint | ($12.60) | 47 | | $3.71 |
| 6/10/2011 2:49:10 PM | Phone Withdrawal | ($5.00) | TFN0610 | | $16.31 |
| 6/10/2011 7:46:51 AM | FRP Quarterly Pymt | $0.00 | KFRP0611 | | $21.31 |
| 6/10/2011 7:43:18 AM | Payroll - IPP | $7.20 | KIPP0511 | | $21.31 |
| 6/10/2011 7:43:17 AM | Payroll - IPP | $13.65 | KIPP0511 | | $14.11 |
| 6/3/2011 3:47:34 PM | Phone Withdrawal | ($3.00) | TFN0603 | | $0.46 |
| 5/31/2011 6:39:10 PM | Sales - Fingerprint | ($34.90) | 100 | | $3.46 |
| 5/30/2011 7:35:01 PM | Phone Withdrawal | ($5.00) | TFN0530 | | $38.36 |
| 5/26/2011 5:04:13 PM | Western Union | $40.00 | 33317011 | | $43.36 |
| 5/24/2011 7:07:30 AM | TRUL Withdrawal | ($2.00) | TL0524 | | $3.36 |
| 5/19/2011 5:56:39 PM | Phone Withdrawal | ($4.00) | TFN0519 | | $5.36 |
| 5/16/2011 5:19:37 PM | Sales - Fingerprint | ($13.00) | 52 | | $9.36 |
| 5/9/2011 10:47:14 AM | Payroll - IPP | $7.80 | KIPP0411 | | $22.36 |
| 5/9/2011 10:47:13 AM | Payroll - IPP | $7.35 | KIPP0411 | | $14.56 |
| 5/3/2011 7:27:03 AM | Phone Withdrawal | ($5.00) | TFN0503 | | $7.21 |
| 4/18/2011 5:38:10 PM | Sales - Fingerprint | ($24.47) | 54 | | $12.21 |
| 4/11/2011 2:09:14 PM | Sales - Fingerprint | ($18.25) | 48 | | $36.68 |
| 4/9/2011 6:56:22 AM | Phone Withdrawal | ($10.00) | TFN0409 | | $54.93 |
| 4/9/2011 6:32:39 AM | TRUL Withdrawal | ($5.00) | TL0409 | | $64.93 |
| 4/8/2011 8:54:49 AM | Payroll - IPP | $12.00 | KIPP0311 | | $69.93 |
| 4/8/2011 8:54:48 AM | Payroll - IPP | $16.95 | KIPP0311 | | $57.93 |
| 4/6/2011 8:04:48 PM | Western Union | $40.00 | 33313411 | | $40.98 |
| 3/31/2011 3:15:10 PM | Phone Withdrawal | ($3.00) | TFN0331 | | $0.98 |
| 3/31/2011 1:31:10 PM | Sales - No FP (Non-FP Session) | ($36.60) | 34 | | $3.98 |
| 3/26/2011 2:20:52 PM | Phone Withdrawal | ($2.00) | TFN0326 | | $40.58 |
| 3/23/2011 7:43:56 PM | TRUL Withdrawal | ($2.00) | TL0323 | | $42.58 |
| 3/23/2011 9:58:54 AM | Payroll - IPP | $3.90 | KIPP0311 | | $44.58 |
| 3/19/2011 5:50:16 PM | Phone Withdrawal | ($5.00) | TFN0319 | | $40.68 |
| 3/17/2011 12:51:55 PM | Sales - Fingerprint | ($12.40) | 7 | | $45.68 |
| 3/16/2011 9:04:35 PM | Western Union | $43.00 | 33311911 | | $58.08 |
| 3/8/2011 11:21:04 AM | Phone Withdrawal | ($5.00) | TFN0308 | | $15.08 |
| 3/7/2011 8:20:54 AM | FRP Quarterly Pymt | $0.00 | KFRP0311 | | $20.08 |
| 3/7/2011 7:57:28 AM | Payroll - IPP | $5.25 | KIPP0211 | | $20.08 |
| 3/7/2011 7:57:27 AM | Payroll - IPP | $7.80 | KIPP0211 | | $14.83 |
| 3/3/2011 12:31:47 PM | Sales - Fingerprint | ($39.03) | 2 | | $7.03 |
| 2/18/2011 1:53:51 PM | Govt Doc Required | $39.70 | 2905-V | | $46.06 |
| 2/10/2011 6:22:59 PM | Govt Doc Required | ($39.70) | 4283 | 2905 | $6.36 |
| 2/10/2011 6:22:59 PM | BP 199 Request - Released | $39.70 | 4283 | | |
| 2/7/2011 7:01:25 AM | Payroll - IPP | $5.25 | KIPP0111 | | $46.06 |
| 2/3/2011 1:03:01 PM | Sales - No FP (Non-FP Institution) | ($49.54) | 20 | | $40.81 |
| 2/2/2011 11:26:10 AM | Phone Withdrawal | ($8.00) | TFN0202 | | $90.35 |
| 2/2/2011 10:21:52 AM | TRUL Withdrawal | ($2.00) | TL0202 | | $98.35 |
| 2/2/2011 10:21:11 AM | BP 199 Request | ($39.70) | 4283 | | |
| 2/1/2011 10:05:17 PM | Western Union | $90.00 | 33308811 | | $100.35 |
| 1/21/2011 7:10:10 AM | Phone Withdrawal | ($6.00) | TFN0121 | | $10.35 |
| 1/20/2011 6:50:36 PM | Sales - No FP (Non-FP Institution) | ($29.60) | 106 | | $16.35 |
| 1/18/2011 9:05:51 PM | Western Union | $35.00 | 33307811 | | $45.95 |
| 1/13/2011 1:14:24 PM | Sales - No FP (Non-FP Institution) | ($14.60) | 23 | | $10.95 |
| 1/9/2011 7:02:45 AM | Phone Withdrawal | ($5.00) | TFN0109 | | $25.55 |

1 2