UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT LEE HERNANDEZ,

Plaintiff,

-vs-	Case No. 5:11-cv-370-Oc-17TBM

UNITED STATES OF AMERICA, et. al.,

Defendants.

## ORDER

The Plaintiff initiated this case by filing a Civil Rights Complaint. (Doc. 1). Before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 3). However, because Plaintiff failed to provide the Court with a completed Prisoner Consent and Financial Certification Form, the Court is unable to determine Plaintiff's entitlement to proceed as a pauper.

Accordingly, ruling on Plaintiff's Motion for Leave to Proceed as a Pauper (Doc. 3) is **DEFERRED**. The **Clerk** is directed to send Plaintiff a blank Prisoner Consent and Financial Certification Form. Plaintiff shall file the completed form within **TWENTY (20) DAYS** from the date of this order.

The failure to comply with this order in the allotted time could result in the dismissal of this action without further notice.

**Done and Ordered** in Tampa, Florida, this 18 day of July 2011.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Robert Lee Hernandez