UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ocala Division

ROBERT LEE HERNANDEZ,

    Plaintiff,

vs.                                                Case No. 5:11-cv-00370-WTH-TBS

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

To: The Clerk of Court and all Parties of Record

    I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff, Robert Lee Hernandez.

                                              Respectfully submitted,

                                              Randall C. Berg, Jr., Esq.
                                              Florida Bar No. 0318371

                                              Florida Justice Institute, Inc.
                                              3750 Miami Tower
                                              100 S.E. Second Street
                                              Miami, Florida 33131
                                              rberg@floridajusticeinstitute.org
                                              305.358.2081 – Tel
                                              305.358.0910 – Fax


                                              By:  *s/Randall C. Berg, Jr.*
                                                      Randall C. Berg, Jr., Esq.