UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT LEE HERNANDEZ,

    Plaintiff,

v.                                                    Case No. 5:11-cv-370-Oc-17TBM

UNITED STATES OF AMERICA, U.S.
DEPARTMENT OF JUSTICE, FEDERAL
BUREAU OF PRISONS,

    Defendant.

## ORDER

Pending before the Court is plaintiff's Unopposed Motion to be Relieved from Meeting in Person for Purposes of Preparing the Case Management Report (Doc. 20). Pursuant to Local Rule 3.01(g), counsel for plaintiff represents that he has conferred with the defendant's attorney and that the defendant takes "no position" on the motion. In these circumstances, the Court interprets the defendant's response to mean it does not oppose the motion and now, good cause having been shown, plaintiff's motion is hereby GRANTED.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on January 13, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel